## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br><br>Peabody Energy Corporation, <u>et al.</u>,<br><br>Debtors.[1] | Case No. 16-42529<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date and Time:<br>TBD<br><br>Hearing Location:<br>TBD |

## MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO SECTIONS 105(a), 363 AND 364 OF THE BANKRUPTCY CODE, FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO MAINTAIN, CONTINUE AND RENEW THEIR SURETY BOND PROGRAM AND (II) GRANTING CERTAIN <u>RELATED RELIEF</u>

Peabody Energy Corporation ("<u>PEC</u>") and certain of its direct and indirect

subsidiaries, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby move this

Court, pursuant to sections 363 and 364 of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), for the entry of interim and final orders authorizing, but not directing the Debtors

to:  (a) maintain, continue and renew their Surety Bond Program (as defined below) without

interruption and in accordance with the same practices and procedures employed before the

Petition Date, including, but not limited to, the maintenance of collateral; and (b) perform all

other actions necessary to implement the relief requested, including, but not limited to, effecting

postpetition fund transfers in replacement of any fund transfer requests that are dishonored as a

---

[1]     The Debtors and their employer identification numbers are listed on Schedule 1 attached hereto.  The
addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with the Surety Bond Program, and in support thereof, respectfully represent as follows:[2]

## Jurisdiction and Venue

1.     This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.     On April 13, 2016 (the "Petition Date"), the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     Debtor PEC is a Delaware corporation headquartered in St. Louis, Missouri.  PEC was incorporated in 1998 and became a public company in 2001.  Each of the other Debtors is a wholly-owned direct or indirect subsidiary of PEC.

4.     PEC is the world's largest private-sector coal company (by volume), with 26 active coal mining operations located in the United States and Australia.  The Debtors' domestic mines produce and sell thermal coal, which is primarily purchased by electricity generators.  PEC's Australian operations mine both thermal and metallurgical coal, a majority of which is exported to international customers.  As of December 31, 2015, Debtor PEC and its subsidiaries' property holdings include 6.3 billion tons of proven and probable coal reserves and

---

[2]     Copies of the proposed orders will be made available on the Debtors' case website at http://www.kccllc.net/peabody.

approximately 500,000 acres of surface property through ownership and lease agreements.  In the United States alone, as of December 31, 2015, the Debtors held an estimated 5.5 billion tons of proven and probable coal reserves, and the Debtors generated sales of approximately 180 million tons of coal.  In addition to its mining operations, the Debtors market and broker coal from other coal producers across the United States, Australia, Europe and Asia.

5.      The Debtors operate in a competitive and highly regulated industry that has experienced strong headwinds and precipitously declining demand and pricing in recent years due to the rise of low priced alternative energy sources – including an abundance of natural gas.  Combined with these factors, slowing global economic growth drove a wide range of goods prices lower in 2015 and resulted in the largest broad market decline since 1991.  Indeed, demand from electric utilities in the United States alone declined approximately 110 million tons in 2015.  These market conditions, in connection with lower realized pricing in the United States and Australia, resulted in a 21.0 million ton decline in the Debtors' and their non-debtor subsidiaries' coal sales during 2015.  As a result of these challenges, several large United States coal companies have filed for chapter 11 protection in recent years.

6.      A comprehensive description of the Debtors' businesses and operations, capital structure and the events leading to the commencement of these chapter 11 cases can be found in the Declaration of Amy Schwetz, Executive Vice President and Chief Financial Officer of Debtor PEC, in Support of First Day Motions of Debtors and Debtors in Possession (the "First Day Declaration"), which was filed contemporaneously herewith and is incorporated herein by reference.

## Facts Relevant to this Motion

### Background Regarding the Debtors' Surety Bond Program

7. The Debtors, in the ordinary course of their businesses and on a regular basis, are required to provide surety bonds, either through third-party surety bond providers (the "Third-Party Surety Bonds") or under certain self-bonding guidelines (the "Self-Bonding Privileges" and, with the Third-Party Surety Bonds, the "Surety Bonds"), to various third parties to secure the Debtors' payment or performance of certain obligations (the "Surety Bond Program").  In particular, the Debtors commonly (although not exclusively) provide Surety Bonds to governmental units or other public or regulatory agencies (collectively, the "Governmental Authorities") pursuant to statutory requirements.  The Debtors provide Surety Bonds to secure obligations to various entities, including municipalities, state and federal Governmental Authorities and contractual counterparties.  Attached as Exhibit A hereto is a schedule identifying, with respect to each of the Surety Bonds, (a) the obligee (collectively, the "Obligees"), (b) the issuer (collectively, the "Issuers"), (c) the identification number for the Surety Bond, (d) the purpose of the Surety Bond and (e) the amount of the Surety Bond.[3]

8. As discussed in greater detail below, the Debtors' total Surety Bond Program is comprised of bonds totaling $1.8 billion.  Approximately $538.0 million of those bonds are Third-Party Surety Bonds.  Approximately $1.15 billion of those bonds are self-bonds issued under the Debtors' Self-Bonding Privileges.

9. It is critical to the Debtors' continued operations that they maintain the Surety Bond Program.  The failure to provide, maintain and timely replace the Surety Bonds may

---

[3] The schedule attached hereto as Exhibit A is intended to be exhaustive but may inadvertently omit certain Surety Bonds.  The Debtors intend that the relief requested herein apply to all of their Surety Bonds and reserve the right to supplement the schedule, if necessary.

jeopardize the Debtors' businesses by causing them to be in violation of applicable law,

preventing them from continuing mining operations and disrupting the provision of benefits to

their employees, among other things.

>   The Debtors' Third-Party Surety Bonds

10.    As of March 31, 2016, the Debtors had approximately $538.0 million in

outstanding Third-Party Surety Bonds.  Approximately $337.4 million in aggregate amount of

the Third-Party Surety Bonds have been provided by the Debtors to various Governmental

Authorities to secure certain reclamation obligations of the Debtors (the "Reclamation

Obligations") in relation to their mining operations, especially those operations that are surface

mining operations.  Other categories of Third-Party Surety Bonds issued on behalf of the Debtors

include (but are not limited to) lease bonds, prospecting bonds, road bonds, performance bonds

and workers' compensation bonds.

11.    The Debtors pay premiums (the "Bond Premiums") for the Third-Party

Surety Bonds, which premiums generally are determined annually and are paid by the Debtors to

the Issuers of the Surety Bonds at or near inception and annually thereafter during the month of

renewal.  The Debtors currently pay approximately $5.1 million in annual Bond Premiums.  The

Debtors estimate that, as of the Petition Date, they owe approximately $1.3 million in unpaid

Bond Premiums.

12.    In addition, the Debtors are party to a number of agreements (collectively,

the "Indemnity Agreements"), pursuant to which the Debtors are required to indemnify the

applicable Issuer as a condition to the issuance of the bond.  Pursuant to the Indemnity

Agreements, the Debtors have generally agreed to indemnify the Issuers and certain related

parties from any loss, cost, damage or expense they may incur by reason of their execution of

any Surety Bonds on behalf of the Debtors.  By this Motion, the Debtors seek the authority, but

not the obligation, to perform all actions necessary or appropriate to honor the Indemnity Agreements.

13.     As of March 31, 2016, in connection with the Third-Party Surety Bonds and the Indemnity Agreements, the Debtors have posted collateral with the applicable Issuers, typically ranging in value from around 30% to 50% of the face amounts of the bonds (although certain issuers have required that the Debtors post no collateral at all or as much as 100% of the face amount of the bonds).  In the aggregate, the Debtors have provided collateral in an amount of approximately $190.1 million in support of their Surety Bonds, or approximately 35.3% on average.  This collateral is posted, for certain Surety Bonds, in the form of cash, and for others in the form of letters of credit, issued under the Debtors' prepetition secured credit agreement or the Debtors' prepetition accounts receivable securitization facility and cash.[4]

14.     Further, to assist the Debtors in procuring the Third-Party Surety Bonds and managing the Surety Bond Program, the Debtors employ Aon Risk Services Central, Inc. ("Aon").  To compensate Aon for its services related to the Surety Bond Program, the Debtors pay Aon approximately $200,000 in yearly fees (the "Aon Fees").  The Debtors believe that no amounts are owing on the Aon Fees as of the Petition Date.

The Debtors' Self-Bonding Privileges

15.     In addition to the Third-Party Surety Bonds, the Debtors also secure their Reclamation Obligations through their Self-Bonding Privileges, which are established by self-

---

[4]     A detailed description of the Debtors' accounts receivable securitization program and facility is set forth in the Motion of the Debtors and Debtors in Possession, Pursuant to Sections 105, 362(d), 363(b)(l), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(d), 364(e) and 365 of the Bankruptcy Code for Entry of Interim and Final Orders:  (I) Authorizing Certain Debtors to Continue Selling and Contributing Receivables and Related Rights Pursuant to a Securitization Facility; (II) Modifying the Automatic Stay; and (III) Granting Related Relief (the "ARS Motion"), filed contemporaneously herewith.

bonding programs maintained by certain states in which the Debtors operate.[5]  Pursuant to the Self-Bonding Privileges, each applicable Debtor has issued one or more bonds to secure that Debtor's Reclamation Obligations, and each such bond is supported by a guarantee issued by Debtor Peabody Investments Corp.  In certain circumstances, the applicable states' self-bonding programs allow for or require adjustments in the amount in which the Debtors are authorized to self-bond.  As of March 31, 2016, the Debtors are authorized, pursuant to their Self-Bonding Privileges, to self-bond in the applicable states with respect to approximately $1.15 billion in aggregate Reclamation Obligations.  If the Debtors lose their current Self-Bonding Privileges, they would be required to secure their Reclamation Obligations in another manner, possibly by obtaining additional Third-Party Surety Bonds.

16.     It is essential to the Debtors' operations that they maintain their Surety Bond Program on an ongoing and uninterrupted basis.  The non-payment of obligations under the Surety Bond Program could result in one or more of the Issuers attempting to terminate, declining to renew or refusing to enter into Third-Party Surety Bonds with the Debtors in the future, or one or more Governmental Authorities seeking to terminate the Debtors' Self-Bonding Privileges.  If any Surety Bonds lapse without renewal, or if the Debtors are unable to self-bond or obtain new Third-Party Surety Bonds for certain purposes, the Debtors could default on various obligations, which could severely disrupt the Debtors' operations and impair the Debtors' prospects for a successful reorganization to the detriment of all parties in interest.  Moreover, any failure by the Debtors to maintain their Third-Party Surety Bonds or continue the self-bonding required to secure certain specific obligations, such as the Debtors' reclamation obligations or pursuant to their workers' compensation insurance programs, could cause the Debtors to default

---

[5]     The Debtors enjoy Self-Bonding Privileges in Illinois, Indiana, New Mexico and Wyoming.

on their obligations to the applicable Governmental Authorities and could contravene the provisions of federal or state law, including, in particular, the Surface Mining Control and Reclamation Act.  Furthermore, the inability to secure a Surety Bond and the related Indemnity Agreement may require the Debtors to purchase insurance coverage at greater expense to the Debtors' estates.

