# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Peabody Energy Corporation, et al.,<br><br>Debtors.[1] | Case No. 16-42529<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date and Time:<br>TBD<br><br>Hearing Location:<br>TBD |

**APPLICATION OF THE DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a) AND LOCAL BANKRUPTCY RULE 2014(A), FOR AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISORS, *NUNC PRO TUNC* TO THE PETITION DATE**

Peabody Energy Corporation ("PEC") and certain of its direct and indirect

subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), hereby move this

Court, pursuant to sections 327(a) and 1107(b) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and Rule 2014(A) of the Local Rules of Bankruptcy Procedure for the

United States Bankruptcy Court for the Eastern District of Missouri (the "Local Bankruptcy

Rules"), for an order authorizing the Debtors to retain and employ FTI Consulting, Inc. ("FTI")

as financial advisors for the Debtors in these chapter 11 cases, nunc pro tunc to the Petition Date,

and in accordance with the terms and conditions of the engagement letter dated November

---

[1]     The Debtors and their employer identification numbers are listed on Schedule 1 attached hereto.  The addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

6, 2015 (the "Engagement Letter"),[2] a copy of which is attached hereto as Exhibit B, and in

support thereof, respectfully represent as follows:[3]

### Jurisdiction and Venue

1.      This Court has subject matter jurisdiction to consider this matter pursuant

to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States

District Court for the Eastern District of Missouri.  This is a core proceeding pursuant to

28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.      On April 13, 2016 (the "Petition Date"), the Debtors commenced their

reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors are authorized to continue to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

3.      Debtor PEC is a Delaware corporation headquartered in St. Louis,

Missouri.  PEC was incorporated in 1998 and became a public company in 2001.  Each of the

other Debtors is a wholly-owned direct or indirect subsidiary of PEC.

4.      PEC is the world's largest private-sector coal company (by volume), with

26 active coal mining operations located in the United States and Australia.  The Debtors'

domestic mines produce and sell thermal coal, which is primarily purchased by electricity

generators.  PEC's Australian operations mine both thermal and metallurgical coal, a majority of

---

[2]      Any references to, or summaries of, the Engagement Letter in this Application are qualified by the express
terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter
and such summaries or references herein.  Additionally, any capitalized terms used in this Application and
not otherwise defined herein shall have the meanings given to them in the Engagement Letter.

[3]      A copy of the proposed order will be made available on the Debtors' case website at
http://www.kccllc.net/peabody.

which is exported to international customers.  As of December 31, 2015, Debtor PEC and its subsidiaries' property holdings include 6.3 billion tons of proven and probable coal reserves and approximately 500,000 acres of surface property through ownership and lease agreements.  In the United States alone, as of December 31, 2015, the Debtors held an estimated 5.5 billion tons of proven and probable coal reserves, and the Debtors generated sales of approximately 180 million tons of coal.  In addition to its mining operations, the Debtors market and broker coal from other coal producers across the United States, Australia, Europe and Asia.

5.     The Debtors operate in a competitive and highly regulated industry that has experienced strong headwinds and precipitously declining demand and pricing in recent years due to the rise of low priced alternative energy sources – including an abundance of natural gas.  Combined with these factors, slowing global economic growth drove a wide range of goods prices lower in 2015 and resulted in the largest broad market decline since 1991.  Indeed, demand from electric utilities in the United States alone declined approximately 110 million tons in 2015.  These market conditions, in connection with lower realized pricing in the United States and Australia, resulted in a 21.0 million ton decline in the Debtors' and their non-debtor subsidiaries' coal sales during 2015.  As a result of these challenges, several large United States coal companies have filed for chapter 11 protection in recent years.

6.     A comprehensive description of the Debtors' businesses and operations, capital structure and the events leading to the commencement of these chapter 11 cases can be found in the Declaration of Amy Schwetz, Executive Vice President and Chief Financial Officer of Debtor PEC, in Support of First Day Motions of Debtors and Debtors in Possession (the "First Day Declaration"), which was filed contemporaneously herewith and is incorporated herein by reference.

7.      In support of this Application, the Debtors submit the Declaration of Carlin Adrianopoli, a Senior Managing Director at FTI (the "Adrianopoli Declaration"), which is attached hereto as Exhibit A and incorporated by reference.

**Retention of FTI**

8.      In consideration of the size and complexity of their businesses, as well as the exigencies of the circumstances, the Debtors have determined that the services offered by FTI will substantially enhance their efforts to maximize the value of their estates.  FTI possesses extensive knowledge and expertise in the areas of bankruptcy and financial matters relevant to these chapter 11 cases and is well qualified to serve as the Debtors' financial advisors.

9.      In selecting their financial advisors, the Debtors sought advisors with experience in providing similar services in large and complex cases.  FTI employs seasoned professionals to assist distressed companies with financial and operational challenges, and FTI regularly assists large and complex businesses similar to the Debtors.  Moreover, FTI possesses proven ability to provide counsel to clients in the mining industry based on FTI's in-depth industry knowledge and expertise.  FTI has a broad network of relationships with key parties in the mining sector and an experienced team of advisors dedicated to working with clients in the mining sector, including former bankers, lawyers, economists, policymakers, journalists and market researchers.  In addition, FTI has a significant presence in Australia, with offices in Brisbane, Gold Coast, Melbourne, Perth and Sydney.  FTI's professionals in Australia possess the requisite skills to assist in complex, multi-national restructuring assignments and also have significant mining experience.

10.     In addition to FTI's experience providing financial advisory and consulting services to troubled companies, both in and out of court, FTI has developed an in-depth understanding of the Debtors' financial history, business operations, and the industry in which

the Debtors operate.  FTI has worked closely with the Debtors' management and other

professionals since approximately November 6, 2015, and is well acquainted with the Debtors'

operations, debt structure, creditors, business and related matters.  Accordingly, FTI has

developed significant relevant experience regarding the Debtors that will assist FTI in providing

effective and efficient services in these chapter 11 cases.

### **Services to be Provided by FTI**

11.     Consistent with the terms of the Engagement Letter, the FTI professionals

working on this engagement (the "FTI Professionals") are charged with providing financial

advisory and consulting services (collectively, the "Services").[4]

12.     Among other things, the FTI Professionals have provided, or will provide

on a prospective basis upon the Court's approval of this Application, Services in the following

categories:

> a.  Assistance to the Debtors in preparation of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;
>
> b.  Assistance to the Debtors with information production and analyses required pursuant to the Debtors' Debtor-In-Possession ("DIP") financing including, but not limited to, preparation for hearings regarding the use of cash collateral and DIP financing and satisfaction of the reporting requirements defined in the final DIP financing agreement;
>
> c.  Assistance in connection with the development and implementation of key employee incentive, key employee retention and other critical employee benefit programs;

---

[4]     The Services shall not include (i) audit, legal, tax, environmental, accounting, actuarial, employee benefits, insurance advice or similar specialist and other professional services, which are typically outsourced, or (ii) investment banking services, including valuation or securities analysis, as well as advising any party or representing the Debtors on the purchase, sale or exchange of securities or representing the Debtors in securities transactions.

d.     Assistance and advice to the Debtors with respect to the identification of core business assets and the disposition of assets or liquidation of unprofitable operations;

e.     Assistance with the identification of executory contracts and leases and performance of cost/benefit evaluations with respect to the assumption or rejection of each;

f.     Assistance regarding the evaluation of the present level of operations and identification of areas of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

g.     Assistance in the preparation of financial information for the Court and/or for distribution to creditors and other stakeholders including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, detailed account balance reconciliations, analysis of various asset and liability accounts and analysis of proposed transactions for which Court approval is sought;

h.     Attendance at meetings and assistance in discussions with potential investors, banks and other secured lenders, any official committee(s) appointed in these chapter 11 cases, the United States Trustee for the Eastern District of Missouri (the "United States Trustee"), other parties in interest and professionals hired by the same, as requested;

i.     Assistance in developing and implementing strategies with respect to suppliers;

j.     Assistance with developing and delivering communication to key stakeholders, including employees, customers, suppliers and others;

k.     Assistance in the analysis of creditor claims by type, entity and individual claim, including assistance with development of necessary data management tools, as necessary, to track and manage such claims;

l.     Assistance in the preparation of information, analyses and documentation necessary for the confirmation of a plan in these chapter 11 proceedings, including but not limited to development of the disclosure statement and demonstrative liquidation analyses required for confirmation;

m.     Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

-6-

n.     Assistance with defending or prosecuting litigation strategies along with expert witness testimony on case related issues as required by the Debtors; and

o.     Provision of such other general business consulting or such other assistance as Debtors' management or counsel may deem necessary that are consistent with the role of financial advisors and not duplicative of services provided by other professionals in this proceeding.

### **Compensation and Fee Applications**

13.     The Debtors and FTI have agreed that FTI shall be paid according to its normal and customary hourly rates and that FTI shall seek reimbursement of reasonable direct expenses.

a.     <u>Hourly Rates</u>.  FTI's normal and customary billing rates, which are subject to periodic revision, are as follows:

| United States | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $800 – 975 |
| Directors / Managing Directors | $645 – 795 |
| Consultants / Senior Consultants | $355 – 575 |
| Administrative / Paraprofessionals | $125 – 250 |

| Australia | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $625 – 795 |
| Directors / Managing Directors | $510 – 700 |
| Consultants / Senior Consultants | $255 – 540 |
| Administrative / Paraprofessionals | $145 – 250 |

b.     <u>Reasonable Direct Expenses</u>.  FTI will bill for reasonable and necessary direct expenses that are incurred on the Debtors' behalf during their engagement (the "<u>Reasonable Direct Expenses</u>").  The Reasonable Direct Expenses include reasonable and documented out of pocket expenses that are billed directly to the engagement, such as certain telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to the engagement and billed at actual cost.  Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by the Debtors at its regular hourly rates and reimbursed for reasonable allocated and direct expenses (including reasonable attorney's fees) with respect thereto.

c.    <u>Cash on Account</u>.  Prepetition, FTI received a retainer of $500,000. In the final days leading up to the Debtors' initial filings in these chapter 11 cases, FTI issued a final estimated bill covering the fees and expenses expected to be incurred through the period ending as of filing of the petition.  FTI will reconcile the actual fees and expenses against the estimated payments as soon as practicable and any overage or underage for the period immediately preceding the petition will be added or subtracted from the original retainer amount.  FTI will then inform the Court as to this final prepetition retainer amount (the "<u>Cash on Account</u>").

d.    <u>FTI Employees</u>.  The Debtors agree to promptly notify FTI if the Debtors or any of their subsidiaries or affiliates extend (or solicit the possible interest in receiving) an offer of employment to a principal or employee of FTI involved in this engagement and agree that FTI has earned and is entitled to a cash fee, upon hiring, equal to 150% of the aggregate first year's annualized compensation, including any guaranteed or target bonus, to be paid to FTI's former principal or employee that the Debtors or any of their subsidiaries or affiliates hire at any time up to one year subsequent to the date of the final invoice rendered by FTI with respect to its engagement by the Debtors.

14.    FTI will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the Court in these chapter 11 cases.

<strong><u>Indemnification Provisions</u></strong>

15.    As a material part of the consideration for which FTI has agreed to provide the Services described herein, the Debtors have agreed to the indemnification provisions in Section 6 of the Standard Terms and Conditions attached to the Engagement Letter (the "<u>Indemnification Provisions</u>").  The Indemnification Provisions provide that the Debtors will indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees

(collectively, "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable and documented attorneys' fees and expenses and costs of investigation) except to the extent that any such claim, liability, damage, obligation, cost or expense results from the gross negligence, bad faith or willful misconduct of the Indemnified Person or Persons.  All requests of FTI for the payment of indemnity pursuant to the Indemnification Provisions will be made by means of an application to, and shall be subject to review by, the Court to ensure that payment of such indemnity (a) conforms to the terms of the Engagement Letter and (b) is reasonable based upon the circumstances.

16.    The Debtors and FTI believe that the Indemnification Provisions are customary and reasonable for firms providing financial advisory services.

17.    Moreover, the terms and conditions of the Indemnification Provisions were negotiated by the Debtors and FTI at arm's length and in good faith.  The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of FTI's proposed retention, are reasonable and in the best interests of the Debtors, their estates, and creditors in light of the fact that the Debtors require FTI's services to execute on their chapter 11 restructuring in as efficient and expeditious manner as possible.  Accordingly, as part of this Application, the Debtors request that this Court approve the Indemnification Provisions as set forth in the Engagement Letter.

**Payments Prior to the Petition Date**

18.    As noted above, FTI has provided prepetition services to the Debtors. During the one-year period prior to the commencement of these chapter 11 cases, FTI has received $6,628,665.19 from the Debtors in relation to professional fees, charges and disbursements incurred prior to the Petition Date (which amount includes a retainer of $500,000). During the 90-day period prior to commencement of these chapter 11 cases, FTI has received

$5,676,978.67 from the Debtors in relation to professional fees, charges and disbursements incurred prior to the Petition Date.

19.     Further, as noted above, FTI received a prepetition retainer of $500,000. FTI's final prepetition bill was for an estimated amount of fees and expenses.  FTI will reconcile the actual prepetition amounts due and the estimated payments received as soon as practicable and any overage or underage related to this final bill will be added or subtracted from the original retainer amount.

20.     Other than as set forth herein or in the Engagement Letter, there is no proposed arrangement between the Debtors and FTI for compensation to be paid in these chapter 11 cases.

21.     FTI is not a creditor of the Debtors' estates, and has been fully paid by the Debtors for all prepetition services rendered by FTI to the Debtors.

