IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PEABODY AMERICA, LLC, | ) | Case No. 16-42609 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**VERIFIED MOTION FOR
ADMISSION *PRO HAC VICE***

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Daniel D. Sparks, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing **Nelson Brothers, L.L.C.**, creditors and parties-in-interest in the Chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney:*

   Daniel Davidson Sparks

b. *Address and telephone number of the movant-attorney:*

   1800 Financial Center
   505 North 20th Street
   Birmingham, Alabama 35203
   (205) 795-6588
   (205) 328-7234  facsimile

c. *Name of the firm or letterhead under which the movant practices:*

   Christian & Small LLP

d.   *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*

Cumberland School of Law (Juris Doctor), 1985

University of Georgia, (Bachelor of Arts), 1981

e.   *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*

Alabama State Bar, ASB-8526-S79D, admitted April 25, 1986.

U.S. District Court for the Northern District of Alabama, admitted May 23, 1986.

U.S. District Court for the Middle District of Alabama, admitted December 10, 1993.

U.S. District Court for the Southern District of Alabama, admitted February 22, 1994.

U.S. Court of Appeals for the Eleventh Circuit, admitted October 2, 1989.

Georgia State Bar, 669520, admitted November 14, 1985.

Georgia Supreme Court, admitted January 15, 1986.

Georgia Court of Appeals, admitted January 15, 1986.

f.   *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar:*

Member is a member in good standing of all bars of which movant is a member, and is not under suspension or disbarment from any bar.

g.   *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District:*

Movant does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated: 4/14/16, 2016
Birmingham, Alabama

Respectfully submitted pursuant to L.L. 9011,

/s/ Daniel D. Sparks
Daniel D. Sparks
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, AL 35203
(205) 795-6588
(205) 328-7234 facsimile
ddsparks@csattorneys.com
Attorney for
Nelson Brothers, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on 4/14/16, 2016, I filed the above and foregoing document electronically via the court's CM/ECF system, which serves a copy on all parties who have appeared and provided an e-mail address for service.

/s/ Daniel D. Sparks
Daniel D. Sparks, Attorney for
Nelson Brothers Mining Services, L.L.C.