UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PEABODY ENERGY CORPORATION., *et al.*,[1] | ) | Case No. 16-42529 (BSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-1 of the Federal Rules of Bankruptcy Procedure, Cullen D. Speckhart, Esq. and the law firm of Wolcott Rivers Gates enters its appearance on behalf of:

Whayne Supply Company
Cecil I. Walker Walker Machinery Co.

Pursuant to Bankruptcy Rule 2002(a), (b), and (f), the undersigned requests that notice of all matters specified in Rule 2002 of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be electronically provided to the undersigned.

---

[1] The Debtors and their employer identification numbers are listed on Schedule 1 attached hereto. The addresses for each of the Debtors are set forth in the Debtors' Chapter 11 petitions.

(L.F. 7 Rev. 02/2013)

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  |  |
|  | /s/ *Cullen D. Speckhart* |
| Dated: April 15, 2016 | Cullen D. Speckhart, Esq. (admitted pro hac vice; provisional Missouri Bar Number 68681) |
|  | **Wolcott Rivers Gates** |
|  | 200 Bendix Road Suite 300 |
|  | Virginia Beach, VA 23452 |
|  | Telephone:       (757) 470-5566 |
|  | Facsimile:        (757) 687-3678 |
|  | Email:             cspeckhart@wolriv.com |

## Certificate of Service

I certify that on 15th day of April, 2016, a true and correct copy of the foregoing has been served on counsel of record via the Court's ECF filing system.

/s/ *Cullen D. Speckhart*