# Memorandum

**Office of the United States Trustee**

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| | |
|---|---|
| **SUBJECT:** | **DATE:** April 20, 2016 |
| Peabody Energy Corporation, et al, | |
| Case No. 16-42529-399 | |
| Formation Meeting for Official Unsecured Creditors' Committee | |

---

The formation meeting for the Official Unsecured Creditors' Committee in
Peabody Energy Corporation, et al.,
will be held on Wednesday, April 27, 2016, at 1:30 PM prevailing Central time.
The meeting will be in St. Louis, Missouri at the Hilton St. Louis Downtown at the Arch,
400 Olive Street, St. Louis, 63102 in the Admiral Room.


DANIEL J. CASAMATTA
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE


By:      /s/ Lenora S. Long
Leonora S. Long, Trial Attorney
Missouri Bar #31655, Federal ID #3697
Office of United States Trustee
111 S. 10th Street, Room 6353, St. Louis, MO 63102
(314) 539-2980 Phone / (314) 539-2990 Fax
Leonora.Long@usdoj.gov