## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re:

PEABODY ENERGY CORPORATION, *et al.*,

Debtors.

Chapter 11

Case No. 16-42529-399

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), a party in interest in the Chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby appears by its proposed co-counsel, Spencer Fane LLP ("<u>Spencer Fane</u>").  Spencer Fane enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Sherry K. Dreisewerd requests, pursuant to Bankruptcy Rule 2002, 3017 and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, Chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Sherry K. Dreisewerd, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Committee members, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of other(s) that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payments, or other conduct by Committee.

PLEASE TAKE FURTHER NOTICE that it is intended that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the Committee's (1) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference of any matter subject to mandatory or discretionary withdrawal; or (4) any other rights,

claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: May 4, 2016

Respectfully submitted,

SPENCER FANE LLP


/s/ Sherry K. Dreisewerd
Sherry K. Dreisewerd MO #47908
sdreisewerd@spencerfane.com
Spencer Fane LLP
1 North Brentwood Boulevard
Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-6869– Fax

Proposed Co-Counsel to
the Official Committee of Unsecured Creditors


## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2016, the above and foregoing was served via electronic filing to all parties requesting/receiving electronic notice in this case.

/s/ Sherry K. Dreisewerd
A Proposed Attorney for the Committee

3