**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Peabody Energy Corporation, <u>et al.</u>,<br><br>                          Debtors. | Case No. 16-42529-399<br>CHAPTER 11<br><br>Jointly Administered |

**NOTICE OF FILING OF INFORMATION**
**RELATED TO KEY EMPLOYEE RETENTION PLAN**

      PLEASE TAKE NOTICE that, in accordance with the Order Authorizing the Debtors to File Under Seal Confidential Information Relating to the Debtors' Motion for Approval of Debtors' Key Employee Retention Plan [Docket No. 777], the Debtors hereby file the schedule attached as <u>Exhibit A</u>, which contains certain information related to the Debtors' Key Employee Retention Plan.

| | |
|---|---|
| Dated: June 17, 2016<br>　　　St. Louis, Missouri | Respectfully submitted,<br><br>/s/ Steven N. Cousins<br>Steven N. Cousins, MO 30788<br>Susan K. Ehlers, MO 49855<br>Armstrong Teasdale LLP<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, MO  63105<br>Telephone:  (314) 621-5070<br>Facsimile:  (314) 612-2239<br>Email:  scousins@armstrongteasdale.com<br>Email:  sehlers@armstrongteasdale.com<br><br>Heather Lennox (admitted *pro hac vice*)<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br>Email:  hlennox@jonesday.com<br><br>Amy Edgy (admitted *pro hac vice*)<br>Daniel T. Moss (admitted *pro hac vice*)<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br>Email:  aedgy@jonesday.com<br>Email:  dtmoss@jonesday.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |

**EXHIBIT A**

| Current USD Base Salary | KERP Target Value |
|---:|---:|
| 64,445 | 16,111 |
| 68,933 | 17,233 |
| 75,000 | 18,750 |
| 79,529 | 19,882 |
| 105,330 | 26,333 |
| 111,314 | 27,828 |
| 115,000 | 46,000 |
| 116,150 | 34,845 |
| 116,150 | 29,038 |
| 131,300 | 52,520 |
| 131,300 | 39,390 |
| 132,792 | 39,838 |
| 136,675 | 34,169 |
| 139,418 | 34,854 |
| 139,817 | 41,945 |
| 142,855 | 42,857 |
| 149,894 | 44,968 |
| 160,000 | 64,000 |
| 181,800 | 72,720 |
| 183,820 | 73,528 |
| 188,461 | 75,571 |
| 190,000 | 76,000 |
| 190,000 | 57,000 |
| 194,930 | 78,165 |
| 196,950 | 68,933 |
| 202,000 | 80,800 |
| 202,000 | 81,000 |
| 203,980 | 61,194 |
| 210,000 | 84,000 |
| 212,100 | 84,840 |
| 218,583 | 87,433 |
| 248,561 | 99,424 |
| 260,075 | 104,030 |
| 270,000 | 81,000 |
| 287,850 | 86,355 |
| 291,638 | 116,655 |
| 303,000 | 121,200 |
| 334,716 | 100,415 |
| 334,815 | 83,704 |
| 335,000 | 134,000 |
| 337,340 | 101,202 |
| 390,000 | 97,500 |