# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Peabody Energy Corporation, et al.,<br><br>                            Debtors. | Case No. 16-42529 (BSS)<br>CHAPTER 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On June 29, 2016, I caused copies of the
- [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re Docket No. 861]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: June 29, 2016

                                                                                        _/s/ Aljaira Duarte_
                                                                                         Aljaira Duarte
                                                                                         KCC
                                                                                         2335 Alaska Avenue
                                                                                         El Segundo, CA 90245
                                                                                         Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Name | Address 1 | City | State | Zipcode | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| RC Starter & Alternator Service | P.O. Box 3356 | Milan | NM | 87021-3356 | $3,172.48 | $2,760.78 | 861 | Transferor |
| Sierra Liquidity Fund, LLC | 19772 MacArthur Blvd, Suite 200 | Irvine | CA | 92612 | $3,172.48 | $2,760.78 | 861 | Transferee |

In re: Peabody Energy Corporation, et al.
USBC Case No. 16-42529 (BSS)

Page 1 of 1