UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Peabody Energy Corporation, et al.,<br><br>                      Debtors. | Case No. 16-42529-399<br>CHAPTER 11<br><br>(Jointly Administered) |

**NOTICE OF SECOND AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 20, 2016**

Time of Hearing:      10:00 a.m. (prevailing Central Time)

Location of Hearing:  United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 5th Floor, North Courtroom, 111 S. 10th Street, St. Louis, MO 63102

I.    **Adjourned Matters**

    1.    **"Templeton Coal Motion"** — Motion of Templeton Coal Company, Inc. and Templeton Minerals Lands, LLC for Order Allowing and Compelling Payment of Administrative Claim(s) and Compelling Post-Petition Compliance with Terms of Lease [Docket No. 803]

        **Status:**    **The Hearing on this matter has been adjourned by mutual consent of the parties until the Hearing scheduled for August 17, 2016.**

        Objection Deadline:    July 15, 2016. The objection deadline for the Debtors has been extended to August 10, 2016.

        Objections Received:    None to date.

        Related Documents:    None to date.

    **2.**    **"Herrera Stay Relief Motion"—** Motion for Relief From Automatic Stay by Annie Herrera, Individually and on Behalf of the Statutory Beneficiaries of Decedent Herman Herrera [Docket No. 855]

        **Status:**    **The Hearing on this matter has been adjourned by mutual consent of the parties until the Hearing scheduled for August 17, 2016.**

        Objection Deadline:    July 13, 2016. The objection deadline for the Debtors has been extended to August 10, 2016.

        Objections Received: None to date.

        Related Documents:

            Stipulated Order to Adjourn Hearing on Motion for Relief From the Automatic Stay Filed by Annie Herrera to August 17, 2016 at 10:00 a.m. Omnibus Hearing Date [Docket No. 915]

**II.**    <u>**Uncontested Matters**</u>

    **3.**    **"Third Omnibus Rejection Motion"—** Third Omnibus Motion of the Debtors and Debtors in Possession, Pursuant to Section 105 and 365 of the Bankruptcy Code, for an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Date of this Motion [Docket No. 879]

        **Status:**    **The Hearing on this matter is going forward.**

        Objection Deadline:    July 13, 2016

        Objections Received: None to date.

        Related Documents:    None to date.

    **4.**    **"Bridge Order Motion"** — Motion of Debtors and Debtors in Possession, Pursuant to Sections 105(a), 365(d)(4) and 1121(d) of the Bankruptcy Code, for a Bridge Order Extending the Periods During Which (A) the Debtors May Assume Nonresidential Real Property Leases and (B) the Debtors Have the Exclusive Right to File a Plan of Reorganization [Docket No. 880]

        **Status:**    **The Hearing on this matter is going forward.**

        Objection Deadline:    July 13, 2016

        Objections Received: None to date.

        Related Documents:    None to date.

5. **"KPMG Retention Application"—** Application of the Debtors and Debtors in Possession, Pursuant to Sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Bankruptcy Rules 2014(A) and 2016-1, for an Order Authorizing the Debtors and Debtors in Possession to Retain and Employ KPMG LLP as Tax Advisors, *Nunc Pro Tunc* to June 1, 2016 [Docket No. 881]

   **Status:** **The Hearing on this matter is going forward.**

   Objection Deadline: July 13, 2016

   Objections Received: None to date.

   Related Documents: None to date.

6. **"Prepetition Property Taxes Motion"—** Motion of the Debtors and Debtors in Possession, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for an Order Authorizing Them to Pay Prepetition Secured or Priority Property Taxes [Docket No. 891]

   **Status:** **The Hearing on this matter is going forward.**

   Objection Deadline: July 13, 2016

   Objections Received: None to date.

   Related Documents: None to date.

7. **"Committee Section 1102 Information Sharing Motion"—** Motion of the Official Committee of Unsecured Creditors for Entry of an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(A) [Docket No. 869]

   **Status:** **The Hearing on this matter is going forward.**

   Objection Deadline: July 13, 2016

   Objections Received: None to date.

