UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Peabody Energy Corporation, et al., ) | Chapter 11 |
| ) | Case No. 16-42529-399 |
|            Reorganized Debtors. ) | (Jointly Administered) |
| _____ ) | |
| ) | |
| Reorganized Peabody Energy Corporation, ) | |
| ) | |
|            Movant, ) | |
| ) | |
|     -v- ) | |
| ) | |
| The County of San Mateo, individually and on ) | |
| behalf of the People of the State of California; ) | |
| The City of Imperial Beach, a municipal ) | |
| corporation, individually and on behalf of the ) | |
| People of the State of California; and ) | |
| the County of Marin, individually and on ) | |
| behalf of the People of the State of California, ) | |
| ) | |
|            Respondents. ) | |

## ORDER

For the reasons set forth in the *Memorandum Opinion* entered separately this day, it is hereby

**ORDERED** that the *Motion of Reorganized Peabody Energy Corporation for Entry of an Order Enforcing the Discharge and Inunction Set Forth in the Confirmation Order and Plan* is **GRANTED** in that: (1) the Plaintiffs[1] are enjoined from prosecuting the PEC Causes of Action[2]; and (2) the Plaintiffs shall promptly dismiss the PEC Causes of Action with prejudice.

---

[1] As defined and identified in the *Memorandum Opinion* at page 2 and identified in the caption of this *Order*.

[2] As defined and identified in the *Memorandum Opinion* at page 3.

-1-

It is further **ORDERED** that no later than two days after the date this *Order* and the separate *Memorandum Opinion* are entered on the docket, the Claims and Noticing Agent is directed to serve a copy of this *Order* and the separate *Memorandum Opinion* and is directed to file a certificate of service no later than 24 hours after such service.

DATED: October 24, 2017

St. Louis, Missouri

/s/ Barry S. Schermer
Barry S. Schermer
United States Bankruptcy Judge