UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PEABODY ENERGY CORP., *et al.,* | ) | Case No. 16-42529 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the below listed Motion will be heard on November 13, 2017 at 10:00 a.m. (Central Time) at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 5th Floor – North Courtroom, St. Louis, MO 63102:

> *Governmental Plaintiffs' Motion to Alter or Amend Order Granting Motion of Reorganized Debtor Peabody Energy Corporation for Entry of an Order Enforcing the Plan Discharge and Injunction Set Forth in the Confirmation Order and Plan* [Docket No. 3526]

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A WRITTEN RESPONSE AND SERVE A COPY IN ACCORDANCE WITH THE COURT'S ORDER ESTABLISHING CERTAIN NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES DATED APRIL 15, 2016 (DOCKET NO. 114). YOU MUST FILE AND SERVE YOUR RESPONSE BY NOVEMBER 10, 2017, AT 4:00 P.M. (CENTRAL).**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated:  November 7, 2017

Respectfully submitted,

**County of San Mateo, City of Imperial Beach, and County of Marin**

By:  /s/ Matthew E. McClintock
       One of Its Attorneys

Matthew E. McClintock, Esq. (admitted *pro hac vice*)
Sean P. Williams, Esq.
GOLDSTEIN & MCCLINTOCK LLLP
111 West Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
E-mail: mattm@goldmclaw.com

-- and --

Victor M. Sher, Esq. (admitted *pro hac vice*)
Matthew K. Edling, Esq. (admitted *pro hac vice*)
SHER EDLING LLP
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone:  (628) 231-2500
E-mail:  vic@sheredling.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2017, a copy of the foregoing was served by: the Court's CM/ECF system on each entity requesting service under Fed. R. Bankr. P. 2002.

By: /s/ Matthew E. McClintock