17.     To provide the financial assurances to third parties that are required for the Debtors to continue business operations during these chapter 11 cases, the Debtors must maintain their existing Surety Bond Program and may need additional bonding capacity not currently provided under the Surety Bond Program.  Accordingly, to operate their businesses, the Debtors must maintain their Surety Bond Program, including by renewing or replacing, as necessary, existing Surety Bonds and maintaining collateral and self-bonding arrangements.

## Argument

### *Surety Bond Program Transactions Are Within the Ordinary Course of Business*

18.     Pursuant to section 363(c) of the Bankruptcy Code, a debtor, as debtor in possession, is authorized to "enter into transactions . . . in the ordinary course of business without notice or a hearing, and may use property of the estate in the ordinary course without notice or a hearing."  11 U.S.C. § 363(c)(1).  Section 363(c) "strik[es] the optimal balance between the interests of the debtor and the creditors" to "serve the 'overriding goal of maximizing the value of the estate.'"  Habinger, Inc. v. Metro. Cosmetic & Reconstructive Surgical Clinic, P.A.,  124 B.R. 784, 786 (D. Minn. 1990) (quoting United States ex rel. Harrison v. Estate of Deutscher (In re H&S Transp. Co.), 115 B.R. 592, 599 (M.D Tenn. 1990)).  "The ordinary course of business standard is intended to allow a debtor the flexibility it needs to run its business and respond quickly to changes in the business climate."  Habinger, 124 B.R. at 786 (internal quotation marks omitted).

19.     The Bankruptcy Code does not define "ordinary course of business." However, bankruptcy courts within the Eighth Circuit have held that a transaction qualifies as "ordinary course" if it:  (a) "is of a type that is commonly undertaken within the debtor's industry," Peltz v. Gulfcoast Workstation Grp. (In re Bridge Info. Sys., Inc.), 293 B.R. 479, 486 (Bankr. E.D. Mo. 2003); and (b) is consistent with the reasonable expectations of creditors. Johnston v. First St. Cos. (In re Waterfront Cos.), 56 B.R. 31, 35 (Bankr. D. Minn. 1985).  See also In re Bridge Info. Sys., Inc., 293 BR. at 486 (courts look to "whether interested parties would reasonably expect[] the particular debtor in possession to seek court approval before entering into the questioned transaction.").  A "fundamental characteristic of an 'ordinary' post-petition business transaction is its similarity to a pre-petition business practice." In re Commercial Morg. & Fin., Co., 414 B.R. 389, 394 (Bankr. N.D. Ill. 2009) (citing Martino v. First Nat'l Bank of Harvey (In re Garofalo's Finer Foods, Inc.), 186 B.R. 414, 426 (N. D. Ill. 1995)).  See also Comm. of Asbestos Litigants v. Johns-Manville Corp. (In re Johns-Manville Corp.), 60 B.R. 612, 617 (Bankr. S.D.N.Y. 1986) (finding that "the nature of the debtor's business prior to its Chapter 11 filing is compared to its course of conduct postpetition"). In determining whether a transaction is ordinary, two relevant factors are the type of business a debtor is engaged in as well as the size and nature of the business and transaction in question.  In re H&S Transp. Co., 115 B.R. at 598.

20.     Like other coal companies, the Debtors regularly continue and renew bonds and utilize self-bonding privileges as part of their Surety Bond Program in the ordinary course of their business.  Indeed, such transactions are often mandated for coal companies under state and federal law.  Because the Debtors anticipate entering into postpetition Surety Bond Program transactions that will be similar to those that the Debtors routinely entered into prior to

the Petition Date, the Debtors' continued engagement in these transactions is consistent with reasonable expectations of creditors.

21.     Based on the foregoing, the Debtors believe that they may pay all postpetition amounts due pursuant to the Surety Bond Program and renew or obtain new Third-Party Surety Bonds, and continue utilizing their Self-Bonding Privileges, without notice and a hearing, as such actions are in the ordinary course of the Debtors' businesses.  Nevertheless, the Debtors request that the Court enter an order expressly authorizing them to do so to: (a) eliminate any doubt on the part of any party, including Issuers, Obligees, third parties and financial institutions with respect to the Debtors' authority to continue such programs; and (b) encourage Issuers not to attempt to terminate or decline to renew the Third-Party Surety Bonds, or refuse to enter into Third-Party Surety Bonds with the Debtors in the future.

***Continuing the Surety Bond Program Is in the Best Interests of the Debtors' Estates***

22.     Alternatively, if the Court determines that the Surety Bond Program is not within the ordinary course of the Debtors' businesses, then the Debtors request that the Court enter an order pursuant to section 363(b)(1) of the Bankruptcy Code authorizing the Debtors to continue the Surety Bond Program in the best interests of the Debtors' estates.

23.     Section 363(b) of the Bankruptcy Code allows a debtor, after notice and hearing, to "use, sell, or lease, other than in the ordinary course of business, property of the estate."  11 U.S.C. § 363(b)(1).  A debtor's decisions to use, sell or lease assets outside the ordinary course of business must be based upon a sound business purpose.  See In re Channel One Commc'ns, Inc., 117 B.R. 493, 496 (Bankr. E.D. Mo. 1990) (citing Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1071 (2d Cir. 1983)).  See also TLP Servs., LLC v. Stoebner (In re Polaroid Corp.), 460 B.R. 740, 741-42 (B.A.P. 8th Cir. 2011) (allowing a trustee, pursuant in part to section 363(b)(1), to use cash collateral to fund efforts to

recover funds from third parties); accord Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1070-71 (2d Cir. 1983) (requiring a "good business reason" to approve a sale pursuant to section 363(b)); In re W.A. Mallory Co. Inc., 214 B.R. 834, 836 (Bankr. E.D. Va. 1997) ("This Court follows the 'sound business purpose' test when examining § 363(b) sales.") (citing WBQ P'ship v. Va. Dep't of Med. Assistance Servs. (In re WBQ P'ship), 189 B.R. 97, 102 (Bankr. E.D. Va. 1995)); Official Comm. Of Unsecured Creditors of LTV Aerospace & Def. Co. v. LTV Corp. (In re Chateaugay Corp.), 973 F.2d 141, 143 (2d Cir. 1992) (holding that the sale of property of the estate is justified if it is supported by a good business reason); In re Ionosphere Clubs, Inc., 100 B.R. 670, 675 (Bankr. S.D.N.Y. 1989) (noting that the standard for determining a motion pursuant to section 363(b) of the Bankruptcy Code is "a good business reason").

24.     Courts in this jurisdiction and others have consistently been reluctant to interfere with corporate decisions unless "it is made clear that those decisions are, inter alia, clearly erroneous, made arbitrarily, are in breach of the officers' and directors' fiduciary duty to the corporation, are made on the basis of inadequate information or study, are made in bad faith, or are in violation of the Bankruptcy Code."  In re Farmland Indus., Inc., 294 B.R 855, 881 (Bankr. W.D. Mo. 2003) (citing In re United Artists Theatre Co., 315 F.3d 217, 233 (3d Cir. 2003), Richmond Leasing Co. v. Capital Bank, N.A., 762 F.2d 1303, 1309 (5th Cir. 1985) and In re Defender Drug Stores, Inc., 145 B.R. 312, 317 (B.A.P. 9th Cir. 1992)). See also Crystalin, L.L.C. v. Selma Props., Inc. (In re Crystalin, L.L.C.), 293 B.R. 455, 463-64 (B.A.P. 8th Cir. 2003) (holding that the business judgment rule may be satisfied "'as long as the proposed action appears to enhance the debtor's estate.'") (quoting Four B. Corp. v. Food Barn Stores, Inc. (In re Food Barn Stores, Inc.), 107 F.3d 558, 567 n.16 (8th Cir. 1997) (emphasis in

original, internal quotations and alterations omitted)); <u>Four B. Corp. v. Food Barn Stores, Inc. (In re Food Barn Stores, Inc.)</u>, 107 F.3d 558, 567 n.16 (8th Cir. 1997) (holding that "[w]here the [debtor's] request is not manifestly unreasonable or made in bad faith, the court should normally grant approval 'as long as the proposed action appears to enhance the debtor's estate'") (quoting <u>Richmond Leasing Co. v. Capital Bank, N.A.</u>, 762 F.2d 1303, 1309 (5th Cir. 1985) (internal alterations and quotations omitted)); <u>Official Comm. Of Subordinated Bondholders v. Integrated Res., Inc. (In re Integrated Res., Inc.)</u>, 147 B.R. 650, 656 (S.D.N.Y. 1992) (finding that "[c]ourts are loath to interfere with corporate decisions absent a showing of bad faith, self-interest, or gross negligence").

25.     Because sound business reasons exist for the Debtors to maintain the Surety Bond Program, as described above, the Debtors request that the Court authorize them to pay all prepetition and postpetition amounts (including the Bond Premiums) due pursuant to the Surety Bond Program and maintain, renew, replace and obtain new Third-Party Surety Bonds, and continue utilizing their Self-Bonding Privileges, pursuant to section 363(b)(1) of the Bankruptcy Code (to the extent the Court determines that such bonds are not in the ordinary course of the Debtors' businesses).  For the reasons discussed above, the Debtors submit that the continuation of the Surety Bond Program and the payment of prepetition and postpetition obligations arising under the Surety Bond Program (including the Bond Premiums) are essential to preserving the Debtors' businesses and preserving the value of the Debtors' estates for all creditors.

***The Payment of the Prepetition Bond Premiums Is Appropriate Under Section 105(a) of the Bankruptcy Code and the Doctrine of Necessity***

26.     The Court may also authorize the Debtors to pay the prepetition amounts due in connection with the Surety Bond Program (including the Bond Premiums) pursuant to

section 105(a) of the Bankruptcy Code and the doctrine of necessity.  Section 105(a) of the

Bankruptcy Code empowers a bankruptcy court to issue "any order, process, or judgment that is

necessary or appropriate to carry out the provisions of" the Bankruptcy Code.  11 U.S.C. § 105.

The purpose of section 105 of the Bankruptcy Code is to ensure the bankruptcy court has the

power to take whatever action "is appropriate or necessary in aid of the exercise of [its]

jurisdiction."  2 Collier on Bankruptcy ¶ 105.01 (Alan N. Resnick & Henry J. Sommer eds., 16th

ed. 2015).  "Under [section 105 of the Bankruptcy Code,] the court can permit pre-plan payment

of a pre-petition obligation when essential to the continued operation of the debtor." In re NVR

L.P., 147 B.R. 126, 127 (Bankr. E.D. Va. 1992) (citing In re Ionosphere Clubs, Inc., 98 B.R. 174,

177 (Bankr. S.D.N.Y. 1989)).

        27.     In addition, under the "doctrine of necessity," courts allow the immediate

payment of prepetition claims where such payment is essential to the debtor's continued

operations.  See In re Wehrenberg, Inc., 260 B.R. 468 (Bankr. E.D. Mo. 2001) ("Pursuant to 11

U.S.C. § 105(a) the Court may authorize the payment of prepetition claims when such payments

are necessary to the continued operation of the Debtor"); In re United Am., Inc., 327 B.R. 776,

782 (Bankr. E.D. Va. 2005) (acknowledging the existence of the doctrine of necessity "because

otherwise there will be no reorganization and no creditor will have an opportunity to recoup any

part of its prepetition claim"); accord In re Boston & Me. Corp., 634 F.2d 1359, 1382 (1st Cir.