**FTI's Disinterestedness**

22.     The Adrianopoli Declaration, incorporated herein by reference, discloses FTI's connections to the Debtors and parties in interest in these cases.  In reliance on the Adrianopoli Declaration, and except as set forth therein, to the best of the Debtors' knowledge, information and belief, FTI:  (a) has no connection with the Debtors, its creditors or other parties in interest in this case; (b) does not hold or represent any interest adverse to the Debtors' estates; and (c) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

23.     FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material facts or relationships are discovered or arise, FTI will supplement its disclosure to the Court.

24.    FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

### Efforts to Avoid Duplication of Services

25.    The Debtors and FTI intend that all of the services that FTI will provide to the Debtors will be appropriately directed by the Debtors so as to avoid duplication of efforts among the other professionals proposed to be retained in these chapter 11 cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Debtors' senior management team, board of directors and other professionals to avoid duplication of services among professionals.  The Debtors believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Debtors' other professionals, including any services provided by the Debtors' proposed investment banker, Lazard Frères & Co. LLC.

### Argument

26.    The Debtors seek authority to employ and retain FTI as their financial advisors pursuant to section 327 of the Bankruptcy Code, which provides that a debtor is authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [Debtor] in carrying out the [Debtor's] duties under this title."  11 U.S.C. § 327(a).[5]  Section 1107(b) of the Bankruptcy Code

---

[5]    Section 101(14) of the Bankruptcy Code defines the phrase "disinterested person" as:

a person that —

(A)    is not a creditor, an equity security holder, or an insider;

(B)    is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

(C)    does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or

elaborates upon sections 101(14) and 327(a) of the Bankruptcy Code in cases under chapter 11 of the Bankruptcy Code and provides that "a person is not disqualified for employment under section 327 of [the Bankruptcy Code] by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).

27.     The retention of FTI to provide the Services set forth in the Engagement Letter will enable the Debtors to most efficiently administer these chapter 11 cases, address issues arising in chapter 11 and preserve and maximize the value of the estates.  The Debtors require the assistance of qualified and experienced personnel to assist in these matters.  Thus, the Debtors believe that it would be in their best interest and in the best interests of their estates, creditors and other parties-in-interest for the Court to grant the relief requested herein, with such relief being deemed effective nunc pro tunc to the Petition Date.

28.     The Debtors submit that the terms of the Engagement Letter, including the hourly compensation and Indemnification Provisions are fair and reasonable in light of the type of services being provided and that the hourly compensation terms are comparable to those generally charged by firms of similar stature to FTI for comparable engagements.  In addition, as noted above, FTI is "disinterested" and all of its fees and expenses are subject to approval of the Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and further orders of this Court.

---

indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. § 101(14).

29.     As required by Bankruptcy Rule 2014(a)[6] and Local Bankruptcy Rule 2014(A),[7] the above-described facts set forth in the Application and the information in the Exhibits attached hereto set forth:  (a) the specific facts showing the necessity for FTI's employment; (b) the reasons for the Debtors' selection of FTI as their financial advisors in connection with these chapter 11 cases; (c) the professional services proposed to be provided by FTI; (d) the arrangement between the Debtors and FTI with respect to FTI's compensation, including information on retainers and hourly fees and the reasonableness thereof; and (e) to the best of the Debtors' knowledge, the extent of FTI's connections, if any, to certain parties in interest in these matters.  Accordingly, FTI's retention by the Debtors should be approved.

## Notice

30.     Notice of this Application has been given to: (a) Davis Polk & Wardwell LLP and Bryan Cave LLP as counsel to Citibank, N.A. as Administrative Agent for the First Lien Secured Credit Facility and the Debtors' proposed debtor in possession secured credit facility; (b) Brown Rudnick LLP, as counsel to Wilmington Savings Fund Society, FSB as

---

[6]     Bankruptcy Rule 2014(a) provides that an application seeking the employment of professional persons pursuant to section 327 of the Bankruptcy Code:

> shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014(a).

[7]     Local Bankruptcy Rule 2014(A)  requires a party seeking an order authorizing its retention in a chapter 11 case to meet the requirements of Bankruptcy Rule 2014.  The application must disclose any prepetition retainer arrangement and shall be served on:  (a) all entities filing a request for notice; (b) other counsel of record; (c) the case trustee; (d) the United States Trustee; and (e) any committees.  Local R. Bankr. P. 2014(A).

-13-

prospective trustee and collateral agent for the Secured Second Lien Notes; (c) Foley & Lardner LLP, as counsel to Wilmington Trust Company as prospective Indenture Trustee for the Unsecured Notes;[8] (d) Robinson & Cole LLP, as counsel to U.S. Bank as resigning trustee and collateral agent for the Second Lien Notes, the Unsecured Notes and the Convertible Notes;[9] (e) counsel to any ad hoc committees; (f) the Debtors' 50 largest unsecured creditors; (g) Mayer Brown LLP, as counsel to PNC Bank, N.A., as Administrator under the Debtors' prepetition accounts receivable securitization facility; (h) the United Mine Workers of America; (i) the Office of the United States Trustee for the Eastern District of Missouri; (j) the Internal Revenue Service; (k) the Securities and Exchange Commission; (l) the United States Department of the Interior; (m) the United States Department of Labor; (n) the United States Attorney's Office for the Eastern District of Missouri; and (o) Pension Benefit Guaranty Corporation (collectively, the "Notice Parties").  In light of the nature of the relief requested, the Debtors submit that no further notice is necessary.

## **No Prior Request**

31.    No prior request for the relief sought in this Application has been made to this or any other Court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court: (i) enter an order, substantially in the form submitted to the Court, granting the relief requested herein; and (ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

---

[8]    These include the: (i) 6.00% Senior Notes due November 2018; (ii) 6.50% Senior Notes due September 2020; (iii) 6.25% Senior Notes due September 2021; and the (iv) 7.875% Senior Notes due November 2026.

[9]    These include the: (i) 6.00% Senior Notes due November 2018; (ii) 6.50% Senior Notes due September 2020; (iii) 6.25% Senior Notes due September 2021; (iv) 7.875% Senior Notes due November 2026; and the (v) Convertible Junior Subordinated Debentures due December 2066.

Dated:  April 13, 2016
      St. Louis, Missouri

Respectfully submitted,

Peabody Energy Corporation, et al
Debtors and Debtors in Possession


/s/ Amy Schwetz
Amy Schwetz
Executive Vice President and
Chief Financial Officer
Peabody Energy Corporation

Filed by:

/s/ Steven N. Cousins
Steven N. Cousins, MO 30788
Susan K. Ehlers, MO 49855
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Telephone:  (314) 621-5070
Facsimile:  (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  sehlers@armstrongteasdale.com

Heather Lennox (*pro hac vice* pending)
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH   44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  hlennox@jonesday.com

Amy Edgy (*pro hac vice* pending)
Daniel T. Moss (*pro hac vice* pending)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  aedgy@jonesday.com
Email:  dtmoss@jonesday.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## SCHEDULE 1

| | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 1. | Peabody Energy Corporation | 13-4004153 |
| 2. | American Land Development, LLC | 20-3405570 |
| 3. | American Land Holdings of Colorado, LLC | 26-3730572 |
| 4. | American Land Holdings of Illinois, LLC | 30-0440127 |
| 5. | American Land Holdings of Indiana, LLC | 20-2514299 |
| 6. | American Land Holdings of Kentucky, LLC | 20-0766113 |
| 7. | American Land Holdings of New Mexico, LLC | 32-0478983 |
| 8. | American Land Holdings of West Virginia, LLC | 20-5744666 |
| 9. | Arid Operations, Inc. | 84-1199578 |
| 10. | Big Ridge, Inc. | 37-1126950 |
| 11. | Big Sky Coal Company | 81-0476071 |
| 12. | Black Hills Mining Company, LLC | 32-0049741 |
| 13. | BTU Western Resources, Inc. | 20-1019486 |
| 14. | Caballo Grande, LLC | 27-1773243 |
| 15. | Caseyville Dock Company, LLC | 20-8080107 |
| 16. | Central States Coal Reserves of Illinois, LLC | 43-1869432 |
| 17. | Central States Coal Reserves of Indiana, LLC | 20-3960696 |
| 18. | Century Mineral Resources, Inc. | 36-3925555 |
| 19. | Coal Reserve Holding Limited Liability Company No. 1 | 43-1922737 |
| 20. | COALSALES II, LLC | 43-1610419 |
| 21. | Colorado Yampa Coal Company, LLC | 95-3761211 |
| 22. | Conservancy Resources, LLC | 20-5744701 |
| 23. | Cottonwood Land Company | 43-1721982 |
| 24. | Cyprus Creek Land Company | 73-1625890 |
| 25. | Cyprus Creek Land Resources LLC | 75-3058264 |
| 26. | Dyson Creek Coal Company, LLC | 43-1898526 |
| 27. | Dyson Creek Mining Company, LLC | 20-8080062 |
| 28. | El Segundo Coal Company, LLC | 20-8162824 |
| 29. | Empire Land Holdings, LLC | 61-1742786 |
| 30. | Falcon Coal Company, LLC | 35-2006760 |
| 31. | Four Star Holdings, LLC | 30-0885825 |
| 32. | Francisco Equipment Company, LLC | 37-1805119 |
| 33. | Francisco Land Holdings Company, LLC | 36-4831111 |
| 34. | Francisco Mining, LLC | 30-0922117 |
| 35. | Gallo Finance Company, LLC | 43-1823616 |
| 36. | Gold Fields Chile, LLC | 13-3004607 |
| 37. | Gold Fields Mining, LLC | 36-2079582 |
| 38. | Gold Fields Ortiz, LLC | 22-2204381 |
| 39. | Hayden Gulch Terminal, LLC | 86-0719481 |
| 40. | Highwall Mining Services Company | 20-0010659 |
| 41. | Hillside Recreational Lands, LLC | 32-0214135 |
| 42. | HMC Mining, LLC | 43-1875853 |
| 43. | Illinois Land Holdings, LLC | 26-1865197 |
| 44. | Independence Material Handling, LLC | 43-1750064 |
| 45. | James River Coal Terminal, LLC | 55-0643770 |
| 46. | Juniper Coal Company, LLC | 43-1744675 |
| 47. | Kayenta Mobile Home Park, Inc. | 86-0773596 |
| 48. | Kentucky Syngas, LLC | 26-1156957 |
| 49. | Kentucky United Coal, LLC | 35-2088769 |
| 50. | Lively Grove Energy, LLC | 20-5752800 |
| 51. | Lively Grove Energy Partners, LLC | 26-0180403 |
| 52. | Marigold Electricity, LLC | 26-0180352 |
| 53. | Midco Supply and Equipment Corporation | 43-6042249 |
| 54. | Midwest Coal Acquisition Corp. | 20-0217640 |
| 55. | Midwest Coal Reserves of Illinois, LLC | 20-3960648 |

| | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 56. | Midwest Coal Reserves of Indiana, LLC | 20-3405958 |
| 57. | Midwest Coal Reserves of Kentucky, LLC | 20-3405872 |
| 58. | Moffat County Mining, LLC | 74-1869420 |
| 59. | Mustang Energy Company, LLC | 43-1898532 |
| 60. | New Mexico Coal Resources, LLC | 20-3405643 |
| 61. | NM Equipment Company, LLC | 36-4821991 |
| 62. | Pacific Export Resources, LLC | 27-5135144 |
| 63. | Peabody America, LLC | 93-1116066 |
| 64. | Peabody Archveyor, L.L.C. | 43-1898535 |
| 65. | Peabody Arclar Mining, LLC | 31-1566354 |
| 66. | Peabody Asset Holdings, LLC | 20-3367333 |
| 67. | Peabody Bear Run Mining, LLC | 26-3582291 |
| 68. | Peabody Bear Run Services, LLC | 26-3725923 |
| 69. | Peabody Caballo Mining, LLC | 83-0309633 |
| 70. | Peabody Cardinal Gasification, LLC | 20-5047955 |
| 71. | Peabody China, LLC | 43-1898525 |
| 72. | Peabody Coalsales, LLC | 20-1759740 |
| 73. | Peabody COALTRADE International (CTI), LLC | 20-1435716 |
| 74. | Peabody COALTRADE, LLC | 43-1666743 |
| 75. | Peabody Colorado Operations, LLC | 20-2561644 |
| 76. | Peabody Colorado Services, LLC | 26-3723774 |
| 77. | Peabody Coulterville Mining, LLC | 20-0217834 |
| 78. | Peabody Development Company, LLC | 43-1265557 |
| 79. | Peabody Electricity, LLC | 20-3405744 |
| 80. | Peabody Employment Services, LLC | 26-3730348 |
| 81. | Peabody Energy Generation Holding Company | 73-1625891 |
| 82. | Peabody Energy Investments, Inc. | 68-0541702 |
| 83. | Peabody Energy Solutions, Inc. | 43-1753832 |
| 84. | Peabody Gateway North Mining, LLC | 27-2294407 |
| 85. | Peabody Gateway Services, LLC | 26-3724075 |
| 86. | Peabody Holding Company, LLC | 74-2666822 |
| 87. | Peabody Holdings (Gibraltar) Limited | 20-5543587 |
| 88. | Peabody IC Funding Corporation | 46-2326991 |
| 89. | Peabody IC Holdings, LLC | 30-0829603 |
| 90. | Peabody Illinois Services, LLC | 26-3722638 |
| 91. | Peabody Indiana Services, LLC | 26-3724339 |
| 92. | Peabody International Investments, Inc. | 26-1361182 |
| 93. | Peabody International Services, Inc. | 20-8340434 |
| 94. | Peabody Investments Corp. | 20-0480084 |
| 95. | Peabody Magnolia Grove Holdings, LLC | 61-1683376 |
| 96. | Peabody Midwest Management Services, LLC | 26-3726045 |
| 97. | Peabody Midwest Mining, LLC | 35-1799736 |
| 98. | Peabody Midwest Operations, LLC | 20-3405619 |
| 99. | Peabody Midwest Services, LLC | 26-3722194 |
| 100. | Peabody Mongolia, LLC | 20-8714315 |
| 101. | Peabody Natural Gas, LLC | 43-1890836 |
| 102. | Peabody Natural Resources Company | 51-0332232 |
| 103. | Peabody New Mexico Services, LLC | 20-8162939 |
| 104. | Peabody Operations Holding, LLC | 26-3723890 |
| 105. | Peabody Powder River Mining, LLC | 43-0996010 |
| 106. | Peabody Powder River Operations, LLC | 20-3405797 |
| 107. | Peabody Powder River Services, LLC | 26-3725850 |
| 108. | Peabody PowerTree Investments, LLC | 20-0116980 |
| 109. | Peabody Recreational Lands, L.L.C. | 43-1898382 |
| 110. | Peabody Rocky Mountain Management Services, LLC | 26-3725390 |
| 111. | Peabody Rocky Mountain Services, LLC | 20-8162706 |
| 112. | Peabody Sage Creek Mining, LLC | 26-3730653 |
| 113. | Peabody School Creek Mining, LLC | 20-3585831 |