   Related Documents: None to date.

**8.** **"Berenergy Lift Stay Motion"—** Motion of Berenergy Corporation for Relief from Stay 11 U.S.C. § 362/L.B.R. 4000-1 [Docket No. 807]

**Status:** **The Court entered a Stipulated and Agreed Order resolving the Motion on July 19, 2016.**

Objection Deadline:   July 13, 2016

Objections Received:  None to date.

Related Documents:

Statement of the Debtors and the Debtors in Possession in Respect of the Motion of Berenergy Corporation for Limited Relief from Automatic Stay [Docket No. 913]

Motion of Berenergy Corporation to Vacate Hearing on Motion for Limited Relief from Automatic Stay and Enter Agreed Order [Docket No. 925]

Stipulation and Agreed Order Granting limited Relief from the Automatic Stay for Berenergy Corporation [Docket No. 937]

Order Denying Motion of Berenergy Corporation to Vacate Hearing on Motion for Limited Relief from Automatic Stay and Enter Agreed Order as Moot [Docket No. 939]

**III.   Contested Matters**

**9.** **"NGO Lift-Stay Motion" —** Motion of the Environmental Law & Policy Center and the Western Organization of Resource Councils for Relief from the Automatic Stay 11 U.S.C. § 362 / L.R. 4001-1 [Docket No. 488].

**Status:** **The Hearing on this matter is going forward.**

Objection Deadline:   June 8, 2016.  By agreement of the parties, the objection deadline for the Debtors has been extended to July 15, 2016 at 12:00 p.m. (CT).

Objections Received:

Objection of the Debtors and Debtors in Possession to the Motion of the Environmental Law & Policy Center and the Western Organization of Resource Councils for Relief From the Automatic Stay [Docket No. 924]

4

Replies Submitted:

Response to the Debtors' Objection – Motion of the Environmental Law & Policy Center and the Western Organization of Resource Councils for Relief from the Automatic Stay [Docket No. 933]

Related Documents:

Joinder of the Illinois Department of Natural Resources to the United States' Response to Citizen Groups' Motion to Lift Automatic Stay to the Extent it Applies [Docket No. 900]

Amended Stipulated Order to Adjourn Hearing on Motion for Relief From the Automatic Stay to July 20, 2016 Omnibus Hearing Date [Docket No. 767]

Stipulated Motion and Order to Adjourn Hearing on Motion for Relief From the Automatic Stay to July 20, 2016 Omnibus Hearing Date [Docket Nos. 694, 701]

United States' Response to Citizen Groups' Motion to Lift Automatic Stay to the Extent it Applies [Docket No. 672]

Notice of Motion of the Environmental Law & Policy Center and the Western Organization of Resource Councils for Relief From the Automatic Stay, Under 11 U.S.C. § 362 / L.R. 4001-1, and Notice of Motion to Extend, By No More Than Five Pages, the Length Limit for Motions Under Local Rule 9004 [Docket No. 491]

### IV. <u>Adversary Proceeding Matters</u>

None.

### V. <u>Status Conference</u>

10. **"Four Star Pre-Trial Conference"** — Summons and Notice of Pre-Trial in an Adversary Proceeding [Adv. Pro. No. 16-04073, Docket No. 15].

**Status:**      **The Court will conduct a Pre-Trial Conference.**

Objection Deadline:   N/A

Related Documents:   N/A

Objections Received:   N/A

5

Dated: July 19, 2016
      St. Louis, Missouri

Respectfully submitted,

  /s/ Steven N. Cousins
Steven N. Cousins, MO 30788
Susan K. Ehlers, MO 49855
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
 St. Louis, MO  63105
Telephone:  (314) 621-5070
Facsimile:  (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  sehlers@armstrongteasdale.com

Heather Lennox
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  hlennox@jonesday.com

Amy Edgy
Daniel T. Moss
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  aedgy@jonesday.com
Email:  dtmoss@jonesday.com

*Attorneys for Debtors*
*and Debtors in Possession*