1980) (recognizing the existence of a judicial power to authorize trustees to pay claims for goods

and services that are indispensably necessary to the debtors' continued operation).  For the

reasons discussed above, the Debtors submit that payment of prepetition amounts owed in

connection with the Surety Bond Program (including the Bond Premiums) is necessary to avoid

immediate and irreparable harm and is justified under section 105(a) of the Bankruptcy Code and the doctrine of necessity.

### *The Surety Bond Program May Be an Authorized Secured Extension of Credit*

28.     Section 364(c) of the Bankruptcy Code permits a debtor unable to obtain unsecured credit in the ordinary course of business under section 364(a) of the Bankruptcy Code to obtain credit (a) with priority over any or all administrative expenses specified in sections 503(b) or 507(b) of the Bankruptcy Code, (b) secured by a lien on property of the estate that is not otherwise subject to a lien or (c) secured by a junior lien on property of the estate that is subject to a lien.  To obtain secured credit on a postpetition basis, a debtor must demonstrate "by a good faith effort that credit was not available" to the debtor on an unsecured or administrative expense basis.  Bray v. Shenandoah Fed. Sav. & Loan Ass'n (In re Snowshoe Co.), 789 F.2d 1085, 1088 (4th Cir. 1986) (affirming lower court's approval of a loan made to the debtor under section 364(d) of the Bankruptcy Code).  See also In re Ames Dept. Stores, Inc., 115 B.R. 34, 37 (Bankr. S.D.N.Y. 1990) (debtor must demonstrate inability to obtain unsecured credit to acquire approval of loan under section 364(c)).  In making this showing, the Bankruptcy Code "imposes no duty to seek credit from every possible lender before concluding that such credit is unavailable."  In re Snowshoe Co., 789 F.2d at 1088.  See also In re Ames Dept. Stores, 115 B.R. at 40 (to obtain relief under section 364(c), "a debtor is not required to seek credit from every possible source").  Courts grant a debtor considerable deference in exercising its sound business judgment to obtain such credit, provided that the agreement is consistent with the provisions of, and policies underlying the Bankruptcy Code.  See In re Farmland Indus., Inc., 294 B.R. at 879-81 (court may consider debtor's business judgment, among other things, in determining whether to approve postpetition financing under section 364).

-14-

29.     As set forth above, the Debtors believe that it would be difficult to obtain new bonding capacity on an unsecured basis at this time.  To the extent the continuation of the Debtors' Surety Bond Program is deemed a secured extension of credit, the Debtors request authority to renew, replace or secure new Surety Bonds pursuant to section 364(c) of the Bankruptcy Code.  The Debtors further submit that, pursuant to section 364(e) of the Bankruptcy Code, any reversal or modification on appeal of this authorization to obtain credit under section 364 of the Bankruptcy Code should not affect the validity of the debt incurred or any priority of a lien granted.

30.     Relief similar to the relief requested herein has been granted by courts in this and other districts in chapter 11 cases involving coal companies.  See, e.g., In re Arch Coal, Inc., No. 16-40120 (Bankr. E.D. Mo. Jan. 14, 2016) (Docket No. 90) (order authorizing debtors to maintain and renew their surety bond program); accord In re Alpha Natural Res., Inc., No. 15-33896 (Bankr. E.D. Va. Aug. 5, 2015 and Sept. 3, 2015) (Docket Nos. 102 and 352) (interim and final orders authorizing debtors to maintain and renew their surety bond program); In re Walter Energy, Inc., No. 15-02741 (Bankr. N.D. Ala. July 16, 2015 and Aug. 19, 2015) (Docket Nos. 69 and 506) (same); In re Patriot Coal Corp., No. 15-32450 (Bankr. E.D. Va. May 14, 2015 and July 30, 2015) (Docket Nos. 84 and 709) (same); In re James River Coal Co., No. 14-31848 (Bankr. E.D. Va. Apr. 10 and May 9, 2014) (Docket Nos. 85 and 250) (same); In re Patriot Coal Corp., No. 12-12900 (Bankr. S.D.N.Y. July 16, 2012 and Aug. 2, 2012) (Docket Nos. 92 and 259) (same).[6]

---

[6]     Unreported orders cited herein are not attached to this Motion.  Copies of these orders will be made available to the Court or other parties upon request made to the Debtors' counsel.

**Request for Authority for Banks to Honor and Pay**
**Checks and Funds Transfers Related to Amounts Paid Under the Surety Bond Program**

31.     In addition, by this Motion, the Debtors request that all applicable banks

and other financial institutions (collectively, the "Banks") be authorized, when requested by the

Debtors, to receive, process, honor and pay any and all checks presented for payment of and to

honor all fund transfer requests made by the Debtors related to the Surety Bond Program,

whether such checks were presented or fund transfer requests were submitted prior to or after the

Petition Date, provided that sufficient funds are available and standing in the Debtors' credit in

the applicable accounts to cover such checks and fund transfers.  The Debtors represent that

these checks are drawn on identifiable disbursement accounts and can be readily identified as

relating directly to the authorized payments of amounts due pursuant to the Surety Bond Program.

Accordingly, the Debtors believe that checks other than those relating to authorized payments

will not be honored inadvertently.  Any such financial institution may rely on the representations

of such Debtors as to which checks are issued or wire transfers are made and authorized to be

paid in accordance with this Motion without any duty of further inquiry and without liability for

relying on such representations.

**Requests for Immediate Relief and Waiver of Stay**

32.     Pursuant to Rules 4001(c), 6003(b) and 6004(h) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors seek the entry of orders granting

the relief requested by this Motion on an interim and final basis and, to the extent it applies, a

waiver of any stay of the effectiveness of such order.

33.     Bankruptcy Rule 4001(c) provides that, when presented with a motion for

authority to obtain credit, the "court may conduct a hearing before [14 days after service of the

motion], but the court may authorize the obtaining of credit only to the extent necessary to avoid

-16-

immediate and irreparable harm to the estate pending a final hearing."  Fed. R. Bankr. P. 4001(c).

Bankruptcy Rule 6003(b) provides, in relevant part, that "[e]xcept to the extent that relief is

necessary to avoid immediate and irreparable harm, the court shall not, within 21 days after the

filing of the petition, issue an order granting . . . a motion to use, sell, lease or otherwise incur an

obligation regarding property of the estate including a motion to pay all or part of a claim that

arose before the filing of the petition."  Fed. R. Bankr. P. 6003(b).  In other words, where the

failure to grant any such requested relief would result in immediate and irreparable harm to the

Debtors' estates, the Court may authorize the relief prior to the 22nd day following the Petition

Date.  Bankruptcy Rule 6004(h) provides that "[a]n order authorizing the use, sale, or lease of

property other than cash collateral is stayed until the expiration of 14 days after entry of the order,

unless the court orders otherwise."  Fed. R. Bankr. P. 6004(h).

34.     As set forth above and in the First Day Declaration, authorizing the

Debtors to continue their Surety Bond Program and granting the other relief requested herein is

integral to the Debtors' business operations and necessary to maximize the value of the Debtors'

estates, and any failure to do so in the ordinary course of business during the first 21 days of their

chapter 11 cases would severely disrupt the Debtors' operations at this critical juncture.

Accordingly, the Debtors submit that ample cause exists to justify:  (a) the immediate entry of an

Interim Order granting the interim relief sought herein pursuant to Bankruptcy Rules 4001(c) and

6003(b), to the extent that they apply; and (b) a waiver of the 14-day stay imposed by

Bankruptcy Rule 6004(h), to the extent that it applies, with respect to the order.

## **Reservation of Rights**

35.     Nothing contained herein or in the proposed Interim Order and Final

Order is intended or should be construed as:  (a) an admission as to the validity or priority of any

claim against the Debtors; (b) a waiver of the Debtors' or any party in interest's rights to dispute

any claim on any grounds; (c) a promise to pay any claim; (d) an implication or admission that any particular claim against the Debtors is a claim arising under the Surety Bond Program; or (e) a request to assume or reject any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.  The Debtors expressly reserve the right to contest any claims related to the Surety Bond Program under applicable bankruptcy and non-bankruptcy law.

**Notice**

36.    Notice of this Motion has been given to: (a) Davis Polk & Wardwell LLP and Bryan Cave LLP as counsel to Citibank, N.A. as Administrative Agent for the First Lien Secured Credit Facility and the Debtors' proposed debtor in possession secured credit facility; (b) Brown Rudnick LLP, as counsel to Wilmington Savings Fund Society, FSB as prospective trustee and collateral agent for the Secured Second Lien Notes; (c) Foley & Lardner LLP, as counsel to Wilmington Trust Company as prospective Indenture Trustee for the Unsecured Notes;[7] (d) Robinson & Cole LLP, as counsel to U.S. Bank as resigning trustee and collateral agent for the Second Lien Notes, the Unsecured Notes and the Convertible Notes;[8] (e) counsel to any ad hoc committees; (f) the Debtors' 50 largest unsecured creditors; (g) Mayer Brown LLP, as counsel to PNC Bank, N.A., as Administrator under the Debtors' prepetition accounts receivable securitization facility; (h) the United Mine Workers of America; (i) the Office of the United States Trustee for the Eastern District of Missouri; (j) the Internal Revenue Service; (k) the Securities and Exchange Commission; (l) the United States Department of the Interior; (m) the United States Department of Labor; (n) the United States Attorney's Office for the Eastern

---

[7]    These include the: (i) 6.00% Senior Notes due November 2018; (ii) 6.50% Senior Notes due September 2020; (iii) 6.25% Senior Notes due September 2021; and the (iv) 7.875% Senior Notes due November 2026.

[8]    These include the: (i) 6.00% Senior Notes due November 2018; (ii) 6.50% Senior Notes due September 2020; (iii) 6.25% Senior Notes due September 2021; (iv) 7.875% Senior Notes due November 2026; and the (v) Convertible Junior Subordinated Debentures due December 2066.

District of Missouri; and (o) Pension Benefit Guaranty Corporation (collectively, the "<u>Notice</u>

<u>Parties</u>").  In light of the nature of the relief requested, the Debtors submit that no further notice

is necessary.