|  | Debtor's Name | Debtor's EIN Number |
|---|---|---|
| 114. | Peabody Services Holdings, LLC | 26-3726126 |
| 115. | Peabody Southwest, LLC | 20-5744732 |
| 116. | Peabody Southwestern Coal Company, LLC | 43-1898372 |
| 117. | Peabody Terminal Holding Company, LLC | 26-1087861 |
| 118. | Peabody Terminals, LLC | 31-1035824 |
| 119. | Peabody Trout Creek Reservoir LLC | 30-0746873 |
| 120. | Peabody Twentymile Mining, LLC | 26-3725223 |
| 121. | Peabody Venezuela Coal Corp. | 43-1609813 |
| 122. | Peabody Venture Fund, LLC | 20-3405779 |
| 123. | Peabody-Waterside Development, L.L.C. | 75-3098342 |
| 124. | Peabody Western Coal Company | 86-0766626 |
| 125. | Peabody Wild Boar Mining, LLC | 26-3730759 |
| 126. | Peabody Wild Boar Services, LLC | 26-3725591 |
| 127. | Peabody Williams Fork Mining, LLC | 20-8162742 |
| 128. | Peabody Wyoming Gas, LLC | 20-5744610 |
| 129. | Peabody Wyoming Services, LLC | 26-3723011 |
| 130. | PEC Equipment Company, LLC | 20-0217950 |
| 131. | PG INVESTMENTS SIX, L.L.C. | 43-1898530 |
| 132. | Point Pleasant Dock Company, LLC | 20-0117005 |
| 133. | Pond River Land Company | 73-1625893 |
| 134. | Porcupine Production, LLC | 43-1898379 |
| 135. | Porcupine Transportation, LLC | 43-1898380 |
| 136. | Riverview Terminal Company | 13-2899722 |
| 137. | Sage Creek Holdings, LLC | 26-3286872 |
| 138. | Sage Creek Land & Reserves, LLC | 38-3936826 |
| 139. | School Creek Coal Resources, LLC | 20-2902073 |
| 140. | Seneca Coal Company, LLC | 84-1273892 |
| 141. | Seneca Property, LLC | 36-4820253 |
| 142. | Shoshone Coal Corporation | 25-1336898 |
| 143. | Southwest Coal Holdings, LLC | 37-1794829 |
| 144. | Star Lake Energy Company, L.L.C. | 43-1898533 |
| 145. | Sugar Camp Properties, LLC | 35-2130006 |
| 146. | Thoroughbred Generating Company, L.L.C. | 43-1898534 |
| 147. | Thoroughbred Mining Company LLC. | 73-1625889 |
| 148. | Twentymile Coal, LLC | 95-3811846 |
| 149. | Twentymile Equipment Company, LLC | 38-3982017 |
| 150. | Twentymile Holdings, LLC | 38-3937156 |
| 151. | United Minerals Company, LLC | 35-1922432 |
| 152. | West Roundup Resources, LLC | 20-2561489 |
| 153. | Wild Boar Equipment Company, LLC | 32-0488114 |
| 154. | Wild Boar Land Holdings Company, LLC | 36-4831131 |

## **Exhibit A**

**Adrianopoli Declaration**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br><br>Peabody Energy Corporation, <u>et al.</u>,<br><br>                Debtors. | Case No. 16-42529<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date and Time:<br>TBD<br><br>Hearing Location:<br>TBD |

**DECLARATION OF CARLIN ADRIANOPOLI IN SUPPORT OF APPLICATION OF
THE DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO
SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 2014(a) AND LOCAL BANKRUPTCY
RULE 2014(A), FOR AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN
POSSESSION TO RETAIN AND EMPLOY FTI CONSULTING, INC. AS FINANCIAL
ADVISORS, _NUNC PRO TUNC_ TO THE PETITION DATE**

        I, Carlin Adrianopoli, under penalty of perjury, declare as follows:

        1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with

its wholly owned subsidiaries, agents, independent contractors and employees "<u>FTI</u>"), a financial

advisory services firm with numerous offices throughout the country.  I submit this Declaration

on behalf of FTI in support of the application (the "<u>Application</u>") of the debtors and debtors in

possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") for an order

authorizing the employment and retention of FTI as financial advisors under the terms and

conditions set forth in the Application.  Except as otherwise noted, I have personal knowledge of

the matters set forth herein.[1]  If called and sworn as a witness, I could and would testify competently to the facts in this Declaration.

## No Conflicts of Interest

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on Schedule 1 to this Declaration.  FTI's review, completed under my supervision, consisted of searching the Schedule 1 parties in an internal computer database containing names of individuals and entities that are present or recent former clients of FTI.  A summary of such relationships that FTI identified during this process is set forth on Schedule 2 to this Declaration.

3.      Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Schedule 1 in matters related to these cases.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' cases for the various entities shown on Schedule 2.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or engineering, scientific investigation or other consulting services.  To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in the Debtors' cases, nor does FTI's involvement in this case compromise its ability to continue such consulting services.

---

[1]     Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

4.      Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases.  Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these cases.  In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which FTI is to be employed, and none are in connection with these cases.

5.      FTI does not believe it is a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the FTI engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6.      FTI has reviewed the relationship that the members of the FTI engagement team may have against the publicly-available list of employees within the United States Trustee's office in this District.

7.      As such, to the best of my knowledge, FTI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that FTI:

> a.      is not a creditor, equity security holder or insider of the Debtors;
>
> b.      is not and was not an investment banker for any outstanding security of the Debtors;

c.    has not been, within three years before the date of the filing of the Debtors' chapter 11 petitions, (i) an investment banker for a security of the Debtors or (ii) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtors; and

d.    was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, FTI neither holds nor represents an interest adverse to the Debtors within the meaning of Section 327(a) of the Bankruptcy Code.

8.    It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a supplemental declaration, pursuant to Bankruptcy Rule 2014(a).

### Scope of Services

9.    Consistent with the terms of the Engagement Letter, FTI is charged with assisting the Debtors with various operational, administrative and financial needs arising in connection with these chapter 11 cases (collectively, the "Services").  More specifically, the Services include, but are not specifically limited to the following:

a.    Assistance to the Debtors in preparation of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

b.    Assistance to the Debtors with information production and analyses required pursuant to the Debtors' Debtor-In-Possession ("DIP") financing including, but not limited to, preparation for hearings regarding the use of cash collateral and DIP financing and satisfaction of the reporting requirements defined in the final DIP financing agreement;

c.    Assistance in connection with the development and
implementation of key employee incentive, key employee retention
and other critical employee benefit programs;

d.    Assistance and advice to the Debtors with respect to the
identification of core business assets and the disposition of assets
or liquidation of unprofitable operations;

e.    Assistance with the identification of executory contracts and leases
and performance of cost/benefit evaluations with respect to the
assumption or rejection of each;

f.    Assistance regarding the evaluation of the present level of
operations and identification of areas of potential cost savings,
including overhead and operating expense reductions and
efficiency improvements;

g.    Assistance in the preparation of financial information for the Court
and/or for distribution to creditors and other stakeholders including,
but not limited to, cash flow projections and budgets, cash receipts
and disbursement analysis, detailed account balance reconciliations,
analysis of various asset and liability accounts and analysis of
proposed transactions for which Court approval is sought;

h.    Attendance at meetings and assistance in discussions with potential
investors, banks and other secured lenders, any official
committee(s) appointed in these chapter 11 cases, the United States
Trustee for the Eastern District of Missouri (the "United States
Trustee"), other parties in interest and professionals hired by the
same, as requested;

i.    Assistance in developing and implementing strategies with respect
to suppliers;

j.    Assistance with developing and delivering communication to key
stakeholders, including employees, customers, suppliers and others;

k.    Assistance in the analysis of creditor claims by type, entity and
individual claim, including assistance with development of
necessary data management tools, as necessary to track and
manage such claims;

l.    Assistance in the preparation of information, analyses and
documentation necessary for the confirmation of a plan in these
chapter 11 proceedings, including but not limited to development
of the disclosure statement and demonstrative liquidation analyses
required for confirmation;

m.  Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

n.  Assistance with defending or prosecuting litigation strategies along with expert witness testimony on case related issues as required by the Debtors; and

o.  Provision of such other general business consulting or such other assistance as Debtors' management or counsel may deem necessary that are consistent with the role of financial advisors and not duplicative of services provided by other professionals in this proceeding.

**Professional Compensation**

10.  Subject to this Court's approval of the relief requested in the Application, FTI is willing to provide the Services to the Debtors pursuant to terms as set forth in the Engagement Letter and summarized in the Application.  The Debtors propose to pay FTI compensation on the terms set forth in the Engagement Letter and summarized in the Application and to reimburse FTI for reasonable, documented out-of-pocket expenses according to the terms of the Engagement Letter and in accordance with the Application.

11.  FTI intends that all of the services that FTI will provide to the Debtors will be appropriately directed so as to avoid duplication of efforts among the other professionals retained in these chapter 11 cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Debtors' senior management team and other professionals to avoid duplication of services among professionals  FTI intends that its services will complement and will not duplicate any services of the Debtors' other professionals, including any services provided by the Debtors' proposed investment banker, Lazard Frères & Co. LLC.

12.  According to FTI's books and records, during the 90 day period prior to the Debtors' petition date, FTI received $5,676,978.67 from the Debtors in relation to

-6-

professional services performed and expenses incurred.  Further, FTI's current estimate is that it

has received unapplied advance payments from the Debtors in excess of pre-petition billings of

an amount less than $500,000.  FTI's final prepetition bill was for an estimated amount of fees

and expenses.  FTI will reconcile the actual prepetition fees and expenses due against the

estimated payments made as soon as practicable and any overage or underage related to this final

bill will be added or subtracted from the original retainer amount of $500,000.  The Debtors and

FTI have agreed that any portion of the excess cash on account not used to compensate FTI for

its pre-petition services and expenses will be held and applied against its final post-petition

billing and will not be placed in a separate account.

13.     To the best of my knowledge, (a) no commitments have been made or

received by FTI with respect to compensation or payment in connection with these cases other

than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement

with any other entity to share with such entity any compensation received by FTI in connection

with these chapter 11 cases.

14.     FTI is not a creditor of the Debtors' estates, and has been fully paid by the

Debtors for all prepetition services rendered by FTI to the Debtors.

15.     Other than as set forth herein or in the Engagement Letter, there is no

proposed arrangement between the Debtors and FTI for compensation to be paid in these chapter

11 cases.

16.     I believe the terms of the Engagement Letter, including the hourly

compensation and the Indemnification Provisions are:  (a) consistent with and typical of the

agreements entered into by FTI and other comparable firms in connection with the rendering of

similar services under similar circumstances; (b) reasonable; and (c) merited by FTI's experience and expertise.

17.     FTI will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the Court in these chapter 11 cases.  In addition, FTI understands that interim and final fee awards are subject to approval by this Court.

### FTI's Experience

18.     FTI possesses extensive knowledge and expertise in the areas of bankruptcy and financial matters relevant to these chapter 11 cases, and is well qualified to serve as the Debtors' financial advisors.  FTI employs seasoned professionals to assist distressed companies with financial and operational challenges, and FTI regularly assists large and complex businesses similar to the Debtors.  Moreover, FTI possesses proven ability to provide counsel to clients in the mining industry based on FTI's in-depth industry knowledge and expertise.  FTI has a broad network of relationships with key parties in the mining sector and an experienced team of advisors dedicated to working with clients in the mining sector, including former bankers, lawyers, economists, policymakers, journalists and market researchers.  In addition, FTI has a significant presence in Australia, with offices in Brisbane, Gold Coast, Melbourne, Perth and Sydney.  FTI's professionals in Australia possess the requisite skills to assist in complex, multi-national restructuring assignments and also have significant mining experience.

19.     In addition to FTI's experience providing financial advisory and consulting services to troubled companies, both in and out of court, FTI has developed an in-depth understanding of the Debtors' financial history, business operations and the industry in which the

Debtors operate.  FTI has worked closely with the Debtors' management and other professionals since approximately November 6, 2015, and is well acquainted with the Debtors' operations, debt structure, creditors, business and related matters.  Accordingly, FTI has developed significant relevant experience regarding the Debtors that will assist FTI in providing effective and efficient services in these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2016
      Chicago, Illinois

/s/ Carlin Adrianopoli
Carlin Adrianopoli
Senior Managing Director
FTI Consulting, Inc.