### <u>No Prior Request</u>

37.     No prior request for the relief sought in this Motion has been made to this

or any other Court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court:  (i) enter an interim order, substantially in the form submitted to the Court, granting the relief requested herein on an interim basis; (ii) enter a final order, substantially in the form submitted to the Court, granting the relief requested herein; and (iii) grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated: April 13, 2016
     St. Louis, Missouri

Respectfully submitted,

/s/ Steven N. Cousins
Steven N. Cousins, MO 30788
Susan K. Ehlers, MO 49855
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Telephone:  (314) 621-5070
Facsimile:  (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  sehlers@armstrongteasdale.com

Heather Lennox (*pro hac vice* pending)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Amy Edgy (*pro hac vice* pending)
Daniel T. Moss (*pro hac vice* pending)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Proposed Attorneys for Debtors
and Debtors in Possession*

-20-

## SCHEDULE 1

| | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 1. | Peabody Energy Corporation | 13-4004153 |
| 2. | American Land Development, LLC | 20-3405570 |
| 3. | American Land Holdings of Colorado, LLC | 26-3730572 |
| 4. | American Land Holdings of Illinois, LLC | 30-0440127 |
| 5. | American Land Holdings of Indiana, LLC | 20-2514299 |
| 6. | American Land Holdings of Kentucky, LLC | 20-0766113 |
| 7. | American Land Holdings of New Mexico, LLC | 32-0478983 |
| 8. | American Land Holdings of West Virginia, LLC | 20-5744666 |
| 9. | Arid Operations, Inc. | 84-1199578 |
| 10. | Big Ridge, Inc. | 37-1126950 |
| 11. | Big Sky Coal Company | 81-0476071 |
| 12. | Black Hills Mining Company, LLC | 32-0049741 |
| 13. | BTU Western Resources, Inc. | 20-1019486 |
| 14. | Caballo Grande, LLC | 27-1773243 |
| 15. | Caseyville Dock Company, LLC | 20-8080107 |
| 16. | Central States Coal Reserves of Illinois, LLC | 43-1869432 |
| 17. | Central States Coal Reserves of Indiana, LLC | 20-3960696 |
| 18. | Century Mineral Resources, Inc. | 36-3925555 |
| 19. | Coal Reserve Holding Limited Liability Company No. 1 | 43-1922737 |
| 20. | COALSALES II, LLC | 43-1610419 |
| 21. | Colorado Yampa Coal Company, LLC | 95-3761211 |
| 22. | Conservancy Resources, LLC | 20-5744701 |
| 23. | Cottonwood Land Company | 43-1721982 |
| 24. | Cyprus Creek Land Company | 73-1625890 |
| 25. | Cyprus Creek Land Resources LLC | 75-3058264 |
| 26. | Dyson Creek Coal Company, LLC | 43-1898526 |
| 27. | Dyson Creek Mining Company, LLC | 20-8080062 |
| 28. | El Segundo Coal Company, LLC | 20-8162824 |
| 29. | Empire Land Holdings, LLC | 61-1742786 |
| 30. | Falcon Coal Company, LLC | 35-2006760 |
| 31. | Four Star Holdings, LLC | 30-0885825 |
| 32. | Francisco Equipment Company, LLC | 37-1805119 |
| 33. | Francisco Land Holdings Company, LLC | 36-4831111 |
| 34. | Francisco Mining, LLC | 30-0922117 |
| 35. | Gallo Finance Company, LLC | 43-1823616 |
| 36. | Gold Fields Chile, LLC | 13-3004607 |
| 37. | Gold Fields Mining, LLC | 36-2079582 |
| 38. | Gold Fields Ortiz, LLC | 22-2204381 |
| 39. | Hayden Gulch Terminal, LLC | 86-0719481 |
| 40. | Highwall Mining Services Company | 20-0010659 |
| 41. | Hillside Recreational Lands, LLC | 32-0214135 |
| 42. | HMC Mining, LLC | 43-1875853 |
| 43. | Illinois Land Holdings, LLC | 26-1865197 |
| 44. | Independence Material Handling, LLC | 43-1750064 |
| 45. | James River Coal Terminal, LLC | 55-0643770 |
| 46. | Juniper Coal Company, LLC | 43-1744675 |
| 47. | Kayenta Mobile Home Park, Inc. | 86-0773596 |
| 48. | Kentucky Syngas, LLC | 26-1156957 |
| 49. | Kentucky United Coal, LLC | 35-2088769 |
| 50. | Lively Grove Energy, LLC | 20-5752800 |
| 51. | Lively Grove Energy Partners, LLC | 26-0180403 |
| 52. | Marigold Electricity, LLC | 26-0180352 |
| 53. | Midco Supply and Equipment Corporation | 43-6042249 |
| 54. | Midwest Coal Acquisition Corp. | 20-0217640 |
| 55. | Midwest Coal Reserves of Illinois, LLC | 20-3960648 |

|  | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 56. | Midwest Coal Reserves of Indiana, LLC | 20-3405958 |
| 57. | Midwest Coal Reserves of Kentucky, LLC | 20-3405872 |
| 58. | Moffat County Mining, LLC | 74-1869420 |
| 59. | Mustang Energy Company, LLC | 43-1898532 |
| 60. | New Mexico Coal Resources, LLC | 20-3405643 |
| 61. | NM Equipment Company, LLC | 36-4821991 |
| 62. | Pacific Export Resources, LLC | 27-5135144 |
| 63. | Peabody America, LLC | 93-1116066 |
| 64. | Peabody Archveyor, L.L.C. | 43-1898535 |
| 65. | Peabody Arclar Mining, LLC | 31-1566354 |
| 66. | Peabody Asset Holdings, LLC | 20-3367333 |
| 67. | Peabody Bear Run Mining, LLC | 26-3582291 |
| 68. | Peabody Bear Run Services, LLC | 26-3725923 |
| 69. | Peabody Caballo Mining, LLC | 83-0309633 |
| 70. | Peabody Cardinal Gasification, LLC | 20-5047955 |
| 71. | Peabody China, LLC | 43-1898525 |
| 72. | Peabody Coalsales, LLC | 20-1759740 |
| 73. | Peabody COALTRADE International (CTI), LLC | 20-1435716 |
| 74. | Peabody COALTRADE, LLC | 43-1666743 |
| 75. | Peabody Colorado Operations, LLC | 20-2561644 |
| 76. | Peabody Colorado Services, LLC | 26-3723774 |
| 77. | Peabody Coulterville Mining, LLC | 20-0217834 |
| 78. | Peabody Development Company, LLC | 43-1265557 |
| 79. | Peabody Electricity, LLC | 20-3405744 |
| 80. | Peabody Employment Services, LLC | 26-3730348 |
| 81. | Peabody Energy Generation Holding Company | 73-1625891 |
| 82. | Peabody Energy Investments, Inc. | 68-0541702 |
| 83. | Peabody Energy Solutions, Inc. | 43-1753832 |
| 84. | Peabody Gateway North Mining, LLC | 27-2294407 |
| 85. | Peabody Gateway Services, LLC | 26-3724075 |
| 86. | Peabody Holding Company, LLC | 74-2666822 |
| 87. | Peabody Holdings (Gibraltar) Limited | 20-5543587 |
| 88. | Peabody IC Funding Corporation | 46-2326991 |
| 89. | Peabody IC Holdings, LLC | 30-0829603 |
| 90. | Peabody Illinois Services, LLC | 26-3722638 |
| 91. | Peabody Indiana Services, LLC | 26-3724339 |
| 92. | Peabody International Investments, Inc. | 26-1361182 |
| 93. | Peabody International Services, Inc. | 20-8340434 |
| 94. | Peabody Investments Corp. | 20-0480084 |
| 95. | Peabody Magnolia Grove Holdings, LLC | 61-1683376 |
| 96. | Peabody Midwest Management Services, LLC | 26-3726045 |
| 97. | Peabody Midwest Mining, LLC | 35-1799736 |
| 98. | Peabody Midwest Operations, LLC | 20-3405619 |
| 99. | Peabody Midwest Services, LLC | 26-3722194 |
| 100. | Peabody Mongolia, LLC | 20-8714315 |
| 101. | Peabody Natural Gas, LLC | 43-1890836 |
| 102. | Peabody Natural Resources Company | 51-0332232 |
| 103. | Peabody New Mexico Services, LLC | 20-8162939 |
| 104. | Peabody Operations Holding, LLC | 26-3723890 |
| 105. | Peabody Powder River Mining, LLC | 43-0996010 |
| 106. | Peabody Powder River Operations, LLC | 20-3405797 |
| 107. | Peabody Powder River Services, LLC | 26-3725850 |
| 108. | Peabody PowerTree Investments, LLC | 20-0116980 |
| 109. | Peabody Recreational Lands, L.L.C. | 43-1898382 |
| 110. | Peabody Rocky Mountain Management Services, LLC | 26-3725390 |
| 111. | Peabody Rocky Mountain Services, LLC | 20-8162706 |
| 112. | Peabody Sage Creek Mining, LLC | 26-3730653 |
| 113. | Peabody School Creek Mining, LLC | 20-3585831 |

| | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 114. | Peabody Services Holdings, LLC | 26-3726126 |
| 115. | Peabody Southwest, LLC | 20-5744732 |
| 116. | Peabody Southwestern Coal Company, LLC | 43-1898372 |
| 117. | Peabody Terminal Holding Company, LLC | 26-1087861 |
| 118. | Peabody Terminals, LLC | 31-1035824 |
| 119. | Peabody Trout Creek Reservoir LLC | 30-0746873 |
| 120. | Peabody Twentymile Mining, LLC | 26-3725223 |
| 121. | Peabody Venezuela Coal Corp. | 43-1609813 |
| 122. | Peabody Venture Fund, LLC | 20-3405779 |
| 123. | Peabody-Waterside Development, L.L.C. | 75-3098342 |
| 124. | Peabody Western Coal Company | 86-0766626 |
| 125. | Peabody Wild Boar Mining, LLC | 26-3730759 |
| 126. | Peabody Wild Boar Services, LLC | 26-3725591 |
| 127. | Peabody Williams Fork Mining, LLC | 20-8162742 |
| 128. | Peabody Wyoming Gas, LLC | 20-5744610 |
| 129. | Peabody Wyoming Services, LLC | 26-3723011 |
| 130. | PEC Equipment Company, LLC | 20-0217950 |
| 131. | PG INVESTMENTS SIX, L.L.C. | 43-1898530 |
| 132. | Point Pleasant Dock Company, LLC | 20-0117005 |
| 133. | Pond River Land Company | 73-1625893 |
| 134. | Porcupine Production, LLC | 43-1898379 |
| 135. | Porcupine Transportation, LLC | 43-1898380 |
| 136. | Riverview Terminal Company | 13-2899722 |
| 137. | Sage Creek Holdings, LLC | 26-3286872 |
| 138. | Sage Creek Land & Reserves, LLC | 38-3936826 |
| 139. | School Creek Coal Resources, LLC | 20-2902073 |
| 140. | Seneca Coal Company, LLC | 84-1273892 |
| 141. | Seneca Property, LLC | 36-4820253 |
| 142. | Shoshone Coal Corporation | 25-1336898 |
| 143. | Southwest Coal Holdings, LLC | 37-1794829 |
| 144. | Star Lake Energy Company, L.L.C. | 43-1898533 |
| 145. | Sugar Camp Properties, LLC | 35-2130006 |
| 146. | Thoroughbred Generating Company, L.L.C. | 43-1898534 |
| 147. | Thoroughbred Mining Company LLC. | 73-1625889 |
| 148. | Twentymile Coal, LLC | 95-3811846 |
| 149. | Twentymile Equipment Company, LLC | 38-3982017 |
| 150. | Twentymile Holdings, LLC | 38-3937156 |
| 151. | United Minerals Company, LLC | 35-1922432 |
| 152. | West Roundup Resources, LLC | 20-2561489 |
| 153. | Wild Boar Equipment Company, LLC | 32-0488114 |
| 154. | Wild Boar Land Holdings Company, LLC | 36-4831131 |