## Schedule 1

**Interested Parties**

**Interested Parties**

**Debtors and Debtors' Affiliates**

American Land Development, LLC
American Land Holdings of Colorado, LLC
American Land Holdings of Illinois, LLC
American Land Holdings of Indiana, LLC
American Land Holdings of Kentucky, LLC
American Land Holdings of New Mexico, LLC
American Land Holdings of West Virginia, LLC
Arid Operations Inc.
Big Ridge, Inc.
Big Sky Coal Company
Black Hills Mining Company, LLC
BTU Western Resources, Inc.
Caballo Grande, LLC
Caseyville Dock Company, LLC
Central States Coal Reserves of Illinois, LLC
Central States Coal Reserves of Indiana, LLC
Century Mineral Resources, Inc.
Coal Reserve Holding Limited Liability
    Company No. 1
COALSALES II, LLC
Colorado Yampa Coal Company, LLC
Conservancy Resources, LLC
Cottonwood Land Company
Cyprus Creek Land Company
Cyprus Creek Land Resources, LLC
Dyson Creek Coal Company, LLC
Dyson Creek Mining Company, LLC
El Segundo Coal Company, LLC
Empire Land Holdings, LLC
Falcon Coal Company, LLC
Four Star Holdings, LLC
Francisco Equipment Company, LLC
Francisco Land Holdings Company, LLC
Francisco Mining, LLC
Gallo Finance Company, LLC
Gold Fields Chile, LLC
Gold Fields Mining LLC
Gold Fields Ortiz, LLC
Hayden Gulch Terminal, LLC
Highwall Mining Services Company
Hillside Recreational Lands, LLC
HMC Mining, LLC
Illinois Land Holdings, LLC
Independence Material Handling, LLC
James River Coal Terminal, LLC
Juniper Coal Company, LLC
Kayenta Mobile Home Park, Inc.
Kentucky Syngas, LLC
Kentucky United Coal, LLC
Lively Grove Energy Partners, LLC

Lively Grove Energy, LLC
Marigold Electricity, LLC
Midco Supply and Equipment Corporation
Midwest Coal Acquisition Corporation
Midwest Coal Reserves of Illinois, LLC
Midwest Coal Reserves of Indiana, LLC
Midwest Coal Reserves of Kentucky, LLC
Moffat County Mining, LLC
Mustang Energy Company, LLC
New Mexico Coal Resources, LLC
NM Equipment Company, LLC
Pacific Export Resources, LLC
Peabody America, LLC
Peabody Archveyor, LLC
Peabody Arclar Mining, LLC
Peabody Asset Holdings, LLC
Peabody Bear Run Mining, LLC
Peabody Bear Run Services, LLC
Peabody Caballo Mining, LLC
Peabody Cardinal Gasification, LLC
Peabody China, LLC
Peabody Coalsales, LLC
Peabody COALTRADE International (CTI), LLC
Peabody COALTRADE, LLC
Peabody Colorado Operations, LLC
Peabody Colorado Services, LLC
Peabody Coulterville Mining, LLC
Peabody Development Company, LLC
Peabody Electricity, LLC
Peabody Employment Services, LLC
Peabody Energy Corporation
Peabody Energy Generation Holding Company
Peabody Energy Investments, Inc.
Peabody Energy Solutions, Inc.
Peabody Gateway North Mining, LLC
Peabody Gateway Services, LLC
Peabody Holding Company, LLC
Peabody Holdings (Gibraltar) Limited
Peabody IC Funding Corporation
Peabody IC Holdings, LLC
Peabody Illinois Services, LLC
Peabody Indiana Services, LLC
Peabody International Investments, Inc.
Peabody International Services, Inc.
Peabody Investments Corporation
Peabody Magnolia Grove Holdings, LLC
Peabody Midwest Management Services, LLC
Peabody Midwest Mining, LLC
Peabody Midwest Operations LLC
Peabody Midwest Services, LLC
Peabody Mongolia, LLC
Peabody Natural Gas, LLC

1

Peabody Natural Resources Company
Peabody New Mexico Services, LLC
Peabody Operations Holding, LLC
Peabody Powder River Mining, LLC
Peabody Powder River Operations, LLC
Peabody Powder River Services, LLC
Peabody PowerTree Investments LLC
Peabody Recreational Lands, LLC
Peabody Rocky Mountain Management Services, LLC
Peabody Rocky Mountain Services, LLC
Peabody Sage Creek Mining, LLC
Peabody School Creek Mining, LLC
Peabody Services Holding, LLC
Peabody Southwest, LLC
Peabody Southwestern Coal Company, LLC
Peabody Terminal Holding Company LLC
Peabody Terminals, LLC
Peabody Trout Creek Reservoir LLC
Peabody Twentymile Mining, LLC
Peabody Venezuela Coal Corporation
Peabody Venture Fund, LLC
Peabody Western Coal Company
Peabody Wild Boar Mining, LLC
Peabody Wild Boar Services, LLC
Peabody Williams Fork Mining, LLC
Peabody Wyoming Gas, LLC
Peabody Wyoming Services, LLC
Peabody-Waterside Development, LLC
PEC Equipment Company, LLC
PG Investments Six L.L.C.
Point Pleasant Dock Company, LLC
Pond River Land Company
Porcupine Production, LLC
Porcupine Transportation, LLC
Riverview Terminal Company
Sage Creek Holdings, LLC
Sage Creek Land & Reserves, LLC
School Creek Coal Resources, LLC
Seneca Coal Company, LLC
Seneca Property, LLC
Shoshone Coal Corporation
Southwest Coal Holdings, LLC
Star Lake Energy Company, LLC
Sugar Camp Properties, LLC
Thoroughbred Generating Company, LLC
Thoroughbred Mining Company LLC
Twentymile Coal, LLC
Twentymile Equipment Company, LLC
Twentymile Holdings, LLC
United Minerals Company, LLC
West Roundup Resources, LLC
Wild Boar Equipment Company, LLC
Wild Boar Land Holdings Company, LLC

**Non-Filing Companies and Affiliates**

9 East Shipping (Asia) Pte. Lt
9 East Shipping Ltd.
Bowen Basin Coal JV
BTU International BV
Burton Coal JV
Capricorn JV
Carbones Del Guasare, S.A.
Carbones Peabody De Venezuela
Cardinal Gasification Center, LLC
CL Power Sales Eight, LLC
Complejo Siderurgico Del Lago, C.A.
Conexcel #1 Pty Ltd.
Coppabella and Moorvale JV
Dalrymple Bay Coal Terminal Pty Ltd.
Desarrollos Venshelf IV, C.A.
Dominion Terminal Associates
Econo-Power International Corporation
Excel Equities International
Excelven Pty Ltd.
FutureGen Industrial Alliance, Inc.
Global Center For Energy And Human Development, LLC
Gravimag LLC
Great Point Energy, Inc.
Green Gen Company Limited (China)
Guaniamo Mining Corporation
Half-Tide Marine Pty Ltd.
Helensburgh Coal Pty Ltd.
Hunter Valley Coal Chain Coordinator Limited
Integrated Logistics Company Pty Ltd.
Islands of Waterside Homebuilding, LLC
Islands of Waterside, LLC
LRCS Limited Partnership
Mega Uranium Ltd.
Metropolitan Collieries Pty L
Middlemount Coal Pty Ltd.
Middlemount Mine Management Pty Ltd.
Millenium Coal Pty Ltd.
Monto Coal 2 Pty Ltd.
Monto Coal JV
Moorvale West JV
Mount Thorley Coal Loading Pty Ltd.
MUC Resources LLC
NCIG Holdings Pty Ltd.
Newcastle Coal Infrastructure Group Pty Ltd.
Newcastle Coal Shippers Pty Ltd.
Newhall Funding Company
North Goonyella Coal Mines Pty
North Goonyella Joint Venture
North Queensland Coal Terminal Pty. Ltd.
North Wambo Pty Ltd.
Olive Downs South JV
P&L Receivables Co., LLC
Pbdy Budjero Pty Ltd
Pbdy Energy Au PCI (C&M Equip)
Pbdy Energy Au PCI (C&M Mgmt)

2

Pbdy Energy Au PCI Berrigurra
Pbdy Energy Au PCI Equip Pty L
Pbdy Energy Au PCI Exploration
Pbdy Energy Au PCI Mgmt Pty Lt
Pbdy Energy Au PCI Mine Mgmt P
Pbdy Energy Au PCI Rush Pty Lt
Pbdy Inv Dev Bus Svc Beijing
Pbdy Inv Dev Bus Svc Urumqi
Peabody (Bowen) Pty Ltd.
Peabody (Burton Coal) PTY LTD
Peabody (Kogan Creek) Pty Ltd.
Peabody (Wilkie Creek) Pty Ltd.
Peabody Acquisition Co. No. 2 Pty
Peabody Acquisition Co. No. 5 Pty
Peabody Acquisition Cooperatie
Peabody AMBV$_2$ BV
Peabody Australia Holdco Pty L
Peabody Australia Intermediate
Peabody Australia Mining Pty L
Peabody BB Interests Pty Ltd.
Peabody Bistrotel Pty Ltd.
Peabody Budjero Pty Ltd.
Peabody Capricorn Pty Ltd.
Peabody CHPP, LLC
Peabody Coal Venezuela Ltd.
Peabody COALSALES Australia Pty Ltd.
Peabody COALTRADE Asia Pvt Lt
Peabody COALTRADE AU
Peabody COALTRADE GmbH
Peabody Coaltrade India Pvt Lt
Peabody COALTRADE International, Ltd.
Peabody COALTRADE Pacific Pte
Peabody Coppabella Pty Ltd
Peabody Custom Mining Pty Ltd
Peabody Investment & Development Business Services
    Beijing Co (China)
Peabody Energy (Botswana) (Proprietary) Limited
Peabody Energy (Gibraltar) Ltd.
Peabody Energy Au PCI Pty Ltd
Peabody Energy Aust Coal
Peabody Energy Australia PCI Financing Pty Ltd.
Peabody Energy Australia PTY L
Peabody Energy Australia PCI Exploration Pty Ltd.
Peabody Energy Australia PCI Financing Pty Ltd.
Peabody Energy Finance Pty Ltd.
Peabody Global Services Pte. L
Peabody Gobi LLC
Peabody Investments Holland B.V.
Peabody Int'l. (Gibraltar) Ltd
Peabody Investments (Gibraltar)
Peabody MCC (Gibraltar) Ltd
Peabody MCC Holdco Pty
Peabody Mining (Gibraltar) Ltd
Peabody Mining Services (Indonesia)
Peabody Monto Pty Ltd
Peabody Moorvale Pty Ltd

Peabody Moorvale West Pty Ltd
Peabody Mozambique Limitada
Peabody Netherlands Holding BV
Peabody Olive Downs Pty Ltd
Peabody Pastoral Holdings PTY
Peabody West Burton Pty Ltd
Peabody West Rolleston Pty Ltd
Peabody West Walker Pty Ltd
Peabody-Winsway Resources BV
Peabody-Winsway Resources LLC
PEAMCoal Holdings Pty Ltd
PEAMCoal Pty Ltd
Port Kembla Coal Terminal Limited
PowerTree Carbon Company, LLC
Prairie State Energy Campus
PT Peabody COALTRADE Indonesia
PT Peabody Mining Services
Red Mountain JV
Ribfield Pty Ltd.
Seaham No. 4 Colliery Pty Ltd.
Sterling Centennial MO Ins Co
Survant Mining Company, LLC
Transportes Coal Sea de Venezuela, C.A.
Venshelf IV, C.A.
West Rolleston JV
West Walker JV
Wambo Coal Pty Ltd.
Wambo Coal Terminal PL
Wambo Open Cut Pty Ltd.
West/North Burton JV
WICET Holdings Pty Ltd.
Wilpinjong Coal Pty Ltd.
Wyoming Quality Healthcare Coalition, LLC

**Debtors' Directors, Officers and Management**

A. Verona Dorch
Alice Tharenos
Allen T. Capdeboscq
Amy B. Schwetz
Audry P. Rappleyea
Barbara E. Busby
Beth C. Sutton
Bradley E. Phillips
Brandon Risner
Brian R. Cropper
Bryan A. Galli
Bryce G. West
Charles F. Meintjes
Charles R. Otec
Charles R. Tilly
Chino Kim
Christina R. Lorents
Christopher S. Walker
Christopher W. Wittenauer
Creston P. Ragan

3

Daniel J. Applebaum
Darral G. Heaton
David A. James
David Richard Leslie Barham
Douglas D. Loucks
Donald S. Pearson
Drew W. Kimery
Emmanuel Jason Davis
Eric J. Baltz
Gary J. Wilhelm
Gary T. Kacich
Gene Koch
Glenn L. Kellow
Gregory P. Vandiver
H. E. Lentz
Heather A. Wilson
Jacob A. Williams
James Marchino
James A. Tichenor
Jason H. Pello
Jay Honse
Jeffrey A. Maher
John F. Turner
John R. Schwartze
John S. Yaeger
Joshua J. Price
Julie A. Nadolny
Kemal Williamson
Kendra Quick
Kurt A. Jones
Lina Young
Marc E. Hathhorn
Marc D. Stone
Mark Blom
Mark A. Scimio
Matthew A. Ubelhor
Matthew J. Pedersen-Howard
Michael J. Flannigan
Michael J. Jasutis
Michael Siebers
Michael Sutherlin
Michelle Mitchell-Bromfman
Mitchell W. Knapton
Patrick J. Forkin
Patrick K. Sollars
Paul M. Wagner
Peggy A. Scott
Philip C. Dinsmoor
Priscilla E. Duncan
Randolph S. Lehn
Raymond V. Shepherd
Robert A. Malone
Robert B. Karn, III
Robert F. Bruer
Sandra A. Van Trease
Scott J. Mayer