## Schedule of Surety Bonds as of April 12, 2016

Exhibit A

**Third-Party Bonds:**

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|--------|------------------|-------|--------|---------|------|------------:|
| SUR0024093 | BTU WESTERN RESOURCES GEN | WY | ARGONAUT INSURANCE COMPANY | U.S. DEPARTMENT OF THE INTERIOR | LEASE | $ 8,652,000 |
| SUR0024094 | BTU WESTERN RESOURCES GEN | WY | ARGONAUT INSURANCE COMPANY | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,039,000 |
| SUR0001908 | NARO NORTH TRACT | WY | ARGONAUT INSURANCE COMPANY | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 4,230,000 |
| SUR0001901 | HAWTHORN | IN | ARGONAUT INSURANCE COMPANY | INDIANA DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 636,572 |
| SUR0001903 | HAWTHORN | IN | ARGONAUT INSURANCE COMPANY | INDIANA DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 138,660 |
| SUR0001902 | HAWTHORN | IN | ARGONAUT INSURANCE COMPANY | INDIANA DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 48,708 |
| SUR0032279 | WILD BOAR MINE | IN | ARGONAUT INSURANCE COMPANY | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 578,000 |
| SUR0024092 | COULTERVILLE SPECIAL ADJ. | MO | ARGONAUT INSURANCE COMPANY | U.S. ARMY CORPS OF ENGINEERS, ST. LOUIS DISTRICT | SUPPLY / PERFORMANCE | 8,000 |
| SUR0024091 | PATRIOT - GENERAL | IL | ARGONAUT INSURANCE COMPANY | PEOPLE OF THE STATE OF ILLINOIS | WORKERS COMP | 8,495,603 |
| 800004984 | WEST ROUNDUP RESOURCES GEN | WY | ATLANTIC SPECIALTY INSURANCE COMPANY | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 800005012 | POWDER RIVER COAL COMPANY | WY | ATLANTIC SPECIALTY INSURANCE COMPANY | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | MISCELLANEOUS | 50,000 |
| 800014753 | SOMERVILLE EAST | IN | ATLANTIC SPECIALTY INSURANCE COMPANY | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 400,000 |
| 800022107 | BEAR RUN MINE | IN | ATLANTIC SPECIALTY INSURANCE COMPANY | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 150,000 |
| 800014739 | SOMERVILLE SOUTH - BBCC | IN | ATLANTIC SPECIALTY INSURANCE COMPANY | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 8,600 |
| 800004994 | ARCLAR | IL | ATLANTIC SPECIALTY INSURANCE COMPANY | PEOPLE OF THE STATE OF ILLINOIS | SUPPLY / PERFORMANCE | 100,000 |
| 800004943 | PATRIOT - GENERAL | WA | ATLANTIC SPECIALTY INSURANCE COMPANY | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR | WORKERS COMP | 15,000,000 |
| 5011896 | FARMERSBURG-BEAR RUN EAST PI | IN | BOND SAFEGUARD | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 300,000 |
| 5011897 | FARMERSBURG-BEAR RUN EAST PI | IN | BOND SAFEGUARD | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 25,000 |
| 5011900 | FARMERSBURG-BEAR RUN EAST PI | IN | BOND SAFEGUARD | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 25,000 |
| 5011895 | WEST ROUNDUP RESOURCES GEN | WY | BOND SAFEGUARD | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | SUPPLY / PERFORMANCE | 9,275 |
| 9264500 | BIG SKY COAL COMPANY | MT | CNA INSURANCE | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | LEASE | 10,000 |
| 124051610 | SAGE CREEK AREA | CO | CNA INSURANCE | U.S. DEPARTMENT OF INTERIOR - COLORADO | LEASE | 8,000 |
| 9264282 | SAGE CREEK AREA | CO | CNA INSURANCE | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 7,000 |
| 9264472 | SAGE CREEK AREA | CO | CNA INSURANCE | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 124051915 | POWDER RIVER COAL COMPANY | WY | CNA INSURANCE | U.S. DEPARTMENT OF INTERIOR | LEASE | 5,000 |
| 929091475 | PDC ACQ. SPECIAL ADJ. | IL | CNA INSURANCE | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 25,000 |
| 929151494 | PHCI | NM | CNA INSURANCE | STATE OF NEW MEXICO | MISCELLANEOUS | 25,000 |
| 929149631 | GALLO FINANCE GENERAL | NM | CNA INSURANCE | STATE OF NEW MEXICO | MISCELLANEOUS | 2,500 |
| 9264361 | BIG SKY COAL COMPANY | MT | CNA INSURANCE | STATE OF MONTANA | PROSPECTING | 11,700 |
| 9264222 | KAYENTA MINE AZ | DC | CNA INSURANCE | U.S. DEPARTMENT OF THE INTERIOR | RECLAMATION | 28,304,188 |
| 9264224 | KAYENTA MINE AZ | DC | CNA INSURANCE | U.S. DEPARTMENT OF INTERIOR | RECLAMATION | 18,261,696 |
| 9264225 | KAYENTA MINE AZ | DC | CNA INSURANCE | U.S. DEPARTMENT OF THE INTERIOR | RECLAMATION | 6,261,536 |
| 9264241 | KAYENTA MINE AZ | DC | CNA INSURANCE | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 5,939,744 |
| 124059562 | HILLSIDE RECLAIM AREA | IL | CNA INSURANCE | THE PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 1,812,930 |
| 9264180 | BIG SKY COAL COMPANY | MT | CNA INSURANCE | MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY | RECLAMATION | 1,569,043 |
| 124059772 | HILLSIDE RECLAIM AREA | IL | CNA INSURANCE | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 278,563 |
| 124059528 | HILLSIDE RECLAIM AREA | IL | CNA INSURANCE | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 83,307 |
| 9264055 | MESA PIT | CO | CNA INSURANCE | ROUTT COUNTY, COLORADO | ROAD | 25,000 |
| 8205-65-30 | TWENTYMILE GENERAL | CO | FEDERAL/CHUBB | U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 82,000 |
| 8205-65-07 | CABALLO COAL CO. | WY | FEDERAL/CHUBB | STATE OF WYOMING | MISCELLANEOUS | 43,000 |
| 8205-65-00 | COULTERVILLE SPECIAL ADJ. | IL | FEDERAL/CHUBB | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 25,000 |
| 8205-65-08 | POWDER RIVER COAL COMPANY | WY | FEDERAL/CHUBB | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | MISCELLANEOUS | 12,000 |
| 8215-48-65 | KAYENTA MINE AZ | DC | FEDERAL/CHUBB | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 15,000,000 |
| 8205-65-40 | HILLSIDE RECLAIM AREA | IL | FEDERAL/CHUBB | PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 1,327,549 |
| 8205-65-39 | HILLSIDE RECLAIM AREA | IL | FEDERAL/CHUBB | PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 60,100 |
| 8205-65-41 | HILLSIDE RECLAIM AREA | IL | FEDERAL/CHUBB | PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 38,870 |
| 8205-64-29 | BLACK BEAUTY COAL COMPANY | IN | FEDERAL/CHUBB | DAVIESS COUNTY BOARD OF COMMISSIONERS | ROAD | 100,000 |
| 8205-64-23 | FARMERSBURG | IN | FEDERAL/CHUBB | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 1114753 | SCHOOL CREEK MINE | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 7,116,000 |
| 1114751 | POWDER RIVER COAL COMPANY | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND PERMITTING | LEASE | 6,393,000 |
| 1114747 | CABALLO COAL CO. | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 4,054,000 |
| 1114749 | CABALLO COAL CO. | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 1,204,000 |
| 1100023 | SAGE CREEK AREA | CO | LEXON | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 58,000 |
| 1033792 | TWENTYMILE GENERAL | CO | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 15,000 |
| 1015775 | WEST ROUNDUP RESOURCES GEN | WY | LEXON | U.S. DEPARTMANT OF THE INTERIOR BUREAU OF LAND WEST ROUNDUP TRACT | LEASE | 7,000 |
| 1114748 | CABALLO COAL CO. | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 5,000 |
| 1114750 | CABALLO COAL CO. | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 5,000 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 1114752 | WEST ROUNDUP RESOURCES GEN | WY | LEXON | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND LEASE | LEASE | 5,000 |
| 1114759 | GOLD FIELDS MINING CO. GEN | KS | LEXON | KANSAS DEPT OF HEALTH & ENVIRONMENT - BUREAU OF ENVIRONMENTAL REMEDIATION | MISCELLANEOUS | 273,500 |
| 1114746 | PEABODY INVESTMENTS GENERAL | MO | LEXON | STATE OF MISSOURI, OFFICE OF THE SECRETARY OF STATE | MISCELLANEOUS | 10,000 |
| 1118746 | PEABODY INVESTMENTS GENERAL | MO | LEXON | STATE OF MISSOURI, OFFICE OF THE SECRETARY OF STATE | MISCELLANEOUS | 10,000 |
| 1118750 | PEABODY INVESTMENTS GENERAL | MO | LEXON | STATE OF MISSOURI, OFFICE OF THE SECRETARY OF STATE | MISCELLANEOUS | 10,000 |
| 1005385 | PDC ACQ. SPECIAL ADJ. | IL | LEXON | IL DEPT OF NATURAL RESOURCES - OFFICE OF MINES AND MINERALS/DIVISION OF OIL AND GAS | PROSPECTING | 25,000 |
| 1118756 | TWENTYMILE GENERAL | CO | LEXON | COLORADO DIVISION OF RECLAMATION, MINING AND SAFETY | RECLAMATION | 10,056,089 |
| 1118752 | SENECA MINE | CO | LEXON | COLORADO DIVISION OF RECLAMATION, MINING AND SAFETY | RECLAMATION | 5,818,456 |
| 1118754 | MOFFAT COUNTY CO | CO | LEXON | COLORADO DIVISION OF RECLAMATION, MINING AND SAFETY | RECLAMATION | 4,621,000 |
| 1118755 | SAGE CREEK AREA | CO | LEXON | COLORADO DIVISION OF RECLAMATION, MINING AND SAFETY | RECLAMATION | 4,420,284 |
| 1058006 | HILLSIDE MINING LAND AREA | IL | LEXON | ILLINOIS DEPARTMENT OF NATURAL RESOURCES, OFFICE OF MINES AND MINERALS | RECLAMATION | 2,797,042 |
| 1118753 | SENECA MINE | CO | LEXON | COLORADO DIVISION OF RECLAMATION, MINING AND SAFETY | RECLAMATION | 2,221,677 |
| 1036554 | LYNNVILLE #1 | IN | LEXON | INDIANA DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 58,000 |
| 1118745 | BEAR RUN MINE | IN | LEXON | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 135,000 |
| 1016089 | VIKING-CORNING PIT | IN | LEXON | DAVIES COUNTY BOARD OF COMMISSIONERS - STATE OF IN | ROAD | 125,500 |
| 1114758 | BEAR RUN MINE | IN | LEXON | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 107,500 |
| 1004678 | FARMERSBURG | IN | LEXON | SULLIVAN COUNTY BOARD OF COMMISSIONERS ROAD CUT BOND | ROAD | 103,000 |
| 1118744 | BEAR RUN MINE | IN | LEXON | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 92,500 |
| 1118749 | UNITED MINERALS | IN | LEXON | PIKE COUNTY COMMISSIONERS | ROAD | 55,000 |
| 1002208 | FARMERSBURG | IN | LEXON | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 50,000 |
| 1118748 | PEABODY INVESTMENTS GENERAL | IN | LEXON | STATE OF INDIANA, DEPT OF TRANSPORTATION PERMIT BOND | ROAD | 50,000 |
| 1026810 | BLACK BEAUTY COAL COMPANY | IN | LEXON | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 40,000 |
| 1114760 | FRANCISCO MINE - UG | IN | LEXON | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 36,000 |
| 1000024 | ARCLAR | IL | LEXON | COTTAGE TOWNSHIP | ROAD | 25,000 |
| 1002207 | FARMERSBURG | IN | LEXON | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 1003741 | WILDCAT HILLS | IL | LEXON | EQUALITY TOWNSHIP HIGHWAY COMMISSIONER | ROAD | 25,000 |
| 1024604 | SOMERVILLE SOUTH - BBCC | IL | LEXON | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 1016088 | VIKING-CORNING PIT | IN | LEXON | DAVIES COUNTY BOARD OF COMMISSIONERS - STATE OF IN | ROAD | 20,000 |
| 1001236A | PEABODY INVESTMENTS GENERAL | IN | LEXON | WARRICK COUNTY BOARD OF COMMISSIONERS | ROAD | 20,000 |
| 1015853 | ARCLAR | IL | LEXON | EQUALITY TOWNSHIP HIGHWAY COMMISSIONER | ROAD | 15,000 |
| 1000012 | SOMERVILLE NORTH | IN | LEXON | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 1002205 | SOMERVILLE SOUTH - BBCC | IN | LEXON | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 1016157 | AMERICAN LAND HOLDINGS OF IN | IN | LEXON | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 10,000 |
| 1016159 | FARMERSBURG-BEAR RUN EAST PI | IN | LEXON | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 10,000 |
| 1016160 | FARMERSBURG-BEAR RUN EAST PI | IN | LEXON | BOARD OF COMMISSIONERS FOR SULLIVAN COUNTY, IN | ROAD | 10,000 |
| 1015578 | ARCLAR GENERAL | IL | LEXON | ILLINOIS DEPARTMENT OF TRANSPORTATION | ROAD | 7,500 |
| 1001237A | PEABODY INVESTMENTS GENERAL | IN | LEXON | WARRICK COUNTY BOARD OF COMMISSIONERS | ROAD | 2,000 |
| 1118741 | BEAR RUN MINE | IN | LEXON | THE DUKE ENERGY COMPANY | SUPPLY / PERFORMANCE | 2,743,605 |
| 1016117 | PEABODY NATURAL GAS | WY | LEXON | USDA FOREST SERVICE PERFORMANCE BOND - PINEY CANYON | SUPPLY / PERFORMANCE | 215,500 |
| 1021152 | SAGE CREEK AREA | CO | LEXON | COLORADO STATE BOARD OF LAND COMMISSIONERS | SUPPLY / PERFORMANCE | 2,500 |
| 60S004846 | CABALLO COAL CO. | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 3,131,000 |
| 22037460 | BTU WESTERN RESOURCES GEN | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 2,071,000 |
| 2204-76-84 | PEABODY NATURAL RESOURCES GE | NM | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 1,253,000 |
| 2203-74-81 | SAGE CREEK AREA | CO | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 162,000 |
| 2204-66-21 | PEABODY NATURAL GAS | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 160,000 |