Scott L. Croger
Scott N. Durgin
Scott T. Jarboe
Scott Harrell
Thomas W. Dietrich
Victor P. Svec
Walter L. Hawkins, Jr.
William A. Coley
William C. Rusnack
William E. James
William R. Hall

**Major Equity Holders**

Arthur J. Gallagher & Co.
Blackrock, Inc.
Kopernik Global Investors
Morgan Stanley
The Vanguard Group

**Debtors' Professionals**

Ernst & Young
FTI Consulting, Inc.
Jones Day
Kekst
Kurtzman Carson Consultants
Lazard Frères & Company
Abacus Financial Services LTD
Babst, Calland, Clements & Zomnir
Baker & Mckenzie LLP
Bamberger Foreman Oswald & Hahn
Beveridge & Diamond, PC
BKD LLP
Blooston, Mordkofsky, Dickens, Duffy & Prendergast,
   LLP
Bona Lex LLC
Brownstein Hyatt & Farber, P.C.
Crowell Moring
Dechert LLP
Dowd Bennett LLP
Evans & Dixon, LLC
Eversheds LLP
Greensfelder, Hemker & Gale
Gordon & Gordon, P.S.C.
H&K Law, LLC
Heussen
Hogan Lovells US LLP
Holland & Hart
Hunton & Williams
Ice Miller
Jackson Kelly PLLC
John R. Cline, PLLC
Keefe And Depauli, PC
King & Spalding LLP
Koenman & Koenman

4

KPMG LLP
Lighthouse Legal Consulting, LLC
Lundmark Baberish Lamont & Slavin, P.C.
Manatt, Phelps & Phillips
Masey & Gail, LLP
Mcanany Van Cleave & Phillips, P.C.
Mcguire Woods LLP
Miller & Chevalier
Montgomery Amatuzio Dusbabek Chase
Ogletree Deakins
Park International
Pricewaterhouse Coopers
Ritesma & Lyon PC
Senniger Powers
Shook, Hardy & Bacon LLP
Snell & Wilmer
Terrance Gileo Faye
Thompson Coburn LLP
Troutman Sanders LLP
Uhy LLP
Vranesh And Raisch, LLP
Wachtell, Lipton, Rosen & Katz
Wilmer Hale, LLP

**Parties in Significant Litigation With the Debtors**

Lori J. Lynn
Sunrise Energy, LLC
Pioneer Oil Company, Inc
Wildearth Guardians
Sally Jewell – US Secretary of Interior
Ned Farquhar – Deputy Assistant Secretary
    for Land and Minerals Management
Powder River Basin Resource Council
U.S. Office of Surface Mining and Reclamation
Western Organization of Resource Councils
Queensland Bulk Handling Pty Ltd.

**Landlords**

Bureau of Indian Affairs
David & Linda Yager
Indiana Coal LLC
James F Rourke Investment Company
Jerry And Luann Elkins
Jerry J Dilts
John Yager
Justin Potter Grandchildren's Trust
Linda K. Rourke Trust
Navajo Nation
New Mexico Commissioner of Public Lands
Office of Natural Resources Revenue
Office of State Lands And Investments
Old National Wealth Management
Paul D. Rourke Living Trust
Reserve Coal Properties Company

State Board Of Land Commissioner
Steven Dilts Family
Talmar, LLC
Templeton Mineral Lands, LLC
Two Rivers Ranch Ltd Partnership
WPP LLC

**Major Customers**

Ameren Missouri
Arizona Public Service Company
Associated Electric Cooperative, Inc.
Duke Energy Indiana, Inc.
Dynegy Coal Trading & Transport.
Dynegy Commercial Asset Management, LLC
Hoosier Energy Rural Electric Cooperative
Indiana Michigan Power Company
Indianapolis Power & Light Company
LG&E and KU Services Company
MidAmerican Energy Company
Midwest Generation, LLC
Northern Indiana Public Service Commission
NRG Power Marketing, LLC
Oklahoma Gas and Electric Company
Omaha Public Power District
Public Service Company of Colorado
Public Service Company of Oklahoma
Salt River Project
Southwestern Electric Power Company
Tennessee Valley Authority
TUCO, Inc.
Tucson Electric Power Company
Western Fuels Association, Inc.
Wisconsin Electric Power Company

**Indenture/Administrative Trustees**

Citibank, N.A.
U.S. Bank, National Association

**Major Equipment Lessors**

Bank of America Leasing
Citizens Asset Finance, Inc.
Fifth Third Leasing Company
General Electric Capital Corporation
Huntington National Bank
Macquarie Equipment Capital, Inc.
NXT Capital LLC
PNC Equipment Finance
Siemens Financial Services
Sovereign Bank
SunTrust Equipment Finance & Leasing
U.S. Bancorp Equipment Finance
Wells Fargo Bank Equipment Finance
Wells Fargo Bank Northwest, N.A.

5

**Parties to Significant Executory
Contracts with the Debtors**

Bridgestone Americas, Inc.
Custom Staffing Services
Dennis M. McCoy & Sons, Inc.
Dyno Nobel, Inc.
Flanders Electric Motor Service
Fricke Management & Contracting, Inc.
HollyFrontier Refining & Marketing
Interstate Power Systems, Inc.
Joy Global Surface Mining, Inc.
Joy Global Underground Mining, LLC
Komatsu Equipment Company
Liebherr Mining Equipment Company
Macallister Machinery Co., Inc.
Marathon Petroleum Company
Michelin North America, Inc.
Nalco Company
Nelson Brothers, LLC
Orica Ground Support, Inc.
Phillips 66 Company
Pittman Mine Services, LLC
Union Wire Rope
Veyance Technologies, Inc.
Wagner Equipment Company
Wesco
Western Refining Wholesale, Inc.
Whayne Supply Company
Yampa Valley Electric Association, Inc.

**Insurers/Insurance Brokers**

**Brokers:**
AON Insurance Managers, Inc.
AON Risk Services Central, Inc.
Arthur J. Gallagher & Co.
Lexington Insurance Company
Lockton Companies, LLC
Marsh USA, Inc.
Willis of Tennessee

**Insurers:**
ACE American Insurance Company
ACE European Group, Ltd.
ACE Group – Jaya Proteski
ACE Insurance Limited
AIG
AIG Property Casualty Insurance Agency, Inc.
AIG Specialty Insurance Company
Allied World National Assurance Company Ltd.
AON Bermuda Insurance, Ltd.
AON UK, Ltd.
Apollo Liability Consortium
Arch Insurance Company

Arch Specialty Insurance Company
Aspen Insurance UK Limited
AXIS Insurance Company
Berkshire Hathaway Specialty Insurance
C.N.A.
China Pacific Property Insurance Company
Endurance American Insurance Company
Freedom Specialty Insurance Company
Great American Insurance Companies
Huatai Property and Casualty Insurance Co., Ltd.
Iron Shore Indemnity Inc.
Ironshore Europe Limited
Liberty Mutual Insurance Europe Limited
National Union Fire Insurance Company of Pittsburgh
Navigators Insurance Company
Old Republic Insurance Company
Prosight Specialty Insurance
SCOR Channel Limited
SCOR UK Company Limited
Starr Insurance &Reinsurance Limited
Starr Surplus Lines Insurance Company
Sterling Centennial Missouri Insurance Corporation
Tenger Insurance LLC
The Hartford
U.S. Specialty Insurance Company
UK Defence Club
UK P&I Club
United States Aviation Underwriters, Inc.
Water Quality Insurance Syndicate
XL Catlin & Novae
XL Insurance Company SE
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Australian Insurance Limited
Zurich Insurance Plc

**Premium Financing Companies**

AFCO Credit Corporation
Bank Direct Capital Finance

**Principal Trade Vendors**

Arnold Machinery Company
Beneflex HR Resources, Inc.
Blue Cross Blue Shield
Brake Supply Company, Inc.
Caremark
Dominion Terminal Associates
Elkland Mining LLC
Empire Southwest AZ, LLC
Fairmont Supply Company
Harrington Benefit Services, Inc.
Prairie State Generating Company
Rudd Equipment Corporation
Silver Script Insurance Company

6

The Vanguard Group
United Central Industrial Supply
United Minerals Company, LLC
Wyoming Machinery Company

**Major Utilities**

Ameren IP
American Fiber Comm, LLC
Arizona Public Service
AT&T
AT&T Teleconference Services
AT&T U-Verse (SM)
C.M., Inc.
CenturyLink
City Of Flagstaff
City Of Gillette
Cogent Communications, Inc.
Comcast
Continental Divide Electric
Daviess-Martin Remc
Duke Energy Corporation
Egyptian Electric Cooperative
Ellis Water Company, Inc.
Ferrellgas, Inc.
First Energy Solutions Corp
Francisco Water Dept.
Franklin Salvage
Frontier
Globalstar USA
Globe Wireless
Granite Telecommunications
Hostirian
Kentucky Utilities Co
Knox County Water, Inc.
M2M Wireless
Masergy Communications Inc.
Mitel Technologies, Inc.
Navajo Tribal Utility Authority
New Mexico Gas Company
Pike-Gibson Water, Inc.
Pleasantville Water Company Inc.
PNM Gas Services
Powder River Energy Corporation
Ridge Farm Water Works
Rocky Mountain Power
Saline Valley Conservancy District
Shawnee Communications
Smithville Communications, Inc.
Sourcegas, LLC
Southeastern Illinois Electric
Unisource Energy Services
Vectren Energy Delivery
Verizon
Village Of Coulterville
Washington Municipal Public

Win Energy
Yampa Valley Electric Assn., Inc.

**Accounts Receivable Securitzation Facility
Purchasers**

PNC Bank, National Association

**Union**

United Mine Workers of America

**Environmental Regulatory Agencies and
Reclamation Bonding Entities**

Arizona Department of Homeland Security
Arizona Department of Weights and Measures
Bureau of Indian Affairs
City of Evansville Environment Protection Agency
Colorado Department of Agriculture
Colorado Department of Natural Resources, Division of
    Reclamation and Mining
Colorado Department of Public Health & Environment
Colorado Department of Public Health & Environment,
    Air Pollution Control Division
Colorado Department of Public Health & Environment,
    Hazardous Materials and Waste Management
    Division
Colorado Department of Public Health & Environment,
    Water Quality Control Division
Colorado, Division of Reclamation Mining and Safety
Egyptian Health Department
Federal Communications Commission
Gibson County Health Department
Illinois Department of Natural Resources, Explosives
    Division
Illinois Department of Transportation
Illinois Emergency Management Agency
Illinois Environmental Protection Agency
Indiana Department of Homeland Security
Indiana Department of Environmental Management
Indiana Department of Natural Resources
Indiana Department of Transportation
Indiana State Department of Health
Kentucky Department for Natural Resources
Knox County Area Planning Commission
Mine Safety & Health Administration
Montana Department of Environmental Quality
National Weather Service Employees Organization
Navajo Nation Environmental Protection Agency
New Mexico - Mining and Minerals Division
New Mexico Environment Department
New Mexico Office of the State Engineer
State of Illinois Department of Natural Resources
State of Indiana Department of Natural Resources

7

United States Department of Agriculture - Forest
    Service
United States Army Corps of Engineers
United States Department of the Interior, Office of
    Surface Mining
United States Department of Justice, Bureau of
    Tobacco and Firearms
United States Department of Labor, Mine Safety and
    Health Administration
United States Environmental Protection Agency
United States Federal Communications Commission,
    Wireless Telecommunications Bureau
United States Fish and Wildlife Service
United States Forest Service
United States Nuclear Regulatory Commission
Warrick County Area Board of Zoning Appeals
Warrick County Building Commission
Warrick County Health Department
Wyoming Department of Environmental Quality
    (Air Land and Water Quality Division)

**Other Governmental Entities**

Internal Revenue Service
Pension Benefit Guaranty Corporation
United States Attorney's Office for the Eastern District
    of Missouri
United States Department of Labor
United States Department of the Interior

**Secured Lenders**

3i Debt Management US, LLC
Aegon USA Investment Management, LLC
AllianceBernstein, L.P.
Allstate Investment Management Company
American Capital Asset Management, LLC
American Century Investment Management, Inc.
American Money Management Corporation
Apex Credit Partners, LLC
Ares Management, LLC
Aurelius Capital Management, L.P.
Australia and New Zealand Banking Group, Ltd.
Avenue Capital Management II, L.P.
Babson Capital Management, LLC
Bank of America Merrill Lynch Proprietary Trading
Bank of America, National Association
Barclays Bank Plc
Barclays Capital, Inc.
Bennett Management Corporation
BlackRock Advisors, LLC
BNP Paribas Asset Management, Inc.
Branch Banking And Trust Company
Brevan Howard U.S. Investment Management, L.P.
Capital Research & Management Company
Caterpillar Financial Services