| 2204-66-19 | POWDER RIVER COAL COMPANY | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 9,000 |
| 22047691 | SAGE CREEK AREA | CO | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 7,000 |
| 2203-74-28 | POWDER RIVER COAL COMPANY | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 2203-74-29 | POWDER RIVER COAL COMPANY | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 2203-74-66 | BTU WESTERN RESOURCES GEN | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 60S004849 | POWDER RIVER COAL COMPANY | WY | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 2204-70-94 | GOLD FIELDS MINING CO. GEN | KS | LIBERTY MUTUAL | ENVIRONMENTAL PROTECTION AGENCY REGION 7 | MISCELLANEOUS | 831,600 |
| 2204-66-22 | GOLD FIELDS MINING CO. GEN | KS | LIBERTY MUTUAL | ENVIRONMENTAL PROTECTION AGENCY REGION 7 | MISCELLANEOUS | 700,000 |
| 22047091 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | THE TRUSTEES OF INDIANA UNIVERSITY | MISCELLANEOUS | 200,000 |
| 22037414 | PEABODY NATURAL RESOURCES GE | NM | LIBERTY MUTUAL | U.S. DEPARTMENT OF THE INTERIOR | MISCELLANEOUS | 92,500 |
| 2203-74-36 | MIDWEST COAL RESERVES OF IL | IL | LIBERTY MUTUAL | ILLINOIS DEPARTMENT OF NATURAL RESOURCES, OFFICE OF MINES AND MINERALS | MISCELLANEOUS | 25,000 |
| 2204-31-97 | MOFFAT COUNTY CO | CO | LIBERTY MUTUAL | STATE OF COLORADO | MISCELLANEOUS | 22,678 |
| 2203-74-27 | AMERICAN LAND DEVELOPMENT-GE | IL | LIBERTY MUTUAL | PEOPLE OF THE STATE OF ILLINOIS | MISCELLANEOUS | 15,000 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 22037410 | PEABODY INVESTMENTS GENERAL | MO | LIBERTY MUTUAL | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 22043190 | PEABODY INVESTMENTS GENERAL | MO | LIBERTY MUTUAL | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 22047090 | PEABODY INVESTMENTS GENERAL | MO | LIBERTY MUTUAL | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 22047686 | ARCLAR | IL | LIBERTY MUTUAL | PEOPLE OF THE STATE OF ILLINOIS | MISCELLANEOUS | 10,000 |
| 2204-31-98 | PEABODY INVESTMENTS GENERAL | MO | LIBERTY MUTUAL | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 2204-76-93 | PEABODY INVESTMENTS GENERAL | MO | LIBERTY MUTUAL | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 22032292 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 22037450 | PEABODY INVESTMENTS GENERAL | IL | LIBERTY MUTUAL | ILLINOIS SECRETARY OF STATE | MISCELLANEOUS | 5,000 |
| 22043187 | TWENTYMILE GENERAL | CO | LIBERTY MUTUAL | STATE OF COLORADO, BOARD OF LAND COMMISSIONERS | MISCELLANEOUS | 5,000 |
| 22043188 | PEABODY INVESTMENTS GENERAL | IL | LIBERTY MUTUAL | ILLINOIS SECRETARY OF STATE | MISCELLANEOUS | 5,000 |
| 22047690 | PEABODY INVESTMENTS GENERAL | IL | LIBERTY MUTUAL | ILLINOIS SECRETARY OF STATE | MISCELLANEOUS | 5,000 |
| 285044720 | BLACK BEAUTY COAL COMPANY | IN | LIBERTY MUTUAL | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 285045532 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 2204-31-80 | PEABODY INVESTMENTS GENERAL | IL | LIBERTY MUTUAL | PEOPLE OF THE STATE OF ILLINOIS | MISCELLANEOUS | 5,000 |
| 2204-76-92 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 2204-98-26 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 2203-23-08 | SAGE CREEK AREA | CO | LIBERTY MUTUAL | STATE OF COLORADO DIVISION OF RECLAMATION MINING & SAFETY; DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 4,946 |
| 2204-66-20 | PEABODY INVESTMENTS GENERAL | KY | LIBERTY MUTUAL | COMMONWEALTH OF KENTUCKY | MISCELLANEOUS | 1,000 |
| 22043194 | GATEWAY MINE | IL | LIBERTY MUTUAL | PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 49,250 |
| 2203-23-39 | WILLIAMS FORK AREA | CO | LIBERTY MUTUAL | STATE OF COLORADO DIVISION OF RECLAMATION MINING & SAFETY; DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 31,550 |
| 2203-23-35 | SAGE CREEK AREA | CO | LIBERTY MUTUAL | STATE OF COLORADO AND THE U.S., OFFICE OF SURFACE MINING AND RECLAMATION AND ENFORCEMENT | RECLAMATION | 1,000 |
| 2203-23-36 | TWENTYMILE GENERAL | CO | LIBERTY MUTUAL | STATE OF COLORADO DIVISION OF RECLAMATION MINING & SAFETY; DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,000 |
| 22037421 | SOMERVILLE - CENTRAL | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 420,000 |
| 22047689 | ARCLAR | IL | LIBERTY MUTUAL | BOARD OF SALINE COUNTY | ROAD | 200,000 |
| 2203-74-31 | WILD BOAR MINE | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 200,000 |
| 22037458 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 100,000 |
| 2204-98-28 | ARCLAR | IL | LIBERTY MUTUAL | COTTAGE TOWNSHIP | ROAD | 100,000 |
| 22037420 | SOMERVILLE - CENTRAL | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 90,000 |
| 22047092 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 60,000 |
| 22047093 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 60,000 |
| 60S014013 | VIKING-CORNING PIT | IN | LIBERTY MUTUAL | DAVIESS COUNTY BOARD OF COMMISSIONERS | ROAD | 59,000 |
| 22037459 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 2203-74-69 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 2203-74-70 | AMERICAN LAND HOLDINGS OF IN | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 60S014012 | ARCLAR | IL | LIBERTY MUTUAL | COTTAGE TOWNSHIP | ROAD | 50,000 |
| 60o013999 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 40,000 |
| 22043192 | SOMERVILLE - CENTRAL | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 22043193 | SOMERVILLE - CENTRAL | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 2203-74-32 | WILD BOAR MINE | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 25,000 |
| 2204-76-85 | SOMERVILLE - CENTRAL | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 2203-23-34 | WILD BOAR MINE | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 21,200 |
| 22037411 | WILD BOAR MINE | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 12,300 |
| 2204-76-88 | BEAR RUN MINE | IN | LIBERTY MUTUAL | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 60S014001 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 60S014002 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 60S014003 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 60S014005 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 60S014006 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 60S014007 | FARMERSBURG-BEAR RUN EAST PI | IN | LIBERTY MUTUAL | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 22030315 | MIDWEST COAL RESERVES OF IN | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 7,500 |
| 22032332 | MIDWEST COAL RESERVES OF IN | IN | LIBERTY MUTUAL | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 7,500 |
| 22037419 | SOMERVILLE SOUTH - BBCC | IN | LIBERTY MUTUAL | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 7,500 |
| 22047687 | ARCLAR | IL | LIBERTY MUTUAL | SALINE VALLEY CONSERVANCY DISTRICT | SUPPLY / PERFORMANCE | 1,000,000 |
| 2204-98-24 | GOLD FIELDS MINING CO. GEN | IL | LIBERTY MUTUAL | ENVIRONMENTAL PROTECTION AGENCY REGION 5 | SUPPLY / PERFORMANCE | 300,000 |
| 22032300 | CABALLO COAL CO. | WY | LIBERTY MUTUAL | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY | SUPPLY / PERFORMANCE | 288,000 |
| 2204-98-27 | PEABODY INVESTMENTS GENERAL | IN | LIBERTY MUTUAL | GIBSON COUNTY DRAINAGE BOARD | SUPPLY / PERFORMANCE | 200,000 |
| 22046823 | PATRIOT - GENERAL | WA | LIBERTY MUTUAL | TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | WORKERS COMP | 35,292,816 |
| 22043169 | PHCI ACQ. SPECIAL ADJ. | IL | LIBERTY MUTUAL | PEOPLE OF THE STATE OF ILLINOIS | WORKERS COMP | 10,925,000 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 22037483 | PHCI INCENTIVE | AZ | LIBERTY MUTUAL | THE INDUSTRIAL COMMISSION OF ARIZONA | WORKERS COMP | 1,386,363 |
| 6675474 | POWDER RIVER COAL COMPANY | WY | SAFECO | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 6,032,000 |
| 60S011825 | CABALLO COAL CO. | WY | SAFECO | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 385,000 |
| 6423631 | NA/RC WEST PIT | WY | SAFECO | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | LEASE | 5,000 |
| 6510647 | BLACK BEAUTY COAL COMPANY | IN | SAFECO | STATE OF INDIANA | MISCELLANEOUS | 5,000 |
| 6601877 | BLACK BEAUTY COAL COMPANY | IN | SAFECO | STATE OF INDIANA | MISCELLANEOUS | 5,000 |
| 6601878 | BLACK BEAUTY COAL COMPANY | IN | SAFECO | STATE OF INDIANA | MISCELLANEOUS | 5,000 |
| 6675473 | PEABODY INVESTMENTS GENERAL | IN | SAFECO | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 6510737 | SAGE CREEK AREA | CO | SAFECO | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | PROSPECTING | 6,000 |
| 6197012 | KAYENTA MINE AZ | DC | SAFECO | U.S. OFFICE OF SURFACE MINING RECLAMATION & ENFORCEMENT | RECLAMATION | 40,000,000 |
| 6475577 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 4,860,938 |
| 6475580 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 3,339,665 |
| 6475578 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 3,141,180 |
| 6475583 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,809,000 |
| 6475579 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,457,787 |
| 6475581 | PEABODY INVESTMENTS GENERAL | IL | SAFECO | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 342,390 |
| 6628924 | PHCI ACQ. SPECIAL ADJ. | IL | SAFECO | THE PEOPLE OF THE STATE OF ILLINOIS | RECLAMATION | 25,000 |
| 6601853 | FARMERSBURG-BEAR RUN EAST PI | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 262,000 |
| 6510682 | FARMERSBURG | IN | SAFECO | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 200,000 |
| 6675486 | WILD BOAR MINE | IN | SAFECO | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 178,500 |
| 6675467 | AMERICAN LAND HOLDINGS OF IN | IN | SAFECO | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 168,750 |
| 6675483 | FRANCISCO MINE - UG | IN | SAFECO | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 156,000 |
| 6675453 | ARCLAR | IL | SAFECO | COTTAGE TOWNSHIP | ROAD | 100,000 |
| 6675489 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 100,000 |
| 6675481 | WILD BOAR MINE | IN | SAFECO | THE BOARD OF COMMISSIONERS OF WARRICK COUNTY, INDIANA | ROAD | 90,000 |
| 6628971 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 80,000 |
| 6510740 | SOMERVILLE NORTH | IN | SAFECO | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 75,000 |
| 6628927 | FARMERSBURG-BEAR RUN EAST PI | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 57,000 |
| 6675490 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 6675491 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 6675492 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 50,000 |
| 6510738 | SOMERVILLE NORTH | IN | SAFECO | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 6628969 | VIKING-CORNING PIT | IN | SAFECO | DAVIESS COUNTY BOARD OF COMMISSIONERS | ROAD | 16,000 |
| 6510739 | SOMERVILLE NORTH | IN | SAFECO | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 13,300 |
| 6601876 | SOMERVILLE NORTH | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 12,500 |
| 6628926 | BEAR RUN EAST | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6628973 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6628974 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6628975 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675468 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675469 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675470 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675471 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675472 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6675478 | BEAR RUN MINE | IN | SAFECO | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 6628970 | COULTERVILLE SPECIAL ADJ. | IL | SAFECO | ILLINOIS DEPARTMENT OF TRANSPORTATION | ROAD | 5,000 |
| 64S100612869 | BLACK MESA #1 AZ | DC | TRAVELERS | U.S. DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS | LEASE | 41,659,000 |
| 104364473 | NACC | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 9,287,000 |
| 105243348 | KAYENTA MINE AZ | DC | TRAVELERS | U.S. DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS | LEASE | 6,198,000 |
| 104176473 | FOIDEL CREEK MINE | CO | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 119,000 |
| 105243333 | PHCI | WY | TRAVELERS | STATE OF WYOMING | LEASE | 100,000 |