Chartwell Investment Partners, Inc.
Citigroup Global Markets, Inc.
Comerica Bank
Compass Bank
Cortland Capital Market Services, LLC
Crédit Agricole Corporate and Investment Bank
Crédit Industriel et Commercial
Credit Suisse AG
Credit Value Partners, L.P.
Deutsche Bank AG
Deutsche Bank Securities, Inc.
DuPont Capital Management Corporation
DW Partners, L.P.
ED&F Man Capital Markets, Inc.
Elliott Management Corporation
Euroclear Bank
Fidelity Management & Research Company
Fifth Third Bank
First Eagle Investment Management, LLC
FOC Partners
Franklin Advisers, Inc.
Glendon Capital Management, L.P.
GoldenTree Asset Management, L.P.
Goldman Sachs
Goldman Sachs Asset Management, L.P.
Highland Capital Management
HillMark Capital Management, L.P.
HSBC Bank USA, National Association
III Capital Management
Industrial and Commercial Bank of China Limited
ING Financial Markets, LLC
Intermediate Capital Group, Inc.
JP Morgan
JP Morgan Chase Bank
JP Morgan Chase Bank/Correspondence Clearing
    Services
JP Morgan Investment Management, Inc.
JP Morgan Whitefriars, Inc.
JMMB Securities, Ltd.
Kames Capital Plc
KDP Asset Management, Inc.
Kingsland Capital Management, LLC
Linden Advisors, L.P.
Loews Corporation
Logan Circle Partners, L.P.
Loomis Sayles & Company, L.P.
MacKay Shields, LLC
Macquarie Bank Limited
Mangrove Partners
Marathon Asset Management, L.P.
MJX Asset Management, LLC
Morgan Stanley Bank, N.A.
MUFG Union Bank, National Association
National Australia Bank Limited
Neuberger Berman Fixed Income, LLC
New York Life Investment Management, LLC

8

NewMark Capital
Nomura Corporate Research and Asset Management, Inc.
NYL Investors, LLC
Oak Hill Advisors, L.P.
Oaktree Capital Management, L.P.
Octagon Credit Investors, LLC
OppenheimerFunds, Inc.
Ostra Capital Management LLC
Oversea-Chinese Banking Corporation
Pacific Life Fund Advisors, LLC
Palmer Square Capital Management, LLC
Pine River Capital Management, L.P.
PineBridge Investments, LLC
Pinnacle Capital, Ltd.
PNC Bank, N.A.
PPM America, Inc.
Providence Equity Partners, Inc.
Prudential Investment Management
RBC Capital Markets, LLC
RBS Securities, Inc.
Regiment Capital Advisors
Robeco Institutional Asset Management B.V.
S. Goldman Asset Management
Seix Investment Advisors, LLC
Silvermine Capital Management, LLC
Societe Generale
Soros Fund Management, LLC
South Dakota Investment Council
Standard Chartered Bank
State Street Global Advisors
Swiss Life Asset Management AG
Taconic Capital Advisors, L.P.
TCW Investment Management Company
TD Asset Management, Inc.
TIAA-CREF Investment Management
TPG Capital
TPH Asset Management, LLC
U.S. Bank National Association
UBS AG
Voya Investment Management, LLC
W.R. Huff Asset Management Co, LLC
Wellington Management Company, LLP
Wells Fargo Bank, N.A.
Westpac Banking Corporation
Whitebox Advisors, LLC
Wolverine Asset Management, LLC
Zais Group, LLC

**Unsecured Lenders**

Aegon USA Investment Management, LLC
Akanthos Capital Management, LLC
AllianceBernstein, L.P.
Alta Capital Management, LLC
American Century Investment Management, Inc.

American National Registered Investment Advisor, Inc.
APG Asset Management US, Inc.
Archer Investment Corporation
Ares Management, LLC
Aurelius Capital Management, L.P.
B. Riley & Co., LLC
Babson Capital Management, LLC
Baker Ellis Asset Management, LLC
Balboa Securities Corporation
Banco de Sabadell, S.A.
Bank Hapoalim, Ltd.
Bank Leumi USA
Bank of America Merrill Lynch Proprietary Trading
Bank of Springfield
Barclays Capital, Inc.
Bennett Management Corporation
BH Asset Management, LLC
BlackRock Advisors, LLC
Brownstone Investment Group, LLC
Broyhill Asset Management, LLC
Buckley Muething Capital Management Company
Capital Research & Management Company
Capstone Asset Management Company
Carret Asset Management, LLC
Caspian Capital, L.P.
Chartwell Investment Partners, Inc.
CI Investments, Inc.
Cincinnati Asset Management, Inc.
Citadel Advisors, LLC
Citadel Securities, LLC
Citigroup Global Markets, Inc.
Columbia Management Investment Advisers, LLC
Conning Asset Management
Cornèr Banca, S.A.
Credit Agricole Securities, Inc.
Credit Suisse AG
Credit Suisse Securities, LLC
CRT Capital Group, LLC
CSS, LLC
DDJ Capital Management, LLC
Deutsche Bank Securities, Inc.
Eastern Bank
ED&F Man Capital Markets, Inc.
Elliott Management Corporation
Ellis Lake Capital, LLC
Euroclear Bank
Federal Life Insurance Company
Federated Investors, Inc.
Ferox Capital, LLP
Fidelity Management & Research Company
Franklin Advisers, Inc.
Garrison Financial Corporation
Geneva Advisors, LLC
Goldman Sachs Asset Management, L.P.
Guggenheim Funds Investment Advisors, LLC
Guggenheim Securities, LLC

GW&K Investment Management, LLC
Hallmark Capital Management, Inc.
Hartford Investment Management Company
Haverford Trust Company
HighTower Advisors, LLC
Horizon Asset Management, Inc.
Huntleigh Securities Corporation
Invesco Advisers, Inc.
J.A. Glynn & Company
J.P. Morgan Chase Bank/Correspondence Clearing
      Services
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
Jefferies, LLC
Kayne Anderson Capital Advisors, L.P.
KSBM Asset Management Limited
Leader Capital Corporation
Leumi Private Bank AG
MacKay Shields, LLC
Mangrove Partners
Marathon Asset Management, L.P.
Mason Street Advisors, LLC
Mesirow Financial, Inc.
MetLife Investment Advisors Company, LLC
Metropolitan West Asset Management, LLC
Millennium Advisors, LLC
Morgan Stanley & Company, LLC
Morgan Stanley Investment Management, Inc.
Morgan Stanley Wealth Management
Muzinich & Company, Inc.
Neuberger Berman Fixed Income, LLC
New Century Advisors, LLC
New Mexico Educational Retirement Board
New York Life Investment Management, LLC
Nine Masts Capital, Ltd.
NISA Investment Advisors, LLC
NNIP Advisors B.V.
Nomura Corporate Research and Asset
      Management, Inc.
Nuveen Asset Management, LLC
Oaktree Capital Management, L.P.
Odeon Capital Group, LLC
OppenheimerFunds, Inc.
Orleans Capital Management Corporation
Ostra Capital Management, LLC
P&S Credit Management, L.P.
Pacific Heights Asset Management, LLC
Pacific Life Fund Advisors, LLC
Palmer Square Capital Management, LLC
Paloma Partners Management Company
Payden & Rygel
Pershing Advisor Solutions, LLC
PIMCO - Pacific Investment Management Company
Pine River Capital Management, L.P.
PineBridge Investments, LLC
PNC Capital Advisors, LLC

Prairie Fire Capital LLC
Private Management Group, Inc.
ProFund Advisors, LLC
Proven Wealth, Ltd.
Provident Investment Management, LLC
Prudential Investment Management, Inc.
RBC Capital Markets, LLC
Robert W. Baird & Company, Inc.
Ryan Labs, Inc.
S. Goldman Asset Management, LLC
Saturna Capital Corporation
Scotia DBG Investments, Ltd
Serengeti Asset Management, L.P.
SG Americas Securities, LLC
Sheffield Investment Management, Inc.
South Dakota Investment Council
State Street Global Advisors
Stoever, Glass & Company, Inc.
Strategic Investment Partners, LLC
Summit Asset Management, LLC
Swiss Life Asset Management AG
Taconic Capital Advisors, L.P.
TCW Investment Management Company
TD Asset Management, Inc.
TIAA-CREF Investment Management
Trondheim Capital LLC
UBS Securities, LLC
USAA Asset Management Company
Van Eck Associates Corporation
W.R. Huff Asset Management Co., LLC
Wellington Management Company, LLP
Wells Fargo Bank, N.A.
Wells Fargo Financial Services, Inc.
Wells Fargo Securities, LLC
Wexford Capital, L.P.
Wolverine Asset Management, LLC

**United States Bankruptcy Judges for the Eastern
District of Missouri**

Judge Barry S. Schermer
Judge Charles E Rendlen, III
Chief Judge Kathy Surratt-States

**Publicly-Available Attorneys and Staff for the
United States Trustee's Office for the Eastern
District of Missouri**

Barbara J. Dorsey
Chicquita Greene
Cynthia E. Moore
Eva Kinzel
Karen R. Wilson-Smith
Kathy Lickenbrock
Leonora S. Long
Margaret E. Slaughter

Martha M. Dahm
Paul Randolph
Sandra Herling

**List of Known Professionals for
Secured / Unsecured Lenders**

Centerview Partners LLC
Davis Polk & Wardwell LLP
Ducera Partners LLC
Houlihan Lokey, Inc.
Kirkland & Ellis LLP
Kramer Levin Naftalis & Frankel LLP
O'Melveny & Myers LLP
Pachulski Stang Ziehl & Jones LLP
Zolfo Cooper, LLC

## **Schedule 2**

**Interested Parties with a Relationship with FTI**

Schedule 2

Interested Parties with a Relationship with FTI

**Debtors**
- PG Investments Six L.L.C.

**Non-Filing Companies and Affiliates**
- Mount Thorley Coal Loading Pty Ltd.
- Peabody Energy Australia PTY L

**Officers and Directors**
- Robert B. Karn III

**Landlords**
- Bureau of Indian Affairs
- Navajo Nation

**Major Customers**
- Ameren Missouri
- Arizona Public Service Company
- Indiana Michigan Power Co.
- MidAmerican Energy Company
- Midwest Generation, LLC
- Oklahoma Gas and Electric Company
- Omaha Public Power District
- Public Service Company of Colorado
- Public Service Company of Oklahoma
- Salt River Project
- Southwestern Electric Power Co.
- Tennessee Valley Authority
- Tucson Electric Power Company

**Collateral Trustees**
- Citibank N.A.
- U.S Bank National Association

**Major Equipment Lessors**
- Bank of America Leasing
- Fifth Third Leasing Company
- General Electric Capital Corp
- Huntington National Bank
- NXT Capital LLC
- PNC Equipment Finance
- Siemens Financial Services
- Sovereign Bank
- U.S. Bancorp Equipment Finance
- Wells Fargo Bank Equipment Finance
- Wells Fargo Bank Northwest N.A.

**Parties with Significant Executory Contracts w/Debtors**
- Bridgestone Americas, Inc.
- Dyno Nobel Inc.
- Joy Global Underground Mining LLC
- Komatsu Equipment Company
- Marathon Petroleum Company
- Michelin North America, Inc.

- Nalco Company
- Nelson Brothers, LLC
- Phillips 66 Company
- Veyance Technologies, Inc.
- Wesco
- Yampa Valley Electric Assn., Inc.

**Insurance/Insurance Brokers**
- Marsh USA Inc
- Willis of Tennessee
- ACE American Insurance Company
- ACE European Group Ltd.
- AIG
- AIG Property Casualty Ins. Agency Inc.
- AIG Specialty Ins. Co.
- Aon UK Ltd
- Arch Insurance Co.
- Arch Specialty Insurance Co.
- Aspen Insurance UK Limited
- Axis Insurance Co.
- Berkshire Hathaway Specialty Insurance
- C.N.A.
- China Pacific Property Insurance Company
- Endurance American Insurance Co.
- Freedom Specialty Insurance Company
- Great American Insurance Companies
- Navigators Insurance Co.
- Old Republic Insurance Co.
- Prosight Specialty Insurance
- Starr Surplus Lines Insurance Company
- The Hartford
- U.S. Specialty Insurance Co.
- UK P&I Club
- United States Aviation Underwriters Inc.
- XL Insurance Company SE
- XL Specialty Insurance Company
- Zurich American Insurance Co.
- Zurich Australian Insurance Limited
- AFCO Credit Corporation
- Bank Direct Capital Finance

**Professionals**
- Ernst & Young
- Jones Day
- Kekst
- Kurtzman Carson Consultants
- Lazard Freres & Company

**Principal Trade Vendors**
- Arnold Machinery Company
- Blue Cross Blue Shield
- Brake Supply Company. Inc.

1

Schedule 2

## Interested Parties with a Relationship with FTI

- Caremark
- Dominion Terminal Associates
- Fairmont Supply Company
- The Vanguard Group

Utilities Companies
- Ameren IP
- Arizona Public Service
- AT&T
- CenturyLink
- City of Flagstaff
- Cogent Communications, Inc.
- Comcast
- Continental Divide Electric
- Duke Energy Corporation
- Ferrellgas, Inc.
- Frontier
- Globalstar USA
- Granite Telecommunications
- Hostirian
- Masergy Communications Inc
- Mitel Technologies, Inc.
- Powder River Energy Corporation
- Rocky Mountain Power
- Sourcegas, LLC
- Unisource Energy Services
- Vectren Energy Delivery
- Verizon

Accounts Receivable Securitization Facility Lenders
- PNC Bank, National Association

Union
- United Mine Workers of America

Regulatory Agencies
- Bureau of Indian Affairs
- Colorado Department of Public Health & Environment
- Federal Communications Commission
- Illinois Department of Transportation
- Illinois Environmental Protection Agency
- Indiana Department of Environmental Management
- Mine Safety & Health Administration
- Montana Department of Environmental Quality
- New Mexico Environment Department
- United States Department of Agriculture - Forest Service
- United States Army Corps  of Engineers
- United States Environmental Protection Agency
- United States Nuclear Regulatory Commission

Other Governmental Entities
- Internal Revenue Service
- Pension Benefit Guaranty Corporation
- United States Department of Labor
- United States Department of the Interior

Secured Lenders
- Aegon USA Investment Management, LLC
- AllianceBernstein, L.P.
- American Century Investment Management, Inc.
- Ares Management, LLC
- Aurelius Capital Management, L.P.
- Australia and New Zealand Banking Group, LTD
- Avenue Capital Management II, L.P.
- Babson Capital Management, LLC
- Bank of America Merrill Lynch Proprietary Trading
- Bank of America, National Association
- Barclays Bank PLC
- Barclays Capital, Inc.
- Bennett Management Corporation
- BlackRock Advisors, LLC
- BNP Paribas Asset Management, Inc.
- Branch Banking And Trust Company
- Caterpillar Financial Services
- Chartwell Investment Partners, Inc
- Citigroup Global Markets, Inc.
- Comerica Bank
- Compass Bank
- Cortland Capital Market Services, LLC
- Crédit Agricole Corporate and Investment Bank
- Crédit Industriel et Commercial
- Credit Suisse AG
- Credit Value Partners, L.P.
- Deutsche Bank AG
- Deutsche Bank Securities, Inc.
- Deutsche Bank
- DW Partners, L.P.
- Elliott Management Corporation
- Euroclear Bank
- Fidelity Management & Research Company
- Fifth Third Bank
- Franklin Advisers, Inc.
- Glendon Capital Management, L.P.
- GoldenTree Asset Management, L.P.
- Goldman Sachs
- Goldman Sachs Asset Management, L.P.
- Highland Capital Management
- HillMark Capital Management, L.P.
- HSBC Bank USA, National Association
- Industrial and Commercial Bank of China
- ING Financial Markets, LLC
- Intermediate Capital Group, Inc.