| 105243356 | CABALLO COAL CO. | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 26,500 |
| 105233401 | COTTONWOOD | CO | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 15,543 |
| 64S100773118 | POWDER RIVER COAL COMPANY | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 7,000 |
| 104176463 | FOIDEL CREEK MINE | CO | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 104294174 | SAGE CREEK AREA | CO | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 104324889 | SHOSHONE UNDERGROUND | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 104324893 | SHOSHONE UNDERGROUND | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 104324894 | SAGE CREEK AREA | CO | TRAVELERS | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | LEASE | 5,000 |
| 104324895 | FOIDEL CREEK MINE | CO | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | LEASE | 5,000 |
| 104324896 | SAGE CREEK AREA | CO | TRAVELERS | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR (FEDERAL BLACK LUNG) | LEASE | 5,000 |
| 104536275 | POWDER RIVER COAL COMPANY | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 104674522 | POWDER RIVER COAL COMPANY | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 105243322 | POWDER RIVER COAL COMPANY | WY | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT | LEASE | 5,000 |
| 105243321 | KAYENTA MINE AZ | DC | TRAVELERS | NAVAJO TRIBAL COUNCIL | LEASE | 5,000 |
| 105243361 | BIG SKY COAL COMPANY | MT | TRAVELERS | STATE OF MONTANA | LEASE | 1,000 |
| 105934478 | ARCLAR | IL | TRAVELERS | ILLINOIS DEPARTMENT OF TRANSPORTATION | MISCELLANEOUS | 135,000 |
| 3064293 | COALSALE/COALTRADE INCENTIVE | MO | TRAVELERS | U.S. CUSTOMS SERVICE | MISCELLANEOUS | 100,000 |
| 105243332 | PEABODY NATURAL GAS | WY | TRAVELERS | STATE OF WYOMING | MISCELLANEOUS | 75,000 |
| 105243330 | WILLOW LAKE | IL | TRAVELERS | ILLINOIS DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 25,000 |
| 64S101154876 | SUGAR CAMP | | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 25,000 |
| 105246163 | SAGE CREEK AREA | CO | TRAVELERS | COLORADO STATE BOARD OF LAND COMMISSIONERS | MISCELLANEOUS | 20,000 |
| 104700306 | AMERICAN LAND DEVELOPMENT-GE | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | MISCELLANEOUS | 10,000 |
| 105243314 | SAGE CREEK AREA | CO | TRAVELERS | COLORADO STATE BOARD OF LAND COMMISSIONERS | MISCELLANEOUS | 10,000 |
| 105243345 | PEABODY RECREATIONAL | CO | TRAVELERS | OFFICE OF LICENSING - OUTFITTERS | MISCELLANEOUS | 10,000 |
| 106104545 | PEABODY INVESTMENTS GENERAL | MO | TRAVELERS | STATE OF MISSOURI | MISCELLANEOUS | 10,000 |
| 104381972 | FOIDEL CREEK MINE | CO | TRAVELERS | STATE OF COLORADO | MISCELLANEOUS | 5,000 |
| 104700437 | PEABODY INVESTMENTS GENERAL | CO | TRAVELERS | STATE OF COLORADO | MISCELLANEOUS | 5,000 |
| 106104546 | PEC EQUIPMENT - GENERAL | IL | TRAVELERS | ILLINOIS SECRETARY OF STATE | MISCELLANEOUS | 5,000 |
| 106104553 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | ILLINOIS SECRETARY OF STATE | MISCELLANEOUS | 5,000 |
| 106243033 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF INDIANA, SECRETARY OF STATE'S OFFICE | MISCELLANEOUS | 5,000 |
| 64S100279315 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | STATE OF INDIANA | MISCELLANEOUS | 5,000 |
| 105276528 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | STATE OF INDIANA | MISCELLANEOUS | 4,000 |
| 105243315 | SENECA | CO | TRAVELERS | COLORADO STATE BOARD OF LAND COMMISSIONERS | MISCELLANEOUS | 300 |
| 105243364 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 48,292 |
| 64S100645389 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 27,833 |
| 105243358 | BIG SKY COAL COMPANY | MT | TRAVELERS | STATE OF MONTANA | PROSPECTING | 25,800 |
| 105243366 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 21,725 |
| 104176472 | FOIDEL CREEK MINE | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 12,008 |
| 104176435 | MOFFAT COUNTY CO | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 8,568 |
| 105243353 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 8,427 |
| 64S100808384 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 4,579 |
| 104304295 | FOIDEL CREEK MINE | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 3,600 |
| 104176474 | FOIDEL CREEK MINE | CO | TRAVELERS | STATE OF COLORADO AND THE U.S., OFFICE OF SURFACE MINING AND RECLAMATION AND ENFORCEMENT | PROSPECTING | 2,670 |
| 105243316 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 483 |
| 105243318 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | PROSPECTING | 477 |
| 105191031 | KAYENTA MINE AZ | DC | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 28,000,000 |
| 105243347 | KAYENTA MINE AZ | DC | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 27,219,836 |
| 105253365 | KAYENTA MINE AZ | DC | TRAVELERS | U.S. DEPARTMENT OF THE INTERIOR | RECLAMATION | 11,800,000 |
| 104991427 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 4,450,440 |
| 104536183 | KAYENTA MINE AZ | DC | TRAVELERS | U.S. OFFICE OF SURFACE MINING, RECLAMATION & ENFORCEMENT | RECLAMATION | 4,105,000 |
| 105243359 | BIG SKY COAL COMPANY | MT | TRAVELERS | STATE OF MONTANA ON SITE MANAGEMENT | RECLAMATION | 3,391,303 |
| 104991426 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 2,020,750 |
| 104991415 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,994,340 |
| 104991446 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,945,750 |
| 104991434 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,854,950 |
| 104991440 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,835,900 |
| 104991444 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,528,000 |
| 104991443 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 1,052,275 |
| 104991414 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 676,800 |
| 64S100808349 | HYDN GULCH | CO | TRAVELERS | STATE OF COLORADO | RECLAMATION | 611,691 |
| 104674392 | HYDN GULCH | CO | TRAVELERS | STATE OF COLORADO | RECLAMATION | 592,250 |
| 104991437 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 590,520 |
| 104991447 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 511,650 |
| 104991416 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 178,080 |
| 105243327 | SAGE CREEK AREA | CO | TRAVELERS | STATE OF COLORADO | RECLAMATION | 132,273 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 104991418 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 106,700 |
| 104991436 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 100,000 |
| 104991449 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 63,600 |
| 104991422 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 55,700 |
| 104991452 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | UNION DRAINAGE DISTRICT NO.1 OF GIRARD AND VIRDEN | RECLAMATION | 50,000 |
| 104991445 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 36,760 |
| 104991417 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 28,540 |
| 104991406 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | ILLINOIS DEPARTMENT OF NUCLEAR SAFETY | RECLAMATION | 25,000 |
| 104991450 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 25,000 |
| 104991454 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 25,000 |
| 104991448 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 23,160 |
| 104991438 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 15,870 |
| 105243335 | KENTUCKY UNITED GENERAL | KY | TRAVELERS | COMMONWEALTH OF KENTUCKY | RECLAMATION | 13,100 |
| 104991424 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 11,400 |
| 104991439 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 10,000 |
| 104991441 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 10,000 |
| 104991442 | PEABODY INVESTMENTS GENERAL | IL | TRAVELERS | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES | RECLAMATION | 10,000 |
| 105481220 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO | RECLAMATION | 382 |
| 104734631 | FARMERSBURG | IN | TRAVELERS | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 150,000 |
| 104647134 | FARMERSBURG - BEAR RUN | IN | TRAVELERS | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 50,000 |
| 105044667 | ARCLAR | IL | TRAVELERS | ILLINOIS DEPARTMENT OF TRANSPORTATION | ROAD | 50,000 |
| 105144609 | FARMERSBURG | IN | TRAVELERS | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 50,000 |
| 105246161 | ARCLAR GENERAL | IL | TRAVELERS | COTTAGE TOWNSHIP | ROAD | 50,000 |
| 105243313 | FARMERSBURG | IN | TRAVELERS | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 42,216 |
| 64s103095950 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 30,000 |
| 64S103188246 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 30,000 |
| 105044671 | FRANCISCO MINE - UG | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 26,000 |
| 105044666 | SOMERVILLE - CENTRAL | IN | TRAVELERS | TOWN COUNCIL OF THE TOWN OF SOMERVILLE, INDIANA | ROAD | 25,000 |
| 105244448 | WILLOW LAKE | IL | TRAVELERS | COTTAGE TOWNSHIP | ROAD | 25,000 |
| 105246160 | ARCLAR GENERAL | IL | TRAVELERS | COTTAGE TOWNSHIP | ROAD | 25,000 |
| 105246175 | SOMERVILLE | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 25,000 |
| 64S103374574 | SUGAR CAMP | IL | TRAVELERS | EQUALITY TOWNSHIP ROAD COMMISSION | ROAD | 25,000 |
| 64S104118640 | WILDCAT HILLS | IL | TRAVELERS | GALLATIN COUNTY | ROAD | 25,000 |
| 105246164 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 20,000 |
| 64S100854070 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 20,000 |
| 64S100956489 | AIR QUALITY | IN | TRAVELERS | BOARD OF COMMISSIONERS OF KNOX COUNTY | ROAD | 20,000 |
| 64S101036923 | FRANCISCO | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 20,000 |
| 105144607 | FARMERSBURG | IN | TRAVELERS | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 105144608 | MIDWEST COAL RESERVES OF IN | IN | TRAVELERS | SULLIVAN COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 105243331 | SOMERVILLE | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 105246173 | SOMERVILLE | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 105246174 | SOMERVILLE | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 64S100729852 | AIR QUALITY | IN | TRAVELERS | BOARD OF COMMISSIONERS OF KNOX COUNTY | ROAD | 10,000 |
| 64S101055890 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 64S103374316 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 64S103374320 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | EQUALITY TOWNSHIP HIGHWAY COMMISSIONER | ROAD | 10,000 |
| 64S103374538 | BLACK BEAUTY COAL COMPANY | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 10,000 |
| 105246168 | FARMERSBURG | IN | TRAVELERS | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 5,000 |
| 105246176 | FARMERSBURG | IN | TRAVELERS | VIGO COUNTY BOARD OF COMMISSIONERS | ROAD | 5,000 |
| 64S101036922 | FRANCISCO | IN | TRAVELERS | GIBSON COUNTY BOARD OF COMMISSIONERS | ROAD | 5,000 |
| 105481219 | PEABODY INVESTMENTS GENERAL | WA | TRAVELERS | UNITED STATES OF AMERICA - DEPARTMENT OF LABOR | WORKERS COMP | 5,000,000 |
| 104304343 | TWENTYMILE GENERAL | CO | TRAVELERS | STATE OF COLORADO, DEPARTMENT OF LABOR AND EMPLOYMENT | WORKERS COMP | 1,300,000 |
| 64S104140933 | PEABODY INVESTMENTS GENERAL | IN | TRAVELERS | STATE OF INDIANA | WORKERS COMP | 500,000 |
| 1000830840 | BEAR RUN MINE | IN | US SPECIALTY/HCC | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 42,803 |
| 1000830839 | BEAR RUN MINE | IN | US SPECIALTY/HCC | BOARD OF COMMISSIONERS OF SULLIVAN COUNTY, INDIANA | ROAD | 10,000 |
| 9908J4790 | COALTRADE INT'L | DC | WASHINGTON INT'L | U.S. DEPARTMENT OF HOMELAND SECURITY | MISCELLANEOUS | 50,000 |
| K09007131 | PATRIOT - GENERAL | DC | WESTCHESTER FIRE | COMMONWEALTH OF PENNSYLVANIA - DEP | RECLAMATION | 11,007,818 |
| K09007179 | PATRIOT - GENERAL | DC | WESTCHESTER FIRE | COMMONWEALTH OF PENNSYLVANIA - DEP | RECLAMATION | 6,140,998 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| 8940860 | KAYENTA MINE AZ | DC | ZURICH AMERICAN | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 46,000,000 |
| 4144114 | KAYENTA MINE AZ | DC | ZURICH AMERICAN | U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT | RECLAMATION | 14,300,000 |
| | | | | THIRD PARTY BONDED TOTAL | $ | 538,009,169 |