2

Schedule 2

## Interested Parties with a Relationship with FTI

- J.P. Morgan
- J.P. Morgan Investment Management, Inc.
- J.P. Morgan Whitefriars, Inc.
- JPMorgan Chase Bank/Correspondence Clearing Services
- KDP Asset Management, Inc.
- Kingsland Capital Management, LLC
- Linden Advisors, L.P.
- Loews Corp.
- Loomis Sayles & Company, L.P.
- MacKay Shields, LLC
- Macquarie Bank Limited
- Mangrove Partners
- Marathon Asset Management, L.P.
- MJX Asset Management, LLC
- Morgan Stanley Bank, N.A.
- National Australia Bank Limited
- New York Life Investment Management, LLC
- NYL Investors, LLC
- Oak Hill Advisors, L.P.
- Oaktree Capital Management, L.P.
- Octagon Credit Investors, LLC
- OppenheimerFunds, Inc.
- Oversea-Chinese Banking Corporation
- Pacific Life Fund Advisors, LLC
- Pine River Capital Management, L.P.
- PineBridge Investments, LLC
- Pinnacle Capital, LTD
- PNC Bank NA
- PPM America, Inc.
- Providence Equity Partners, Inc.
- Prudential Investment Management, Inc.
- RBC Capital Markets, LLC
- RBS Securities, Inc.
- Regiment Capital Advisors
- Seix Investment Advisors, LLC
- Silvermine Capital Management, LLC
- Societe Generale
- Soros Fund Management, LLC
- Standard Chartered Bank
- State Street Global Advisors
- Taconic Capital Advisors, L.P.
- TCW Investment Management Company
- TD Asset Management, Inc.
- TIAA-CREF Investment Management
- TPG Capital
- U.S. Bank National Association
- UBS AG
- Voya Investment Management, LLC
- W.R. Huff Asset Management Co., LLC
- Wellington Management Company, LLP
- Wells Fargo Bank N.A.

- Westpac Banking Corporation
- Whitebox Advisors, LLC
- Wolverine Asset Management, LLC
- Zais Group, LLC

Unsecured Lenders
- Aegon USA Investment Management, LLC
- Akanthos Capital Management, LLC
- AllianceBernstein, L.P.
- American Century Investment Management, Inc.
- Ares Management, LLC
- Aurelius Capital Management, L.P.
- B. Riley & Co., LLC
- Babson Capital Management, LLC
- Bank Hapoalim, LTD
- Barclays Capital, Inc.
- Bennett Management Corporation
- BlackRock Advisors, LLC
- Brownstone Investment Group, LLC
- Caspian Capital, L.P.
- Chartwell Investment Partners, Inc.
- CI Investments, Inc.
- Citadel Securities, LLC
- Citadel Advisors, LLC
- Citigroup Global Markets, Inc.
- Columbia Management Investment Advisers, LLC
- Conning Asset Management
- Credit Agricole Securities, Inc.
- Credit Suisse AG
- Credit Suisse Securities, LLC
- CRT Capital Group, LLC
- CSS, LLC
- DDJ Capital Management, LLC
- Deutsche Bank Securities, Inc.
- Eastern Bank
- Elliott Management Corporation
- Euroclear Bank
- Federal Life Insurance Company
- Federated Investors, Inc.
- Ferox Capital, LLP
- Fidelity Management & Research Company
- Franklin Advisers, Inc.
- Goldman Sachs Asset Management, L.P.
- Guggenheim Funds Investment Advisors, LLC
- Hartford Investment Management Company
- Horizon Asset Management, Inc.
- Invesco Advisers, Inc.
- J.A. Glynn & Co.
- J.P. Morgan Investment Management, Inc.
- J.P. Morgan Securities, LLC
- Jefferies, LLC

3

Schedule 2

Interested Parties with a Relationship with FTI

- JPMorgan Chase Bank/Correspondence Clearing Services
- Kayne Anderson Capital Advisors, L.P.
- Leader Capital Corporation
- MacKay Shields, LLC
- Mangrove Partners
- Marathon Asset Management, L.P.
- Mason Street Advisors, LLC
- Mesirow Financial, Inc.
- Metropolitan West Asset Management, LLC
- Morgan Stanley & Company, LLC
- Morgan Stanley Wealth Management
- Morgan Stanley Investment Management, Inc.
- Muzinich & Company, Inc.
- New Mexico Educational Retirement Board
- New York Life Investment Management, LLC
- Nomura Corporate Research and Asset Management, Inc.
- Nuveen Asset Management, LLC
- Oaktree Capital Management, L.P.
- OppenheimerFunds, Inc
- Pacific Life Fund Advisors, LLC
- Payden & Rygel
- PIMCO - Pacific Investment Management Company
- Pine River Capital Management, L.P.
- PineBridge Investments, LLC
- PNC Capital Advisors, LLC
- Private Management Group, Inc.
- ProFund Advisors, LLC
- Provident Investment Management, LLC
- Prudential Investment Management, Inc.
- RBC Capital Markets, LLC
- Robert W. Baird & Company, Inc.
- Ryan Labs, Inc.
- Serengeti Asset Management, L.P.
- SG Americas Securities, LLC
- State Street Global Advisors
- Stoever, Glass & Company Inc.
- Taconic Capital Advisors, L.P.
- TCW Investment Management Company
- TD Asset Management, Inc.
- TIAA-CREF Investment Management
- UBS Securities, LLC
- USAA Asset Management Company
- W.R. Huff Asset Management Co., LLC
- Wellington Management Company, LLP
- Wells Fargo Bank N.A.
- Wells Fargo Financial Services, Inc.
- Wells Fargo Securities, LLC
- Wexford Capital, L.P.
- Wolverine Asset Management, LLC

Major Equity Holders
- BlackRock Inc.
- Morgan Stanley
- The Vanguard Group

Known Professionals for Secured / Unsecured Lenders
- Centerview Partners LLC
- Davis Polk & Wardwell LLP
- Houlihan Lokey, Inc.
- Kramer Levin Naftalis & Frankel LLP
- Pachulski Stang Ziehl & Jones LLP
- Kirkland & Ellis LLP
- O'Melveny & Myers LLP
- Ducera Partners LLC
- Zolfo Cooper, LLC

## <u>Exhibit B</u>

**Engagement Letter**



FTI Consulting, Inc.
227 West Monroe Street
Suite 900
Chicago, IL 60606

312.252.9357 telephone
312.252.9300 facsimile

www.fticonsulting.com

<u>PRIVATE & CONFIDENTIAL</u>

November 6, 2015

Mr. Walter Hawkins
Senior Vice President Finance
Peabody Energy Corporation
701 Market Street
St. Louis, MO 63101

Re: <u>Peabody Energy Corporation</u>

Dear Walter:

1.    **Introduction**

This letter confirms that we, FTI Consulting, Inc. ("FTI"), have been retained by you, Peabody Energy Corporation (the "Company"), to provide certain financial advisory and consulting services (the "Services") set out below (the "Engagement"). This letter of engagement and the related Standard Terms and Conditions constitute the engagement contract (the "Engagement Contract") pursuant to which the Services will be provided.

2.    **Scope of Services**

The Services, to be performed at your direction, are expected to include the following:

**Phase I Services:**
- Assisting the Company with assessing potential restructuring alternatives including a potential court-based process. This assessment will include, but not be limited to, working with the Company, its counsel, and investment bank to:
  - Develop detailed work plans to identify all key informational and analytical requirements related to identified restructuring alternatives;
  - Prepare work plans for the creation of all necessary petitions and related first day motions and filings required in connection with a hypothetical court-based restructuring of specific legal entities and affiliates of the Company; and
  - Indentify additional procedures, processes and controls that may be necessary to meet the requirements of such proceedings;
- Performing other customary services typical for an engagement of this type as may be mutually agreed to by the Company and FTI from time to time.

**Phase II Services:**
- All additional services that are mutually agreed to between the parties, including but not limited to assiting with a potential financial restructuring either outside of or under court protection.

Mr. Walter Hawkins
November 6, 2015

FTI estimates the time to complete Phase I of the project as detailed above will be approximately three to four weeks.

The Services may be performed by FTI or by any subsidiary of FTI, as FTI shall determine. FTI may also provide Services through its or its subsidiaries' agents or independent contractors. References herein to FTI and its employees shall be deemed to apply also, unless the context shall otherwise indicate, to employees of each such subsidiary and to any such agents or independent contractors and their employees. FTI will be responsible for the acts and omissions of any of its or its subsidiaries' employees, agents or independent contractors performing the Services.

The Services, as outlined above, are subject to change as mutually agreed between us.

FTI is engaged by the Company to provide financial advisory and consulting services only. Accordingly, while we may from time to time suggest options which may be available to you and further give our professional evaluation of these options, the ultimate decision as to which, if any, of these options to implement rests with the Company, its management and board of directors. FTI and its employees will not make any management decisions for the Company and will not be responsible for communicating information concerning the Company to the public or the Company's shareholders.

As part of the Services, FTI may be requested to assist the Company (and its legal or other advisors) in negotiating with the Company's creditors and equity holders and with other interested parties. In the event that we participate in such negotiations, the representations made and the positions advanced will be those of the Company and its management, not FTI or its employees.

If cases under the Bankruptcy Code are commenced and our retention is approved, our role will include serving as bankruptcy financial advisors to the debtors and debtors in possession in those cases under a general retainer, subject to court approval.

The services we will provide in connection with the Engagement will encompass all services normally and reasonably associated with this type of engagement that we are requested and are able to provide and that are consistent with our ethical obligations. With respect to all matters of our Engagement, we will coordinate closely with the Company as to the nature of the services that we will render and the scope of our Engagement.

As usual, our Engagement is to represent the Company and not its individual directors, officers, employees or shareholders. However, we anticipate that in the course of that Engagement, we may provide information or advice to directors, officers or employees in their corporate capacities.

3.      **Fees and Cash on Account**

Fees in connection with this Engagement will be based upon the time incurred providing the Services, multiplied by our standard hourly rates, summarized as follows:

| United States | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $800 – 975 |
| Directors / Managing Directors | 645 – 795 |
| Consultants / Senior Consultants | 355 – 575 |

Mr. Walter Hawkins
November 6, 2015

Administrative / Paraprofessionals        125 – 250

FTI estimates the engagement team for Phase I of the of the project will include Carlin
Adrianopoli and Joseph Concannon for at least 40 hours per week, with assistance from David
Beckman and a Senior Consultant for approximately 20 hours per week.  FTI estimates fees
will range from $90,000 to $115,000 per week.

Hourly rates are generally revised periodically. To the extent this Engagement requires
services of our International divisions or personnel, the time will be multiplied by our standard
hourly rates applicable on International engagements. Note that we do not provide any
assurance regarding the outcome of our work and our fees will not be contingent on the results
of such work.

In addition to the fees outlined above, FTI will bill for reasonable direct expenses which are
incurred on your behalf during this Engagement.  Direct expenses include reasonable,
customary and documented out-of-pocket expenses which are billed directly to the
Engagement such as certain overnight mail, messenger, travel, meals, accommodations and
other expenses specifically related to the Engagement.  Further, if FTI and/or any of its
employees are required to testify or provide evidence at or in connection with any judicial or
administrative proceeding relating to this matter, FTI will be compensated by you at its regular
hourly rates and reimbursed for reasonable and direct expenses (including reasonable and
documented counsel fees) with respect thereto.

**Cash on Account**

Initially, the Company will forward to us the amount of $250,000, which funds will be held
"on account" to be applied to our professional fees, charges and disbursements for the
Engagement (the "Initial Cash on Account").  To the extent that this amount exceeds our fees,
charges and disbursements upon the completion of the Engagement, we will refund any
unused portion.  The Company agrees to increase or supplement the Initial Cash on Account
from time to time during the course of the Engagement in such amounts as the Company and
we mutually shall agree are reasonably necessary to increase the Initial Cash on Account to a
level that will be sufficient to fund Engagement fees, charges, and disbursements to be
incurred.