**Self-Bonds:**

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|---|---|---|---|---|---|---|
| SBC140 | NA/RC WEST PIT | WY | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 388,434,000 |
| SBC142 | CABALLO COAL CO. | WY | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 190,136,000 |
| 2012-01 | LEE RANCH | NM | PEABODY | STATE OF NM, MINING AND MINERALS | RECLAMATION | 118,737,953 |
| 2012-02 | PEABODY NATURAL RESOURCES GE | NM | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 62,223,730 |
| SBC141 | RAWHIDE MINE | WY | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 76,928,000 |
| SBC143 | SCHOOL CREEK MINE | WY | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 71,367,000 |
| SE-005-42 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 42,312,660 |
| SE-005-47 | WILD BOAR MINE | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 19,791,700 |
| SE-005-16 | FRANCISCO | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 17,826,980 |
| SE-005-28 | SOMERVILLE SOUTH - BBCC | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 12,119,619 |
| SE-005-43 | MILLER CREEK-KNOX PIT | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 10,892,106 |
| ILARCLAR-18 | WILLOW LAKE MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 8,481,350 |
| SE-005-45 | SOMERVILLE - CENTRAL | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 8,295,823 |
| ILARCLAR-05 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 7,166,764 |
| ILBBCC-12A | RIOLA MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 6,721,570 |
| ILARCLAR-24 | ARCLAR | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 6,269,840 |
| ILARCLAR-23 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 6,094,180 |
| ILARCLAR-16 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 6,079,900 |
| SE-005-14 | FARMERSBURG | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 6,070,330 |
| ILARCLAR-20 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 5,873,300 |
| ILARCLAR-22 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 5,555,800 |
| SE-005-36 | AIR QUALITY | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 4,769,350 |
| ILARCLAR-10 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 4,425,091 |
| SE-005-46 | AIR QUALITY | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 4,240,000 |
| ILCOULTER-1 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 3,875,050 |
| SE-005-26 | SOMERVILLE NORTH | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 3,815,705 |
| ILARCLAR-17 | WILLOW LAKE UNDERGROUND | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 3,462,300 |
| SE-005-9 | VIKING-DORNING PIT | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 3,397,984 |
| ILARCLAR-06 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 3,301,902 |
| ILARCLAR-14 | WILLOW LAKE MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 3,055,240 |
| ILCOULTER-5 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,867,631 |
| SE-008-1 | PHCI ACQ. SPECIAL ADJ. | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,725,498 |
| ILCOULTER-4 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,703,180 |
| ILCOULTER-7 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,587,500 |
| SE-008-4 | PHCI ACQ. SPECIAL ADJ. | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,433,100 |
| ILARCLAR-21 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 2,287,330 |
| SE-008-3 | PHCI ACQ. SPECIAL ADJ. | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,191,976 |
| SE-005-40 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 2,163,600 |
| ILBBCC-11 | RIOLA MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 1,760,850 |
| ILGATEWAY-1 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 1,529,750 |
| ILARCLAR-09 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 1,375,880 |
| ILARCLAR-11 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 1,306,518 |
| SE-005-38 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 1,066,790 |
| ILCOULTER-6 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 1,014,067 |
| SE-005-41 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 868,650 |
| SBC129 | SHOSHONE GENERAL | WY | PEABODY | STATE OF WYOMING - DEPARTMENT OF WATER QUALITY AND LAND QUALITY | RECLAMATION | 795,400 |
| ILARCLAR-19 | WILDCAT HILLS-COTTAGE GROVE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 774,806 |
| ILARCLAR-15 | WILLOW LAKE MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 761,900 |
| ILARCLAR-02 | BIG RIDGE MINE | IL | PEABODY | NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY | RECLAMATION | 697,590 |
| ILARCLAR-04 | EAGLE VALLEY | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 613,968 |
| ILARCLAR-08 | WILDCAT HILLS | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 612,367 |
| SE-005-12 | DISCOVERY MINE - UMC | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 396,537 |
| ILBBCC-10A | RIOLA MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 361,200 |
| SE-008-2 | PHCI ACQ. SPECIAL ADJ. | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 338,700 |

Exhibit A

| Bond # | Mine Name/Issuer | State | Issuer | Obligee | Type | Bond Amount |
|--------|------------------|-------|--------|---------|------|-------------|
| ILBBCC-10 | RIOLA MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 282,830 |
| SE-005-44 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 234,000 |
| SE-005-1 | AIR QUALITY | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 232,000 |
| SE-005-39 | FARMERSBURG-BEAR RUN EAST PI | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 202,771 |
| SE-005-17 | FRANCISCO MINE - UG | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 186,000 |
| ILBBCC-10B | RIOLA MINE | IL | PEABODY | STATE OF ILLINOIS DEPARTMENT OF NATURAL RESOURCES OFFICE OF MINES AND MINERALS LAND RECLAMATION DIVISION | RECLAMATION | 129,280 |
| SE-005-27 | ENTERPRISE MINE | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 56,926 |
| SE-005-32 | WEST FISHER | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 24,375 |
| SE-005-35 | AIR QUALITY | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 20,000 |
| ILCOULTER-2 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 10,000 |
| SE-008-6 | PHCI ACQ. SPECIAL ADJ. | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 10,000 |
| SE-008-8 | UNITED MINERALS | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 10,000 |
| SE-005-18 | MILLER CREEK-JENLIN PIT | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 8,670 |
| ILCOULTER-3 | GATEWAY MINE | IL | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 3,735 |
| SE-005-37 | SOMERVILLE EAST | IN | PEABODY | INDIANA DEPARTMENT OF NATURAL RESOURCES DIVISION OF RECLAMATION | RECLAMATION | 3,426 |
| | | | | | SELF BONDED TOTAL | $ 1,147,370,026 |
| | | | | | GRAND TOTAL | $ 1,685,379,195 |