In the event preparation commences for filing any cases under the Bankruptcy Code, we also
may require, as mutually agreed by the parties, an additional on account payment to
supplement the Initial Cash on Account to cover fees, charges and disbursements to be
incurred during the initial phase of the chapter 11 cases (the "Additional Cash on Account").
We will hold the Additional Cash on Account, as we have the Initial Cash on Account.  Of
course, the reasonableness of the Additional Cash on Account remains subject to review by
the court in any ensuing case.

We will send the Company periodic invoices not less frequently than every two weeks for
services rendered and charges and disbursements incurred on the basis discussed above, and in
certain circumstances, an invoice may be for estimated fees, charges and disbursements
through a date certain.  Each invoice constitutes a request for an interim payment against the
fee to be determined at the conclusion of our Services.  Prior to the commencement of any
bankruptcy proceedings, the following procedures shall apply to such invoices:

Mr. Walter Hawkins
November 6, 2015

Upon transmittal of the invoice, we may immediately draw upon the Initial Cash on
Account (as replenished from time to time) in the amount of the invoice.  The Company
agrees upon submission of each such invoice to promptly wire the invoice amount to us as
replenishment of the Initial Cash on Account (together with any supplemental amount to
which we and the Company mutually agree), without prejudice to the Company's right to
advise us of any differences it may have with respect to such invoice.  We have the right
to apply to any outstanding invoice (including amounts billed prior to the date hereof), up
to the remaining balance, if any, of the Initial Cash on Account (as may be supplemented
from time to time) at any time subject to (and without prejudice to) the Company's
opportunity to review our statements.

If any of the Company's entities becomes a debtor in one or more cases under the Bankruptcy
Code, some fees, charges, and disbursements (billed or unbilled) incurred before the filing of
bankruptcy petitions (voluntary or involuntary) might remain unpaid as of the date of the
filing.  The unused portion, if any, of the Initial Cash on Account and the Additional Cash on
Account will be applied to any such unpaid pre-petition fees, charges and disbursements.  Any
requisite court permission will be obtained in advance.  We will then hold any portion of the
Initial Cash on Account and the Additional Cash on Account not otherwise properly applied
for the payment of any such unpaid pre-filing fees, charges and disbursements (billed or
unbilled) as on account cash to be applied to our final invoice in any case under the
Bankruptcy Code.

In any case under the Bankruptcy Code, fees and expenses may not be paid without the
express prior approval of the bankruptcy court.  In most cases of this size and complexity, on
request of a party in interest, the bankruptcy court permits the payment of interim fees during
the case.  If the bankruptcy court approves a procedure for the payment of interim fees during
any bankruptcy case, we will submit invoices on account against our final fee.  These interim
invoices will be based on such percentage as the bankruptcy court allows of our internal time
charges and costs and expenses for the work performed during the relevant period and will
constitute a request for an interim payment against the reasonable fee to be determined at the
conclusion of our representation.

Any post-petition fees, charges and disbursements will be due and payable immediately upon
entry of an order containing such court approval or at such time thereafter as instructed by the
court.  The Company understands that while the arrangement in this paragraph may be altered
in whole or in part by the bankruptcy court, the Company shall nevertheless remain liable for
payment of court approved post-petition fees and expenses.  Such items are afforded
administrative priority under 11 U.S.C. § 503(b)(l).  The Bankruptcy Code provides in
pertinent part, at 11 U.S.C. § 1l29(a)(9)(A), that a plan cannot be confirmed unless these
priority claims are paid in full in cash on the effective date of any plan (unless the holders of
such claims agree to different treatment).  It is agreed and understood that the unused portion,
if any, of the Initial Cash on Account (as may be supplemented from time to time) and the
Additional Cash on Account shall be held by us and applied against the final fee application
filed and approved by the court.

The Company agrees to promptly notify FTI if the Company or any of its subsidiaries or affiliates
extends (or solicits the possible interest in receiving) an offer of employment to a principal or
employee of FTI involved in this Engagement and agrees that FTI has earned and is entitled to a cash
fee, upon hiring, equal to 150% of the aggregate first year's annualized compensation, including any
guaranteed or target bonus and equity award, to be paid to FTI's former principal or employee that the
Company or any of its subsidiaries or affiliates hires at any time up to one year subsequent to the date

Mr. Walter Hawkins
November 6, 2015

of the final invoice rendered by FTI with respect to this Engagement. The foregoing paragraph will not apply to principals or employees of FTI involved in this Engagement who respond to a general solicitation (not specifically targeted at the FTI principal or employee) of employment by the Company.

4.      **Terms and Conditions**

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services. Further, this letter and the Standard Terms and Conditions attached comprise the entire Engagement Contract for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties and representations, and shall supersede all previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.

5.      **Conflicts of Interest**

Based on the list of interested parties (the "Potentially Interested Parties"), provided by you, we have undertaken a limited review of our records to determine FTI's professional relationships with the Company. As you may be aware, FTI is regularly retained by the administrative agent and/or other members of your lending group (or law firms retained by the administrative agent or lending group members). However, such representations are in matters unrelated to this Engagement.

From the results of such review, we were not made aware of any conflicts of interest or additional relationships that we believe would preclude us from performing the Services. However, as you know, we are a large consulting firm with numerous offices throughout the United States. We are regularly engaged by new clients, which may include one or more of the Potentially Interested Parties. The FTI professionals providing services hereunder will not accept an engagement that directly conflicts with this Engagement without your prior written consent.

6.      **Acknowledgement and Acceptance**

Please acknowledge your acceptance of the terms of this Engagement Contract by signing both the confirmation below and the attached Standard Terms and Conditions and returning a copy of each to us at the above address.

If you have any questions regarding this letter or the attached Standard Terms and Conditions, please do not hesitate to contact Carlin Adrianopoli at 312-252-9357 or David Beckman at 720-635-8113.

Yours faithfully,

FTI CONSULTING, INC.

By:      _____
Carlin Adrianopoli
Senior Managing Director

Attachment – As stated

Mr. Walter Hawkins
November 6, 2015

<u>Confirmation of Terms of Engagement</u>

**We agree to engage FTI Consulting, Inc. upon the terms set forth herein and in the attached Standard Terms and Conditions.**

**Peabody Energy Corporation**

By: _____

Walter Hawkins
Senior Vice President Finance

Date: November 6, 2015
_____

-6-

## FTI CONSULTING, INC.

## STANDARD TERMS AND CONDITIONS

The following are the Standard Terms and Conditions on which we will provide the Services to you set forth within the attached letter of engagement with Peabody Energy Corporation dated November 6, 2015.   The Engagement letter and the Standard Terms and Conditions  (collectively the "Engagement Contract") form the entire agreement between us relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.  The headings and titles in the Engagement Contract are included to make it easier to read but do not form part of the Engagement Contract.

**1.      Reports and Advice**

1.1      **Use and purpose of advice and reports** – Any advice given or report issued by us is provided solely for your use and benefit and only in connection with the purpose in respect of which the Services are provided. Unless required by law, you shall not provide any advice given or report issued by us to any third party, or refer to us or the Services, without our prior written consent, which shall be conditioned on the execution of a third party release letter in the form provided by FTI. In no event, regardless of whether consent has been provided, shall we assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

**2.      Information and Assistance**

2.1      **Provision of information and assistance** – Our performance of the Services is dependent upon your providing us with such information and assistance as we may reasonably require from time to time.

2.2      **Punctual and accurate information** – You shall use reasonable skill, care and attention to ensure that all information we may reasonably require is provided on a timely basis and is accurate and complete and relevant for the purpose for which it is required.  You shall also notify us if you subsequently learn that the information provided is incorrect or inaccurate or otherwise should not be relied upon.

2.3      **No assurance on financial data** – While our work may include an analysis of financial and accounting data, the Services will not include an audit, compilation or review of any kind of any financial statements or components thereof.  Company management will be responsible for any and all financial information they provide to us during the course of this Engagement, and we will not examine or compile or verify any such financial information.  Moreover, the circumstances of the Engagement may cause our advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period. Accordingly, as part of this Engagement, we will not express any opinion or other form of assurance on financial statements of the Company.

2.4      **Prospective financial information** - In the event the Services involve prospective financial information, our work will not constitute an examination or compilation, or apply agreed-upon procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and we will express no assurance of any kind on such information.  There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material.  We will take no responsibility for the achievability of results or events projected or anticipated by the management of the Company.

**3.    Additional Services**

3.1    **Responsibility for other parties** – You shall be solely responsible for the work and fees of any other party engaged by you to provide services in connection with the Engagement regardless of whether such party was introduced to you by us.  Except as provided in this Engagement Contract, we shall not be responsible for providing or reviewing the advice or services of any such third party, including advice as to legal, regulatory, accounting or taxation matters.  Further, we acknowledge that we are not authorized under our Engagement Contract to engage any third party to provide services or advice to you, other than our agents or independent contractors engaged to provide Services, without your written authorization.

**4.    Confidentiality**

4.1    **Restrictions on confidential information** – Except as otherwise provided in this Engagement Contract or authorized by or on behalf of the Company, FTI agrees to keep confidential the existence and terms of this Engagement Contract and to use all non-public information provided to it by or on behalf of the Company hereunder solely for the purpose of providing the Services that  are the subject of this Engagement Contract and to treat all such information confidentially. Except as provided below, neither party will disclose the other party's confidential information to any third party without the other party's consent. Confidential information shall not include information that:

4.1.1    is or becomes generally available to the public other than as a result of a breach of an obligation under this Clause 4.1;

4.1.2    is acquired from a third party who, to the recipient party's knowledge, owes no obligation of confidence in respect of the information; or

4.1.3    is or has been independently developed by the recipient; provided that it is understood and agreed that nothing contained in this Clause 4.1.3 shall permit FTI to disclose information developed by FTI for the Company in connection with the Engagement.

4.2    **Disclosing confidential information** – Notwithstanding Clause 1.1 or 4.1 above, either party will be entitled to disclose confidential information of the other to a third party to the extent that this is required by valid legal process.  If FTI is served with legal process or any other demand that might require disclosure of any information (including, without limitation, documents or other materials) described in section 4.1 above, FTI will provide the Company and the Company's lead restructuring counsel with prompt notice of, and the opportunity to raise objections to, such process or demand (without violating any legal or regulatory requirement). If no protective order or other remedy is obtained, FTI will only furnish that portion of the information (including, without limitation, documents or other materials) that it is advised by counsel is legally required to be disclosed and will use reasonable efforts to obtain reasonable assurance that such information will be accorded confidential treatment.

4.3    **Citation of engagement** – [Reserved.]

4.4    **Internal quality reviews** – Notwithstanding the above, we may disclose any information referred to in this Clause 4 to any other FTI entity or use it for internal quality reviews; provided, however, that we will cause such persons to keep such information confidential in accordance with the terms of this Engagement Contract and will be responsible for their disclosure of such information other than in accordance with such provisions.

4.5    **Maintenance of workpapers** – Notwithstanding the above, we may keep one archival set of our working papers from the Engagement, including working papers containing or reflecting confidential

information, in accordance with our internal policies; provided, however, that we will keep such materials confidential in accordance with the terms of this Engagement Contract.

**5.    Termination**

5.1    **Termination of Engagement with notice** – The Company may terminate the Engagement Contract at any time for whatever reason upon written notice to FTI. Upon receipt of such notice, we will stop all work immediately. You will be responsible for all fees and expenses incurred by us through the date termination notice is received other than expenses in connection with advance travel arrangements (unless FTI is unable to obtain refunds of such expenses). FTI may terminate the Engagement Contract at any time upon the giving of sixty (60) days' prior written notice to the Company.

5.2    **Continuation of terms** – The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Engagement Contract, including but not limited to, Clauses 3 and 4 of the Engagement letter, and Clauses 1.1, 4, 6 and 7 of the Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

**6.    Indemnification, Liability Limitation, and Other Matters**

6.1    **Indemnification** - The Company agrees to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees (collectively "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable and documented attorneys' fees and expenses and costs of investigation) to the extent arising out of or relating to your retention of FTI, the execution and delivery of this Engagement Contract, the provision of Services or other matters to the extent relating to or arising from this Engagement Contract, except to the extent that any such claim, liability, obligation, damage, cost or expense results from the gross negligence, bad faith or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "Adverse Determination").

FTI agrees to indemnifyand hold harmless the Company and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable and documented attorneys' fees and expenses and costs of investigation) for personal injury or property damage to the extent arising out of or relating to the acts or omissions of FTI or the parties performing the Services on FTI's behalf, except to the extent of an Adverse Determination.

6.2    **Insurance** – [Reserved.]

6.3    **Limitation of liability** - The Company agrees that no Indemnified Person shall be liable to you, or your successors, affiliates or assigns for damages in excess of the total amount of the fees paid to FTI under this Engagement Contract, except to the extent that the Indemnified Person's liability is the result of gross negligence, bad faith or willful misconduct.  Without limiting the generality of the foregoing, in no event shall any Indemnified Person be liable for consequential, indirect or punitive damages, damages for lost profits or opportunities or other like damages or claims of any kind.

**7.    Governing Law, Jurisdiction and WAIVER OF JURY TRIAL**

7.1    **Governing Law** The Engagement Contract shall be governed by and interpreted in accordance with the laws of the State of New York, without giving effect to the choice of law provisions thereof.

7.2    Jurisdiction. - [Reserved.]

7.3    **WAIVER OF JURY TRIAL** – TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, THE COMPANY AND FTI IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR THIS ENGAGEMENT CONTRACT.

FTI CONSULTING, INC

**Confirmation of Standard Terms and Conditions**

We agree to engage FTI Consulting, Inc. upon the terms set forth in these Standard Terms and Conditions as outlined above.

**Peabody Energy Corporation**

By: _____
       Walter Hawkins
       Senior Vice President Finance

Date: November 6, 2015